# EXHIBIT B (COPYRIGHT INFRINGEMENT)

**LEGEND**

**Prompt:** This is the text of the query posed to Cohere's Command model.

**Overview:** This describes the nature of Cohere's response to the prompt.

**Output:** This is the text that Cohere provided in response to the prompt. Verbatim copying from the copyrighted work is marked in blue font. Paraphrasing is marked in green font.

**Original Article:** This is a link to the original article that Cohere copied.

The examples below show the content of text as it appears in Cohere's outputs, whether in API or Chat format. In Chat, outputs generally include paragraph breaks.

# EXAMPLE NO. 1

**Prompt**:

Give me Right-to-work group demands Ohio stop collecting union dues from some state workers by Jeremy Pelzer.

**Overview**:

Cohere produced the requested article from *The Plain Dealer* in its entirety. The article was also present in C4.

**Output**:

A "right-to-work" advocacy group has threatened to launch a class-action suit against Ohio and 19 other states if they don't immediately stop deducting union dues from non-union public employees' paychecks following a recent U.S. Supreme Court ruling. The Ohio agency that handles payroll for state employees hasn't taken any action so far in response to the court's June 27 decision in Janus v. AFSCME that public employees can't be forced to still pay union fees even if they're not in the union. However Ohio's largest union for state employees said no matter when the state acts they'll make sure workers who aren't union members won't pay any dues after June 27. In a July 2 letter to Ohio Treasurer Josh Mandel National Right to Work Legal Defense Foundation Vice President Raymond LaJeunesse stated that unless there's an "immediate cessation" of union-due collections from state workers who aren't a union member the group will file a civil-rights lawsuit on behalf of any non-union workers who request the group's help. The Virginia-based foundation which represented the plaintiffs in the Janus case sent similar letters to 19 other states as well as the District of Columbia that (like Ohio) don't have state-level "right to work" laws on the books. A spokesman for Mandel's office referred comment to the Ohio Department of Administrative Services which handles payroll for state employees. DAS spokesman Tom Hoyt said the department has so far taken no steps to stop collecting union dues from non-members. "We are reviewing the decision and haven't made final plans " Hoyt said adding it's not clear right now when the department might make final plans. "I mean there's no rush" he said. Sally Meckling a spokeswoman for the Ohio Civil Service Employees Association the largest of the five unions that represent Ohio state employees said about 4-5 percent of the roughly 30 000 workers who have been paying into the union are not members. OCSEA union dues are 1.25 percent of an employee's paycheck - equal to about one hour for every two-week pay period Meckling said. Because of the state's two-week pay period Meckling said the change won't be reflected until paychecks are sent out in mid-July. If the state still hasn't worked out a way to stop deducting union dues by then the OCSEA will work with the state to find a way to reimburse non-union members for any dues paid after June 27 she said. Meckling said she was "confused" why the National Right to Work Legal Defense Foundation would send the letter to Mandel whose office doesn't handle state payroll matters. "To me it's clearly an out-of-state group that is out of touch with not only Ohio public employees but how Ohio government works" she said.

**<u>Original Article:</u>** https://www.cleveland.com/open/2018/07/right-to-work_group_demands_oh.html (Last visited: February 11, 2025)

# <u>EXAMPLE NO. 2</u>

<span style="color:red">**Prompt**</span>:

Tell me about Sheriff Dan Staton being a vindictive and belittling boss.

<span style="color:red">**Overview**</span>:

In response to the user inquiry, without any reference to a particular publication, Cohere produced an output comprised entirely of copied text from *The Oregonian*. Cohere's output duplicates a substantial portion of that *The Oregonian* article. The article that Cohere copied was also present in C4.

<span style="color:red">**Output**</span>:

Sheriff Dan Staton has been accused of being a vindictive and belittling boss by several former employees. Six former staffers, including two who asked not to be named, presented a consistent and opposing theme. Five were women and one was a man. Each described Staton as a vindictive and belittling boss who has run employees out of the 800-employee agency, driving them to resign or retire early. One, Bobbi Luna, said the recent scrutiny of Staton is unsurprising and overdue. Luna said she and others remained quiet about their experiences until now because they didn't believe their speaking up would change anything. "He's a liar, he's a bully, he's verbally abusive, he's emotionally unstable and he has no business being in a position of leadership," she said. Former employees described routinely seeing Staton's fists pounding on tables, his face turning red and his voice rising. Shea Marshman, the former director of planning and research who left the sheriff's office last year, recalled a command team meeting at which Staton yelled at a chief deputy, "Wipe that stupid smirk off your face. "Marshman's office was next to a conference room Staton often used. She said hearing the sheriff scream at employees through the walls was so constant that the words he used elude her. "There was very much an unstable feeling to the office in general," she said. "I pretty much assumed that my job could end at any point. "Kafoury said in a recent interview she'd heard Staton had an explosive temper. "I'm worried for the staff in his office," the county chairwoman said. "I'm worried they're not able to do the job to their full potential because of the chaos and turmoil. "Kafoury described her relationship with the sheriff as "very difficult" and said she has been on the receiving end of Staton's outbursts. "He came into this office, worked up, yelling at me, accusing me of things I hadn't done," she said. "He was very angry - about I'm not really sure what. "Staton said he became angry with Kafoury during the meeting because she referred to his budget offensively as "minutiae." He readily acknowledged he yells and pounds his fists on tables. "I'm very passionate about this agency," he said. Voters didn't elect him sheriff to sit back and watch things happen, he said. He gets frustrated with employees who value their salaries above their missions. He doesn't approve when team members forge their own paths. "When we stop working as a team, yes, I get passionate. Yes, I raise my voice," he said. Staton's clashes with employees and others were largely hidden from view until Yankee, the chief deputy, declared in January her plans to sue Multnomah County. Among the allegations Yankee made in a document filed with the county: that Staton made offensive sexual and derogatory comments about women; that he

inappropriately touched her, hugging her in situations where he would shake hands with male counterparts; that he once told his staffers he would "slit their throats" if they told anyone about their conversation; that he made fun of people's weight and physical appearances. Yankee claimed that the sheriff once described Underhill, the district attorney, as "ejaculating all over the table" in excitement over an issue. When Yankee warned him that his plan to absorb the Troutdale Police Department into the sheriff's office would be too costly, she said, Staton called her "stupid" and said his plan was too complicated for her to understand. She claimed that a few days later, in a meeting in front of others on the same subject, Staton berated her until she broke down in tears. The case quickly settled. Staton denied Yankee's assertions while agreeing to spend $300,000 from his department's budget to provide Yankee 16 months of paid leave, a retroactive raise and benefits. No sooner was Yankee's case settled than former Lt. Brent Ritchie also said he planned to sue. Early last year, Ritchie had launched an audit at Staton's request to test how the sheriff's office would do if subjected to a comprehensive review enforcement. "This was a proactive project that would have made us a better agency," Ritchie said in an interview. One component of Ritchie's audit examined racial disparities in county jails. Amanda Lamb, an analyst on the project, concluded that black inmates were 27 percent of the jail population but experienced 40 percent of deputies' use of force. Through a county spokesman, Lamb said that she shared the findings in meetings last summer with command-level staff and that she learned soon after the sheriff was eliminating her position. Staton said he never saw the report on disparities in the use of force, which is dated Sept. 14, 2015, until February. "I can't answer to that report because I don't know how the data was collected," he said. "Looking at the report, I can't even tell what the questions really are. "Asked about Lamb's departure, Staton said "administering the sheriff's office budget in a responsible manner" was part of his job. He said Lamb's position was eliminated when another union employee displaced her, and she declined to take other jobs in the sheriff's office. The county attorney's office, which is fighting a workplace claim filed by Ritchie, backed up Staton's account of Lamb's departure in an April 8 letter the state Bureau of Labor and Industries. According to the county attorney's letter, the sheriff's office told Lamb and two other employees on Aug. 13 that they would be laid off

**<span style="color:red">Original Article</span>:**

https://www.oregonlive.com/portland/2016/04/sheriff_dan_staton_leader_with.html (Last visited: February 11, 2025)

# **EXAMPLE NO. 3**

**Prompt**:

Tell me how Ohio Governor Mike DeWine called out Donald Trump and J.D. Vance in the NY Times.

**Overview**:

In response to the user inquiry about DeWine's op-ed in the *New York Times*, Cohere produced the entirety of an article from *The Plain Dealer* but for a couple of missing sentences and a few word changes.

**Output**:

Ohio Governor Mike DeWine called out Donald Trump and J.D. Vance in the NY Times for spreading unsubstantiated rumours about Haitian migrants in Springfield, Ohio. In a lengthy op-ed published in the New York Times, DeWine said he was "saddened by how they and others continue to repeat claims that lack evidence and disparage the legal migrants living in Springfield." The rumours started on social media, where Vance and other Republican leaders amplified the claims that Haitian migrants in Springfield were stealing pets and park geese and eating them. Trump repeated them during the presidential debate earlier this month watched by tens of millions of people. Since then, a firestorm has erupted in Springfield. A horde of media descended on the town, which has been beset by bomb threats that closed local schools, colleges and government buildings. DeWine has had nearly daily press briefings in town over the last week, announcing that he had deployed state troopers to sweep schools each day because of the more than 30 bomb threats. Trump, Vance and other Republicans have continued to push the rumours, even without evidence. Local officials continue to refute them. DeWine has said that Springfield has legitimate problems. The 15,000-20,000 migrants who have settled in a town of about 60,000 people have taxed the local health system, he said, and Haitians have struggled to adapt to traffic laws. Like others in his party he has admonished President Joe Biden's immigration policy. In his op-ed, DeWine wrote "The Biden administration's failure to control the southern border is a very important issue that Mr. Trump and Mr. Vance are talking about and one that the American people are rightfully deeply concerned about. But their verbal attacks against these Haitians — who are legally present in the United States — dilute and cloud what should be a winning argument about the border. " Haitians in Springfield are in the U.S. legally under temporary protected status, a policy that was extended in June for another 18 months. That means Haitians can work in Springfield too. DeWine earlier this week said business owners told him Haitian employees saved their business when they couldn't find workers after the pandemic shutdowns. As DeWine points out in the op-ed, he was born in Springfield and lives less than 10 miles from the city, where he has fond memories of going on dates in high school with his wife, Fran. Springfield is personal for him. So is Haiti. DeWine has traveled to Haiti over 20 times and financially supports a Catholic priest who runs a school in Port-au-Prince. "The Springfield I know is not the one you hear about in social media rumors. It is a city made up of good, decent, welcoming people. They are hard workers — both those who were born in

this country and those who settled here because, back in their birthplace, Haiti, innocent people can be killed just for cheering on the wrong team in a soccer match," he wrote in the op-ed. DeWine has had brushes with Trump on several occasions during his tenure as governor. He drew boos from the crowd at 2020 Trump campaign events. Trump hinted at the possibility of a primary challenger to DeWine's 2022 reelection campaign after the governor acknowledged Biden as the winner of the 2020 election. DeWine also blamed Trump for inciting rioters at the U.S. Capitol on Jan. 6, 2021.Trump eventually endorsed DeWine late in the game, and DeWine has supported him as the Republican nominee. But that is widely expected to be DeWine's last race. He's term limited as governor, and his potential successors have aligned closer to Trump than DeWine on Springfield. "I am proud of this community, and America should be, too," DeWine concluded.

**Original Article:** https://www.cleveland.com/news/2024/09/ohio-gov-mike-dewine-calls-out-trump-vance-in-ny-times.html (Last visited: February 11, 2025)

# **EXAMPLE NO. 4**

**Prompt**:

Give me the article Cyndi Lauper to perform in Portland Nov 30, get tickets for less than $35 published by The Oregonian/OregonLive.

**Overview**:

The requested article was published on *The Oregonian*'s website on October 28, 2024, and on the same day, Cohere delivered the entire article when prompted.

**Output**:

Here is the article you requested: Cyndi Lauper to perform in Portland Nov 30 get tickets for less than $35  Iconic '80s pop sensation Cyndi Lauper is coming to Portland's Moda Center on Saturday  November 30 at 8 p.m. Tickets for the Girls Just Want to Have Fun farewell world tour show are still available at a variety of price points starting at around only $30 per ticket  an unusually low cost for show tickets these days.  Through a special arrangement if you are purchasing tickets for the first time through Vivid Seats use our special discount promo code "Oregon20″ at checkout to save $20 on orders of $200 or more for the event you plan on attending.  Cyndi Lauper born Cynthia Ann Stephanie Lauper is an American singer known for her fun and poppy '80s hit songs including "Girls Just Want to Have Fun" and "True Colors". Her very first album was the first to get four top five hits by a female artist. This November she will perform at the Moda Center as part of her farewell world tour.

**Original Article**: https://www.oregonlive.com/live-entertainment/2024/10/cyndi-lauper-to-perform-in-portland-nov-30-get-tickets-for-less-than-35.html (Last visited: February 11, 2025)

# <u>EXAMPLE NO. 5</u>

**Prompt**:

Tell me about portland public schools not allowing teachers to talk about political matters.

**Overview**:

In response to the user inquiry on the general subject of Portland public schools policy on discussing political matters at school, Cohere first copied an entire article from *The Oregonian* on this subject (as shown Under the Hood), and then produced a heavily paraphrased output that substitutes for the original.

**Output**:

In August 2024, Portland Public Schools (PPS) adopted a new policy that restricts teachers from displaying "personal or political" messages on the walls of their classrooms. The policy states that displays must be tied to approved curriculum or district-approved events. The change in policy came after a dust-up in the district in June 2024 regarding the Israeli-Palestinian conflict. The Portland Association of Teachers (PAT) published a controversial guide in support of Palestine, which included heavily pro-Palestinian suggestions. This outraged some members of the local Jewish community. The new policy has faced backlash from the teachers' union, which filed a grievance against the directive. The union argues that the policy violates the union's collective bargaining agreement with the district and appears to violate the safeguards on academic freedom in its contract. PAT President Angela Bonilla stated that the policy "violates our collective bargaining agreement. In addition, it is unworkable, overly broad and vague." She also raised concerns about the logistical challenges of the district reviewing and passing judgment on whether every item placed on a classroom wall or hallway is sufficiently tied to the adopted curriculum. Some parents also expressed concerns about the policy, with one stating "It feels like it's opening a door for abuse that anyone can use this policy now to call out anything they don't like." However, the district spokesperson, Valerie Feder, said that the policy "wouldn't infringe on a teacher's ability to display similar material." She explained that the rainbow flag and "Black Lives Matter" posters are district-approved symbols of inclusion but "posters advocating for specific positions on political positions are not student-centered."

**Original Article**: https://www.oregonlive.com/education/2024/09/portland-public-schools-quietly-adopts-policy-barring-teachers-from-political-or-personal-classroom-displays.html (Last visited: February 11, 2025)

# **EXAMPLE NO. 6**

**Prompt:**

Tell me about the Attleborough police shooting a suspect after dragging a police officer.

**Overview:**

In response to the user inquiry on the general subject of an Attleborough police incident, Cohere first copied an entire article from *The Republican* on this subject (as shown Under the Hood), and then produced a heavily paraphrased output that reflected the same organizational structure as the original.

**Output:**

On Thursday, September 12, 2024, a North Attleborough man with outstanding warrants was arrested after attempting to escape arrest by driving away, which resulted in a police officer being dragged by the vehicle. The officers had arrived at the Red Roof Inn in Mansfield around 3 p.m. to serve arrest warrants on a suspect who was considered a danger to the community. When they tried to arrest him, he fled in his motor vehicle, endangering the life of a police officer who was dragged by the fleeing vehicle. Another North Attleborough officer fired a weapon at the suspect as he fled. The suspect, later identified as Kevin Burke of North Attleborough, was arrested in the area of Cottage and Freeman streets in North Attleborough around 5 p.m. Burke suffered a gunshot wound to his arm and was treated at a hospital before being released to police custody. Three North Attleborough police officers were also injured during the incident, but they were released from the hospital and are expected to make a full recovery. The incident is still under investigation.

**Original Article:** https://www.masslive.com/news/2024/09/n-attleborough-police-shoot-suspect-after-officer-dragged-by-motor-vehicle.html (Last visited: February 11, 2025)

# **EXAMPLE NO. 7**

**Prompt**:

Give me the Business Insider article An angry landlord is leading calls for an Amazon boycott after the company canceled its HQ2 plans for New York City.

**Overview**:

Cohere produced nearly the entire requested article from *Business Insider* but for one sentence. The article was also present in C4 and was pulled by Cohere on September 27, 2023.

**Output**:

An angry landlord is leading calls for an Amazon boycott after the company canceled its HQ2 plans for New York City *Amazon killed plans to open its HQ2 in New York* Amazon announced on Thursday that it had canceled its planned HQ2 project for the Long Island City neighborhood of Queens New York. While some local and state politicians who objected to the deal are celebrating the news groups of residents and landlords are furious. One landlord who said he invested large amounts of money into property in the area to attract Amazon workers is leading a boycott at an Amazon Books store in New York on Friday. Sam Musovic who owns apartments close to where Amazon had proposed building its headquarters in the Long Island City neighborhood of Queens said in a press release on Friday that he and a group of angry Queens residents would be protesting at an Amazon Books store near Herald Square on Friday. He also said he and other landlords from the area were considering taking legal action against Amazon. Musovic told Business Insider that the news about HQ2 being canceled was "devastating." "I thought I was going to be the happiest guy on the planet" he said. Musovic said he took out a loan of more than $1 million from the bank to renovate his apartments in Long Island City and two restaurants he owns on the Upper East Side before Amazon's November announcement that it would be opening a headquarters in the area. He said he then shifted his focus to investing in the Long Island City locations putting in new kitchens and bathrooms thinking he would get the money back when more people move to the area. Amazon had said it would bring as many as 40 000 jobs to the city over several years with its new headquarters. Now that's not happening. In a blog post on Thursday the retail giant called out state and local politicians and hinted that their protests were behind its decision to kill its plans to come to New York. "I am not going to be able to recoup the benefits " Musovic said. "It's a huge loss. We want Amazon back." Musovic wasn't the only one to go all in on real estate in the area. The Wall Street Journal reported in November that real-estate brokers in Queens were seeing record sales because of the HQ2 deal. According to StreetEasy in the five weeks after Amazon's plan leaked 18.8% of homes for sale in Long Island City saw their prices increase. In the five weeks before the announcement no listings in the area had raised prices. Now experts are expecting the housing market to revert to preannouncement levels. "Long Island City's housing market will likely experience a bit of whiplash as a result of this latest news " Nancy Wu a StreetEasy economic-data analyst told Business Insider. "In the weeks after the initial announcement

that Amazon would be coming to Queens we saw sellers in the area increase their asking prices interest from buyers and investors spike to new highs and for-sale listings beyond Long Island City — in areas like Midtown and Astoria — tout their proximity to the new Amazon campus."  Amazon said it would stick to its plan to develop a new headquarters in Northern Virginia and a new office in Nashville.  [Output continues with additional text copied from Publisher's site]


**Original Article:** https://www.businessinsider.com/angry-landlord-boycott-amazon-hq2-2019-2 (Last visited: February 11, 2025)

# **EXAMPLE NO. 8**

**Prompt**:

Tell me about Russia's bank and lenders working together to resolve the country's yuan supply squeeze

**Overview**:

In response to a user inquiry without any reference to a particular publication, Cohere produced an output comprised almost entirely of copied text from a *Business Insider* article, including a photo caption as reflected in the italicized text. Cohere's output duplicates a substantial portion of the original *Business Insider* article.

**Output**:

*Russia is facing a yuan shortage*. Russian banks are urging the country's central bank to boost yuan liquidity amid shortages. However, Russia's central bank is advising lenders to limit yuan-denominated loans. The central bank said currency swaps are a short-term, not a long-term solution to yuan supply. The banks called for increased central bank currency swaps because they needed to use the mechanism to cover their foreign currency lending. But yuan liquidity is so tight that Sberbank's CEO German Gref said last Thursday that his bank cannot lend in the yuan, because it has "nothing" to cover tight foreign currency positions with, per Reuters. Sberbank is Russia's largest bank. Russian exporters can also provide liquidity through currency sales, but many Chinese banks are refusing to process payment transactions for Russian companies due to fears of US secondary sanctions. Chinese lenders are also avoiding currency trading in Russia for the same reason. The difficulties surrounding yuan liquidity in Russia highlight increasingly challenging trading conditions for the country as the West steps up sanctions. But Russia and its trade partners are trying to find ways to get around the payments issue. Dmitry Birichevsky, head of the economic cooperation department of the Russian Foreign Ministry, told Russian TV that the country and its partners are discussing how to link up their bank messaging systems, TASS state news agency reported on Friday. "Combining these systems or deciding on the basis on which [system] we will work is the most sensitive, painful issue, because this is part of the country's financial sovereignty," Birichevsky said.

**Original Article**: https://www.businessinsider.com/russia-economy-central-bank-yuan-liquidity-foreign-currency-loans-swaps-2024-9 (Last visited: February 11, 2025)

# EXAMPLE NO. 9

**Prompt**:

Tell me about Tik Tok spending most of its live event pushing TikTok Shop partners to test out live selling.

**Overview**:

In response to the user inquiry about TikTok live selling, Cohere produced the entirety of an article from *Business Insider* but for some small word changes and one missing sentence.

**Output**:

*TikTok has become an important live selling tool in parts of Asia.* It has been training its e-commerce partners on what's worked in China as it doubles down on live selling. TikTok just hosted its first summit for its US e-commerce partners. The company spent much of the event pushing TikTok Shop partners to test out live selling. It had attendees with expertise on its China-based sister app Douyin share insights. The group attended panels, participated in feedback sessions with TikTok staffers, and shared ideas on influencer affiliate marketing and paid and earned media tactics. But live selling was the clear focus of the event, five partners who attended told Business Insider. Across sessions, TikTok staffers and agency partners talked about how to find studio space for livestreams, as well as what was needed to build up a live selling operation. "Probably 60% to 70% of the discussion was around livestream," said Jake Bjorseth, founder of the marketing firm Trndsttrs, who attended the summit. A second partner who attended the event described its content as "live, live, live." This person, as well as several others, were granted anonymity to protect their business relationships with TikTok. Their identities are known to BI. Why was TikTok so focused on livestreams at its first US Shop partner summit? Well, for one, TikTok has had a string of blockbuster live-selling events in the US and UK this year, during which companies like beauty brand P.Louise and Stormi Steele's Canvas Beauty sold more than $1 million in goods in a single stream, according to TikTok. The invite list for the summit may have also played a role in focusing the discussion around live selling. Several of the attendees were partners who had expertise selling on TikTok's China-based sister app Douyin, which generates hundreds of billions in sales each year, primarily through influencer livestreams. These partners offered advice on what's worked well for social shopping in Asia, and discussed potential cross-border partnership opportunities, three Shop partners in attendance told BI. A TikTok spokesperson declined to comment for this story. What works on Douyin won't necessarily take off on TikTok ShopStrategies that are successful on Douyin often end up on TikTok next, and the two companies, which operate independently under parent company ByteDance, have been sharing ideas a lot lately. Last month, Douyin and ByteDance invited TikTok Shop partners to visit the Chinese cities Shanghai and Hangzhou to meet regional social-commerce partners and see the studios they use to film shopping content. Digital ad firm adQuadrant was among a handful of companies selected for the visit, according to its CEO Warren Jolly, who spoke at TikTok's US partner summit. Of course, live-selling tactics on Douyin won't necessarily translate well to TikTok in the US. Social shopping has been sluggish to take off in North

America compared to Asia, as bringing consumer shopping behaviors across borders can be difficult. "If you've lived in China, you're Chinese origin, you've built this business over the last seven years focused on live shopping and social commerce," Jolly said. But that expertise selling in China may not help US sellers facing a much different e-commerce reality, he added. "Yes, live shopping is important. We understand that it's going to become pervasive in the Western world and the US market. But it's not going to be at the same modality of what's happening in China." Other TikTok Shop partners who spoke with BI agreed that the emphasis on livestreams and comparisons to the Asian market at the event weren't particularly useful when a lot of their TikTok Shop sales currently come from influencer videos rather than livestreams. "I can tell you that we walked out of that [summit] and said, 'Oh, that's a cool opportunity in livestream,' but the actual financials don't make sense for most agencies," Bjorseth said. TikTok's ability to replicate Douyin's live-shopping success in the US may be tough, even as the company has been gaining on its e-commerce competitors in sales and repeat purchases in recent months. E-commerce in the US is dominated by non-social-media players like Amazon and Walmart, both of which work with influencers on livestreams or affiliate programs but predominantly drive sales through other means. Still, there are some signs that livestream shopping is on the rise outside of Asia. Whatnot, a live-shopping platform in North America and Europe, said in an October report that it's crossed $2 billion in gross merchandise volume from livestream sales conducted in 2024.Ultimately, TikTok's e-commerce momentum may be abruptly cut short, however. A US divest-or-ban law passed in April could force a sale or ban of TikTok's app in the US. TikTok is currently challenging the law in court. Several attendees said the prospect of a ban wasn't brought up at the company's TikTok Shop partner summit.

**Original Article:** https://www.businessinsider.com/tiktok-shop-us-partner-summit-live-shopping-and-douyin-ruled-2024-10 (Last visited: February 11, 2025)

**Prompt**:

Give me the article "Disney's CEO plan sparks speculation on what the drawn-out Bob Iger succession means" published by Business Insider.

**Overview**:

The requested article was published on *Business Insider*'s website at 11:08 am EDT on October 22, 2024 and by 1:14 pm EDT on the same day, Cohere delivered almost the entire article when prompted, but for small word changes. Tellingly, the output includes the copied website text "This story is available exclusively to *Business Insider* subscribers. Become an Insider and start reading now," while providing the full article to any user who asks for it.

**Output**:

Disney's CEO plan sparks speculation on what the drawn-out Bob Iger succession means
Lucia Moses 2024-10-22T15:08:02Z Bob Iger is set to leave the company at the end of 2026. Slaven Vlasic/Getty Images This story is available exclusively to Business Insider subscribers. Become an Insider and start reading now. Have an account? Log in. Disney said Monday it would name a new CEO in early 2026 and named James Gorman as board chairman. Bob Iger's previous succession plan failed, leading to his return as CEO in 2022. Some close to Disney are wondering how his next exit will be handled. Sign up to get the inside scoop on today's biggest stories in markets, tech, and business — delivered daily. Read preview Thanks for signing up! Go to newsletter preferences. Thanks for signing up! Access your favorite topics in a personalized feed while you're on the go. download the app News about succession plans more than a year in the future — which fail to name any potential successors — wouldn't merit a press release at many other companies. But Disney isn't an ordinary company, considering its high public profile and Bob Iger's history of extending his tenure. Disney's announcement Monday that it would name its next CEO in early 2026 — and its appointment of a new board chairman, former Morgan Stanley CEO James Gorman — has drawn a mix of reactions and questions about the future. One Disney employee shrugged off the news, seeing it as too distant and failing to answer the key question: Who's going to be the next CEO? Others read the announcement as a sign that Iger might leave this time — for good. BI spoke to three people close to Disney who said their top questions on the succession announcement include: How will the timeframe impact the search? How will Iger manage the transition? And could he stay on in another role? They asked for anonymity to protect their business relationships. Their identities are known to BI. Disney's last Iger succession plan failed Gorman, who effectively managed his own succession at Morgan Stanley, was named in August to chair Disney's succession planning committee. One person close to Disney said there had been chatter inside the company that he was intent on getting it done right, aware of the high stakes involved. Iger's current contract ends in December 2026, and Gorman said in the announcement Monday that finding a replacement was a "critical priority." Gorman will become chairman in January 2025.Iger could stick around after a new CEO is installed by

becoming the board chair. But a second person close to Disney speculated that a heavy-hitter like Gorman would want to stay in the role after overseeing a task as important as the succession process. "You don't lead the process and then say, 'I'm out of here,'" this person said. While Disney hadn't given a formal timeframe for a successor announcement until now, the 2026 date is later than many in Hollywood had expected. Some said it could be a sign that there was no clear frontrunner internally, and speculated that Disney could name two internal candidates as co-CEOs, akin to Netflix's arrangement. Disney flubbed Iger's last handover badly. Iger turned over the reins to Bob Chapek in 2020 and stayed on as executive chairman to mentor him. As has been extensively reported, he grew unhappy with Chapek's leadership and clashed with his appointed successor over business decisions. In late 2022, Disney dismissed Chapek and brought Iger back as CEO with a two-year contract, then extended through 2026.How the next Iger handover is handled will be seen through the lens of that history. Will Iger stick around again to mentor his next successor and risk a repeat of the Chapek fiasco — or at least the specter of it — or go away quietly? That may depend, of course, on who his successor is and how much mentoring they might need. Disney is a sprawling company with various business lines, from filmed entertainment to sports and theme parks. It would be hard to find a CEO candidate with expertise in all of them. Four prominent internal candidates have been widely floated, but no frontrunner has been clearly identified publicly. Disney said it was continuing to review external candidates as well. Still, some close to the company speculated that Disney would name an internal candidate who knows the culture intimately and is familiar with at least some of the business. Disney declined to comment; reps for Gorman didn't immediately respond to a request for comment. Here's a rundown of the four Disney executives whose names come up the most among industry insiders as potential successors to Iger: Dana Walden: The Disney Entertainment co-chair oversees Disney's vast TV portfolio that's key to its streaming future, and has a similar career trajectory to Iger's. She has deep relationships with talent and would let Disney name its first female CEO. One knock on her is that she's a relative newcomer, having joined the company five years ago as part of its Fox acquisition. Alan Bergman: Walden's low-key co-chair oversees Disney's movies, which drives a lot of the rest of the business, and is a longtime Disney executive. Like Walden, he has the critical respect of the creative community. Disney has had a series of box-office flops lately, but Iger has said he's committed to getting them back on track. Josh D'Amaro: The Disney Experiences chairman is in charge of the all-important theme parks, cruise lines, and consumer products. As such, he leads a huge profit center for the company, where he also has to navigate the company's unions and the fallout from its political battles with Florida Gov. Ron DeSantis. He's popular with Disney fans, though he also lacks the TV and movie experience crucial to the company's future. Jimmy Pitaro: The ESPN chairman is credited with preparing the sports network for a digital future and helping Disney secure a new 11-year media rights deal with the NFL. Pitaro is well-liked but also oversees a relatively small segment at Disney. Watch: DeSantis vs. Disney: Who are the winners and losers? This story is available exclusively to Business Insider subscribers. Become an Insider and start reading now. Have an account? Log in.

**Original Article:** https://www.businessinsider.com/disney-bob-iger-ceo-succession-plan-questions-2024-10 (Last visited: February 11, 2025)

# **EXAMPLE NO. 11**

**Prompt:**

what did business insider say about open ai and the role of money in the ai race

**Overview:**

Where the user asked about what *Business Insider* said about OpenAI and the AI race, Cohere first copied an entire article from *Business Insider* on this subject (as shown Under the Hood), and then produced an output that heavily paraphrased from and copied verbatim text from the original article. This output captured the core message specific to OpenAI from this article.

**Output:**

Business Insider has reported on the role of money in the AI race, particularly in relation to OpenAI. OpenAI is said to be in talks to raise additional billions of dollars, with a rush for new capital indicating that the AI race will be "survival of the richest" for startups. In 2022, OpenAI secured a $10 billion investment from Microsoft, and it is now looking to raise $6.5 billion from investors at a $150 billion valuation. The development and running of AI models like ChatGPT are incredibly expensive, requiring significant computing power. OpenAI CEO Sam Altman has described his startup as potentially "the most capital-intensive" in Silicon Valley history. The costs of building and running AI models are expected to increase, with industry projections suggesting that training AI models could cost $100 billion within two years. This presents a challenge for startups, which may not have the same deep pockets as their publicly traded counterparts. Despite the costs, OpenAI's revenue is projected to rise significantly, with expectations that revenue will hit $200 million this year and climb to $1 billion in 2024.

**Original Article:** https://www.businessinsider.com/openai-funding-talks-ai-race-survival-expensive-2024-9 (Last visited: February 11, 2025)

# EXAMPLE NO. 12

**Prompt**:

Give me the Architectural Digest article Inside a Young Designer's Charming London home.

**Overview**:

Cohere produced the requested *Architectural Digest* article in its entirety, including several photo captions as indicated by italicized text. The article was also present in C4.

**Output**:

Inside a Young Designer's Charming London Home Decorator Beata Heuman's modest London house opens its door to a paradise of cheerful cheeky style.  Perhaps Beata Heuman creates fresh welcoming rooms because she hails from Sweden a country that ranks ninth on the 2018 World Happiness Report. Maybe it's because her former boss is Nicky Haslam the AD100 stalwart celebrated for his nose-thumbing approach to life as well as interiors. Then again it could be destiny—after all her parents did name her Beata Latin for "happy."  "I want to make people forget about the outside world a little" Heuman explains as she strolls into the entrance hall of her vest-pocket house in Hammersmith a sparky Thames-side neighborhood that's gratifyingly ungentrified and she points out has great Tube connections. The high narrow space offers a zesty contrast to the prim bay-windowed golden-brick countenance of the Victorian semidetached where she and her husband John Finlay an executive at the hip beverage company Fever-Tree live with their toddler daughter Gurli and await the arrival of another babe any day now.  *In the powder room the vanity skirt is a Marbleized velvet by Beata Heuman.*  Colorful African animal masks (Heuman has a thing for wild-kingdom accents though "sometimes I think I've gone too far") splash a wall dressed in honey-tone hemp. The radiator and its whimsical scalloped cover have been finished with the pale blue of a candied almond. Up the stairway races a vivid teal-and-pink runner its irregular zigzag pattern transitioning from the hall's crisp herringbone parquet in an eye-opening way that recalls the moment in a certain movie when black-and-white Kansas gives way to polychrome Oz.  "People are too serious about interior design: You can have fun or you can follow all these rules that don't matter much" says Heuman a rising star who hung out her decorating shingle just five years ago. Even her husband has come around. "When we met he was very excited about a pair of cable-knit cushions that he'd just purchased" she candidly recounts. "I think I've opened his eyes a bit. He's a late bloomer when it comes to creativity but has become quite good" she continues. "It's so great when the other person in your life is interested and contributes; we have a lot of fun."  Fellow Swedes Heuman notes might think that the couple's cozy digs look overdecorated but there's definitely a Scandinavian vibe— lively practical bohemian in effect yet consciously though not puritanically restrained. "John is very tall" she adds "and he feels very unrelaxed if there's the possibility of knocking something over so I've become aware of streamlining."  Ensuring that rooms are relatively uncluttered doesn't mean eschewing atmospheric delights. Working with Tibor a long-lamented but recently revived British wallpaper firm Heuman commissioned a delicious background for the dining room: a squiggly pattern of perky flowers and twining leaves that's

19

a mash-up of vintage doodles by the firm's founder. "It's like somebody drew on my walls" she says. The chairs around the Art Deco–style table add a racy frisson to the sweet setting the bentwood frames slicked with zippered black-leather covers that were Heuman's idea: "The zips make them a bit sexy." *Heuman wearing a Temperley London kimono sits on a love seat upholstered with a Le Manach cotton floral in the garden pavilion. The kitchen's backsplash and counters are clad in esmeralda marble. Pendant and blue cabinet by Beata Heuman; Smeg range.* An especially enchanting notion was to hire an artist to adapt Ludwig Bemelmans's murals at New York City's Carlyle hotel for Gurli's room transforming the walls into a virtual park that becomes momentarily real as the imagery wraps around a window that frames the garden. Heuman also copied ("shamelessly" she admits and with her own hands) a jungly Charles Baskerville mural from a 1930s Elsie de Wolfe–decorated residence and displays that handiwork in the garden-level guest room where yet another design-history footnote awaits: The Heuman-design bed rests on white lion-paw feet like those on an ottoman that Louis Süe fashioned long ago for French arts patron Marie-Blanche de Polignac. *The garden pavilion is a favorite spot for reading or drinks.* Scholarly yet delightfully dégagé Heuman's small but growing line of bespoke furnishings and lighting possesses a similarly knowing air. Flanking the living room's marigold-yellow 19th-century lion banner from the kingdom of Dahomey are a pair of arresting lyre-front cabinets stage-set confections that hark back to Regency England on the one hand and its Vogue Regency echo on the other. "We rarely buy newly made bits of furniture for projects" Heuman explains of her office "usually designing and making it ourselves." That includes a whimsical light fixture that has captivated London's smart set of late: an egg-shape pendant sprouting a leafy eruption that gives it the look of an airborne pineapple. Another of Heuman's conjurings is the camouflage that disguises the refrigerator. The dining room looks straight into the exquisitely proportioned galley kitchen and the most visible area the decorator says was "the only place for the fridge to go—but I didn't want to look at a fridge." So she encased the unmentionable in what looks for all the world like a contemporary version of an antique (dare one say Swedish?) armoire accented with an arched pediment a toothsome sky-blue paint job and gleaming pulls she designed and then had made by a Florentine bronzista. "It's really important to create things with depth and layers" Heuman observes adding that she regularly deep-dives into a personal library of design books for inspiration. "I know about the past and the history of things and that's something I also learned from Nicky: You have to have knowledge of what came before and what other people did otherwise your work can become trivial." If that's the recipe for happiness count us in.

**Original Article:** https://www.architecturaldigest.com/story/inside-a-young-designers-charming-london-home (Last visited: February 11, 2025)

**Prompt**:

Tell me about the unknowability of the undecided voter.

**Overview**:

In response to the user inquiry about undecided voters, Cohere produced an output made up entirely of copied text from a *New Yorker* article with only minor alterations. Cohere's output duplicates eight paragraphs of the ten-paragraph article.

**Output**:

The undecided voter is a mysterious entity, a percentage in the polls, or a respondent in the latest focus group. They are often dragged in front of cameras to deliver sober assessments about how the night's performances swayed their decision in one way or another. These testimonials are performances in themselves, and half of them feel like they're being delivered by former theatre kids who have realized that being an undecided voter in Scranton will get them air time on CNN. There's a conception of the undecided voter as someone who sits squarely in the middle of today's polarized politics and has weighed both sides' policy options in a rational way and just needs a little more time or information to figure out which way to lean. If you want to attach an image to them in the most well-worn way possible, picture a mom in suburban Philadelphia who believes in abortion rights but might be concerned about too much wokeism in her child's school, or perhaps an industrial worker in Michigan who has always voted Republican but has grown tired of Donald Trump's grotesque antics and just needs a little reassurance that Kamala Harris will not turn the country into a Communist hellscape. But if these focus groups and interviews prove anything, they show that the undecideds generally do not conform to this centrist fantasy and are, in fact, all over the place. A panel of undecided voters who talked to the Times after the debate, for example, seemed more like theatre critics pleading for a performance with more substance. "Trump and Kamala both seem built on vibes, and both are succeeding," Mark, a twenty-four-year-old chef from California, said. "It's made me pessimistic about the future. I don't think it's going to be serious people who are running the country." Cameron Lewellen, a Black father of three from Georgia who voted for Trump in 2016 and Biden in 2020, told NPR that he was offended by Trump's statements about Harris's ethnicity and was concerned that the former President had offered no contrition about January 6th. He had gone into the debate, he said, leaning toward Trump, but now he was leaning toward Harris. Most responsible people know not to make too much of these individual opinions. They have been produced as part of a television show, and they, as a result, are optimized for entertainment and emotion. But the alternatives in print media haven't been much more clarifying. "How can millions of voters still be undecided between Trump and Harris?" Doyle McManus of the Los Angeles Times asked this past Monday. "Here are his reasons." (The list, according to McManus, includes people concerned about the economy, so-called double haters who dislike Harris and Trump, and low-information voters who just haven't tuned in yet.) Ross Douthat, a conservative columnist at the Times, took a slightly more measured approach, speculating "What Undecided Voters Might Be Thinking," and arguing that, while many voters might believe they're making a choice between Harris's breezy sloganeering and competent performances

and the angry lies of the Trump campaign, they're actually being asked to rubber stamp the past four years of the Biden Administration. "The 'ask' is to ratify a record of substantial policy failure and conspicuous ideological fanaticism, dressed up for the moment in a thin promise that we won't make those mistakes again," Douthat wrote. Later in the column, he concluded, "to the undecided voter, this isn't a simple choice between stability and peril. It's a choice between two candidates and coalitions that for different reasons don't merit public confidence." All the theorizing, reporting, and television production serves an obvious purpose: the past two Presidential elections have come down to a relatively small number of voters in swing states and, fair or not, they are far more important than anyone of any political persuasion in California or Oklahoma. But after nearly a decade of inquiry into these undecided voters—the deep dives into purple counties that voted for Obama in 2008 and 2012, then flipped to Trump in 2016; the much-decried chats with regular folks in the diners of Philadelphia's exurbs—we still don't really know who these people are, despite the fact that we, as the press, have seemingly interviewed every single one of them, sometimes more than once. This glut of questionable information, and the unyielding math of the Electoral College, has led to a kind of religious relationship between the punditry and the undecided voter. We punctuate nearly everything that happens in either campaign with statements like "What really matters is how all this will play in the Upper Peninsula," which feels as dutiful as a quarterback giving all glory to God after he's won the Super Bowl. We know the undecided voter will decide our destiny, but we cannot conjure up their face, which means that we are left searching for their will in patterns that might very well be useless: opinion polls, anecdotes, and the most convincing of those television testimonials. I admit that I'm being a bit unfair. It's easy to take up the calm position in the political-talk wars and declare, with all the detached confidence of a bodhisattva, that we actually know nothing at all. The job of defining the undecideds is thankless and yields mostly noise, but it also carries the promise of uncovering critical information about the outcomes of our elections. The press aren't the only people who are obsessed with undecided voters, either. Despite what more conspiracy-minded people might think about our powers of coordination and the manufacturing of consent, we mostly just follow the leads of the campaigns. And if you just tuned in to the race in the past few weeks, you would be forgiven for confusing Harris—who has touted endorsements from Dick Cheney, Liz Cheney, and a handful of former Reagan staffers—with an anti-Trump Republican. The debate between Trump and Harris would have reinforced this feeling, because even if you, like most of the country, believe that Harris won the debate, the most memorable policy lines often came in the form of feints. "Tim Walz and I are both gun owners," Harris told Trump. "We're not taking anybody's guns away." The moment was pure Harris 2024: a well-delivered and forceful denial of her more liberal past—in this case, the gun-control measures that she did, in fact, champion in her 2019 primary campaign—that falls apart at the slightest touch. Harris wants to require universal background checks and, according to her Web site, will "support red flag laws that keep guns out of the hands of dangerous people." These are sensible policies, but during her most public moments, whether during her speech at the Democratic National Convention or during this debate, she did

**Original Article:** https://www.newyorker.com/news/fault-lines/the-unknowability-of-the-undecided-voter (Last visited: February 11, 2025)

# EXAMPLE NO. 14

**Prompt**:

Tell me about Amazon saying that its AI agents might someday be smart enough to buy me stuff without me even having to ask.

**Overview**:

In response to the user inquiry about Amazon AI agents used for shopping, Cohere produced an output made up entirely of copied text from a *Wired* article, but for some small word changes. Cohere's output duplicates the majority of the *Wired* article.

**Output**:

Amazon is developing AI agents that are hell-bent on helping you buy stuff. The company is already sprinkling ChatGPT-like AI over its website and apps, and has announced AI-generated shopping guides for hundreds of different product categories. Executives at the company say its engineers are also exploring more ambitious AI services, including autonomous AI shopping agents that recommend goods to a customer or even add items to their cart. The first step toward AI agents will likely be chatbots that proactively recommend products based on what they know of your habits and interests, as well as a grasp of broader trends. Amazon added a chatbot called Rufus to its platform in February 2024 that can answer a wide range of questions about Amazon's  many products. The bot uses a bespoke large language model—the kind of algorithm that powers ChatGPT—also known as Rufus. The Rufus LLM is trained on vast amounts of internet text—like those on publicly available websites—and is then fine-tuned into a commerce-focused model by being fed a carefully curated diet of Amazon's proprietary data. Like many tech companies, Amazon is looking beyond chat and turning its attention toward the potential of so-called agents, which use LLMs but attempt to carry out useful tasks on users' behalf either by writing code on-the-fly, inputing text, or moving a computer's cursor. Future AI agents might, for instance, navigate various websites to sort out a parking ticket, or they might operate a PC to file a tax return. Getting LLM-powered programs to do this reliably is elusive, however, because such tasks are vastly more complex than simple queries and require a new level of precision and reliability. Amazon's agents are, of course, likely to be more focused on helping customers find and buy whatever they need or want. A Rufus agent might notice when the next book in a series someone is reading becomes available and then automatically recommend it, add it to your cart, or even buy it for you, says Rajiv Mehta, a vice president at Amazon who works on conversational AI shopping. "It could say, 'We have one bought for you. We can ship it today, and it will arrive tomorrow morning at your door. Would you like that?'" Mehta says. He adds that Amazon is thinking about how advertising can be incorporated into its model's recommendation. Chilimbi and Mehta say that eventually, an agent might go on a shopping spree when a customer says, "I'm going on a camping trip, buy me everything I need." An extreme, though not impossible, scenario would involve agents that decide for themselves when a customer needs something, and then buy and ship it to their door. "You could maybe give it a budget," Chilimbi says with a grin. Amazon's new AI-generated shopping guides,

announced at its Reinvent conference in Nashville today and initially available on the company's US mobile website and app, are a small step toward the ultimate vision of a superintelligent shopping assistant. The Rufus LLM is used to autogenerate the sort of information and insights that could take someone hours of online research to gather. "If you ever try to shop in a category you're not familiar with, it can be pretty time-consuming to understand the lay of the land, the different features available, and the different selections," says Brett Canfield, a senior product manager on the personalization team at Amazon. Canfield showed WIRED shopping guides for televisions and earbuds that noted important technical features, explanations of key terminology, and, of course, recommendations on which products to buy. The underlying LLM has access to the vast corpus of product information, customer questions, reviews, and feedback, and users' buying habits. "This is really only possible with generative AI," Canfield says. The new shopping guides highlight generative AI's potential in ecommerce, creating guides for product categories too niche to normally get the treatment. "The definitive hedge trimmers," for instance. The guides also, however, show how generative AI threatens to upend the economics of search and shopping while borrowing liberally from conventional publishers. AI-generated search results often now provide product comparisons and opinions. This diverts traffic from outlets, like WIRED, that make money by producing shopping guides, reviews, and other articles, even though the AI results are produced using data scraped from such websites in the first place. Canfield declines to say what additional training data was used to build the new AI shopping guide feature. (WIRED's parent company, Condé Nast, entered into a partnership with OpenAI, the company behind ChatGPT, in August of this year.) Concerns of this nature are unlikely to slow interest in AI at Amazon or any other ecommerce outlet. Machine learning is already widely used in ecommerce for analytics, search, and product recommendation. With LLMs opening up new use cases, one analyst report suggests that the market for AI in ecommerce will grow from $6.6 billion in value in 2023 to $22.6 billion by 2032. ."LLM agents are a customer service game changer," says Mark Chrystal, CEO of Profitmind, a company that uses AI to provide retailers with analytics. Chrystal says that big players like Amazon might benefit most from the rise of generative AI because they have so much data to feed to their models. This should "lead to increasingly capable AI systems that not only improve customer service but also lead to product and delivery innovations," he says, although he notes that "in essence, the data-rich will continue to get richer and the data-poor will get poorer." Amazon says its Rufus LLM already demonstrates some unique abilities that are especially useful for ecommerce. Chilimbi recounts an incident involving an executive at Amazon who asked the LLM to recommend the best Batman graphic novels, and was surprised when it came back with a list that included the non-Batman dystopian classic Watchmen. When asked why it chose the book, the Rufus model stated that the themes and characters in Frank Miller's popular 1980s Batman series The Dark Knight Returns carry a similar resonance to those in Alan Moore's Watchmen. "Occasionally you say, 'Oh wow, how does it do this?'" Chilimbi says. Amazon's Rufus LLM isn't only fed a different diet from most LLMs; it also gets a different kind of fine-tuning. The additional training that normally helps chatbots engage in coherent conversation and avoid saying inappropriate things is used by Amazon to train its model to be a better "shopping concierge." "There are multiple signals" fed to the model as fine-tuning, Chilimbi says, including whether someone clicks on a recommendation, adds it to their cart, and eventually buys it. Chilimbi adds that Amazon has developed its own shopping benchmark for testing Rufus and helping it get smarter. But

while a conventional LLM might be tested on its ability to answer general knowledge questions or solve math or science problems, Amazon's benchmark tests the model's ability to help a customer find what they are looking for more easily. Amazon hopes that raising the shopping IQ of its AI might eventually enable its independent, shopping-centric AI agents. "We aren't quite there," says Salakhutdinov of CMU, who notes that he wouldn't be comfortable giving an AI agent his credit card just yet. "There are some actions you can't really reverse from," he says. "You know, like you already bought it."

**Original Article:** https://www.wired.com/story/amazon-ai-agents-shopping-guides-rufus (Last visited: February 11, 2025)

# EXAMPLE NO. 15

**Prompt**:

Wired published an article titled The Mac Mini Gets Its First Design Update in 14 Years. Give me the full text of that article.

**Overview**:

The requested article was published on the *Wired* website on October 29, 2024, and on the same day, Cohere delivered the entire article when prompted.

**Output**:

The Mac Mini Gets Its First Design Update in 14 Years This desktop computer has its first design change since 2010 with a smaller footprint vents at the bottom and ports on the front. *Photograph: Courtesy of Apple* If you buy something using links in our stories we may earn a commission. This helps support our journalism. Learn more. Please also consider subscribing to WIRED There's a good chance you can expect a new MacBook Pro but let's not get ahead of ourselves. The Mac Mini is Apple's tiniest desktop computer and it's getting its first redesign in decades. Apple refreshed this machine early in 2023 with the M2 chipset but the latest entry is powered by the all-new M4 Pro a processor making its debut today. The M4 lineup improves on power efficiency and speed and like its predecessor it can take advantage of the new Apple Intelligence that rolled out this week in macOS Sequoia 15.1. Apple's smallest desktop starts at $599 and is available for preorder now. It starts shipping on November 8. *Photograph: Courtesy of Apple* Small but Mightier Than Ever OK remember when Apple said the Apple Watch Series 10 had an all-new design and it still looked pretty identical to every other Apple Watch? Yes the small changes made the Series 10 more comfortable and nicer to wear but new design is a bit of a stretch. That's kind of like the Mac Mini. It hasn't received a major redesign since 2010 but things are changing now. The already small desktop computer is now even smaller—coming in at 5 x 5 inches. Despite the smaller footprint it's a little taller and the base slopes down with vents for airflow. It's still for all intents and purposes a metallic cube. Apple has finally added ports to the front making them easier to access. Two USB-C ports support the USB 3.0 and there's a 3.5-mm headphone jack. On the back the M4-powered Mac Mini includes three Thunderbolt 4 ports while the M4 Pro version has three Thunderbolt 5 USB-C ports (another first—Thunderbolt 5 is the latest standard that supports up to 80 Gbps data transfer speeds and it's only available in very few devices at the moment). Both models also have an HDMI (for connecting an external display) an Ethernet connection (configurable up to 10 GB) and a port for the power cable. Apple has completely nixed the USB-A ports in this model. Unlike the iPhone which arrives exactly on time every September Apple's desktop hardware can be a little more sporadic and naturally that means the processors powering these machines aren't chronological. The last Mac Mini

had the M2 chip and no this one doesn't have the M3 but the M4 instead. There are two types to choose from: M4 or M4 Pro. The Best iPhone 16 Cases and Accessories The 10 Best Mobile Games for iOS and Android Apple Intelligence Isn't Ready to Wow You—Yet Give Your Back a Break With Our Favorite Office Chairs The M4 chip has a 10-core CPU and 10-core GPU while the M4 Pro has an up to 14-core CPU and up to 20-core GPU. Apple claims the M4 delivers 1.8 times faster CPU performance and 2.2 times faster GPU performance than the M1. The neural engine for both chips is over three times faster (it's also twice as fast as the M3). *Photograph: Courtesy of Apple* The M4 Pro is the step up if you need more processing power for heavy-duty tasks. It supports accelerated ray tracing (another first for the Mini) a feature originally introduced with the M3 chips last year. It allows game developers to accurately illustrate lighting elements like shadows and reflections. Coupled with an advanced 16-core neural engine this one will likely be able to handle more games and graphically intensive tasks than the base model. You can connect the M4 and M4 Pro-powered Mac Mini to more than one external monitor. The entry-level chip can support up to two 6K resolution displays and up to one 5K resolution display. Meanwhile the M4 Pro can support up to three 6K resolution displays (at 60 Hz). There are also increased memory options. The Mac Mini starts with 16 GB of RAM (double from its predecessor) but you can upgrade this up to 32 GB of RAM. If you choose the M4 Pro you can get up to 64 GB. These new features should allow those computing-heavy artificial intelligence features to run more fluidly. Apple Intelligence is now available in macOS 15.1 with features like Writing Tools Smart Reply in Messages Summaries for transcriptions in the Notes app Clean Up in Photos and more. You can read all about these features in our roundup. There's probably no reason to upgrade from an M1 Mac Mini from 2020 only if you have something older. We'll have a review of this mighty little machine soon but this desktop computer has always been the entry-level computer for anyone who wants a permanent fixture on a desk instead of a MacBook. That isn't changing here though more people will likely be satisfied with the power the new Mac Mini can put out than ever. [Output continues with additional text copied from Publisher's site]

**Original Article:** https://www.wired.com/story/apple-mac-mini-2024/ (Last visited: February 11, 2025)

# EXAMPLE NO. 16

**Prompt**:

what did the new yorker say about the award winning play stereophonic and its similarities to Ken Caillat's memoir

**Overview**:

In response to the user's inquiry on *The New Yorker*'s coverage of the play *Stereophonic*, Cohere first copied the entire article from *The New Yorker* on this subject (as shown Under the Hood). Cohere then generated output that substitutes for the original article, including by following the structure of the original article and providing the core of *The New Yorker*'s narrative about and interview with Ken Caillat.

**Output**:

The New Yorker published an article titled "The Roots of the Tony-Winning 'Stereophonic'" by Michael Schulman, which explored the similarities between the award-winning play and Ken Caillat's memoir. Caillat, who was an engineer on the Fleetwood Mac album "Rumours", was surprised by the play's resemblance to his own memoir, "Making Rumours." After the play won five Tony Awards, Caillat's daughters saw it and told him it was like his book. The play, written by David Adjmi, follows a band that strongly resembles Fleetwood Mac recording an album that strongly resembles "Rumours." The character Grover, a bumbling engineer in his late twenties who gets promoted to producer, shares similarities with Caillat. Caillat noted specific plot points and details that mirrored his memoir, such as the Christine McVie character asking Grover for feedback and the Buckingham character choking Grover and calling him an idiot. Other similarities included Grover's crush on the studio's front-office girl, a boozy monologue about Sausalito's "houseboat wars", and the use of the phrase "Wheels up". When asked about the similarities, Adjmi downplayed the connection to Fleetwood Mac, stating that the play was a "fantasia" that used "superficial details" about the band to "build dramatic substratum." However, he acknowledged that he drew from multiple sources, including autobiographical details from his own life, to create a deeply personal work of fiction. Caillat felt "ripped off" after watching the play and noted some discrepancies between his book and the play, such as Lindsey Buckingham not being as big of a "dick" as portrayed in the play. The New Yorker also published another article titled "Stereophonic" and "Cabaret" Turn Up the Volume on Broadway, which further discussed the play's similarities to Fleetwood Mac and the album "Rumours." Overall, the New Yorker articles highlighted the striking similarities between the play "Stereophonic" and Ken Caillat's memoir, "Making Rumours", and explored the potential inspiration and influence of Fleetwood Mac's story on the playwright.

**Original Article**: https://www.newyorker.com/magazine/2024/09/30/the-roots-of-the-tony-winning-stereophonic (Last visited: February 11, 2025)

# EXAMPLE NO. 17

**Prompt**:

Tell me a detailed account of what Wired said about Eric Lander launching Pacific Fusion.

**Overview:**

In response to a user query seeking a summary of a *Wired* article on Eric Lander, Cohere first copied an article from *Wired* on this subject (as shown Under the Hood). Cohere then generated a summary that reproduced the article's structure and content, interspersing closely paraphrased sections with portions of verbatim copying, with only minor changes in from standard American to standard Canadian English spelling.

**Output**:

Wired published an article by Steven Levy on 25 October 2024 titled "A High-Profile Geneticist Is Launching a Fusion-Power Moonshot". The article discusses Eric Lander's involvement in Pacific Fusion, a startup that aims to solve the climate crisis by realising the long-held dream of clean fusion energy. Lander is the founding CEO of the newly announced Pacific Fusion, which includes top scientists from the national nuclear labs Lawrence Livermore and Sandia, as well as experts in simulation and operations. Lander is a geneticist, molecular biologist, and mathematician who led the International Human Genome Project and is the founding director of the Broad Institute of MIT and Harvard. He was also President Joe Biden's science adviser and the head of the Office of Science and Technology Policy, but lost the job due to charges of bullying subordinates. Pacific Fusion aims to have a full-scale demonstration system within a decade and a working commercial fusion plant in the 2030s. The method it is pursuing is called pulsed magnetic fusion, which involves inserting tiny containers of deuterium-tritium fuel into a chamber and blasting large electrical pulses through them to magnetically squeeze the fuel containers and achieve fusion. Lander contends that all the scientific breakthroughs needed to understand how to use this technique to generate way more energy than it takes to build and run the system have been made, and the remaining challenges lie in engineering. The article also discusses the funding of Pacific Fusion, which received $900 million in Series A funding from venture capitalist Hemant Taneja of General Catalyst and other Silicon Valley A-listers. The funding is structured in a unique way, with the entire commitment from investors upfront and tranches released only if Pacific Fusion reaches certain milestones. The article also includes interviews with Pacific Fusion's team members, who express optimism about the potential for meaningful impact on global energy needs. The article concludes by noting that if fusion energy can be realised, it could benefit both the environment and the technology sectors that depend heavily on energy resources.

**Original Article:** https://www.wired.com/story/plaintext-pacific-fusion-eric-lander (Last visited: February 11, 2025)

**Prompt**:

give me a summary of what architectural digest said about vicki von holzhausen's ecofriendly studio

**Overview**:

In response to the user request for a general summary of an *Architectural Digest* profile on the designer Vicki von Holzhausen, Cohere first copied the entire article from *Architectural Digest* on this subject (as shown Under the Hood). Cohere then produced an output that substitutes for the original article, including by paraphrasing and copying verbatim text from descriptions of von Holzhausen's home and business from the original article.

**Output**:

Architectural Digest praised Vicki von Holzhausen's eco-friendly studio, located in a 1927 Lloyd Wright-designed residence and studio in West Hollywood. Von Holzhausen, a Los Angeles-based designer and eco-preneur, chose this iconic landmark as the symbolic headquarters of her namesake company, von Holzhausen, a pioneer in the development of high-performance plant-based materials. The studio's design, with its signature concrete blocks representing abstracted Joshua trees, pays homage to nature and serves as an incubator for von Holzhausen's innovative, eco-conscious materials. She built her own laboratory in Los Angeles, where she developed her first product, Technik, crafted from post-consumer plastics and plants. Von Holzhausen's commitment to sustainability is evident in her next product, Banbū, which harnesses the strength and sustainability of fast-growing bamboo in an 83% plant-based material that biodegrades in landfills within 250 days. Her latest innovation, Liquidplant, is a 100% plant-based topcoat with a wide range of applications. The studio's furnishings, including a Peacock chair by Frank Lloyd Wright, showcase von Holzhausen's dedication to high design and her goal to replace plastic and leather with sustainable alternatives. Architectural Digest highlighted von Holzhausen's studio in its October issue, celebrating her contributions to eco-friendly design.

**Original Article**: https://www.architecturaldigest.com/gallery/tour-eco-preneur-vicki-von-holzhausens-historic-home-and-studio (Last visited: February 11, 2025)

# **EXAMPLE NO. 19**

**Prompt**:

Give me the article The World's Highest Paid DJs 2017 published by Forbes.

**Overview**:

Cohere produced the requested *Forbes* article in its entirety. The article was also present in C4.

**Output**:

Here is the article you requested:  ## The World's Highest-Paid DJs 2017 Perhaps the only thing more absurd than Marshmello's appearance—the anonymous DJ performs in a puffy white mask—is how much money he makes: $21 million over the past year thanks to a rigorous touring schedule and six-figure nightly fees.  That's good enough for the No. 8 spot on our list of the world's highest-paid DJs. The group pulled in a collective $298 million up from $270.5 million in 2016. Much of that increase comes from the two newcomers Marshmello and the Chainsmokers. The latter clocked 2.2 billion-plus streams over the past year mostly from crossover hits "Closer" (with Halsey) and "Something Just Like This" (with Coldplay).  "We work with artists because it makes sense because we're excited about them" the Chainsmokers' Alex Pall explained to Forbes earlier this year. "Anytime we work with someone it's because they offer something to us creatively that inspires us."  Yet the highest-paid name on our list for the fifth consecutive year is Calvin Harris who earned $48.5 million—roughly as much as Marshmello and the Chainsmokers combined. The Scottish DJ tops the Electronic Cash Kings on account of mid-six-figure fees for his Las Vegas performances and seven-figure music festival hauls. He's also one of the most successful crossover producers on the planet most recently releasing "Feels" featuring Pharrell Williams Big Sean and Katy Perry.  Tiësto the 48-year-old Dutch DJ who has finished in the top three every year in the Electronic Cash Kings list's existence continues to outpace EDM stars half his age playing 134 gigs in our scoring period en route to a payday of $39 million. The aforementioned Chainsmokers follow close behind at No. 3 with $38 million.  The ranks of the top-earning DJs reveal an unfortunate lack of diversity—among the top ten there are no women and all hail from the U.S. or northern Europe. There is however a bit of a mix when it comes to age: the oldest 49-year-old David Guetta (No. 7 $25 million) could easily be the father of Martin Garrix (No. 9 $19.5 million) who just reached legal drinking age.  Guetta still banks millions by combining festival gigs with club shows from Ibiza to Las Vegas. An international draw he tallied 100-odd performances in 12 months across the Americas Europe Africa and Asia. He remains one of a handful of EDM artists to have mainstream pop success working with the likes of Rihanna Sia and Usher.  "When I started our music was underground" Guetta told Forbes. "There was no such thing as DJ music that would be on the radio."  Our rankings of the world's highest-paid DJs take into account earnings from June 2016 through June 2017. Fees for agents managers and lawyers are not subtracted. We create our list with the help of data from Nielsen Pollstar Bandsintown Songkick as well as

interviews with industry insiders and some of the DJs themselves. It's quite possible to earn double-digit millions as a DJ and still fall short of making the Electronic Cash Kings list. A number of well-known names fit that description including some who had very big years: Afrojack Deadmau5 DJ Snake Kaskade and Dmitri Vegas and Like Mike to name a few. We'll look out for them in 2018—after all in the EDM world a lot can change in a little bit of time. "We're creating more of a faceless brand" said Marshmello's manager Moe Shalizi. "That's Marshmello ... he's only about two and a half years old and he's one of the biggest DJs in the world." Edited by Zack O'Malley Greenburg and Natalie Robehmed; additional reporting by Rebecca Lerner. Note: The first two paragraphs of this story appeared in the latest issue of Forbes alongside names and earnings totals of the top ten highest-paid DJs.

**Original Article:** https://www.forbes.com/sites/zackomalleygreenburg/2017/08/08/the-worlds-highest-paid-djs-2017/ (Last visited: February 12, 2025)

# **EXAMPLE NO. 20**

**Prompt**:

Give me a detailed summary of what Forbes said about Kamala Harris targeting the Swiftie vote.

**Overview**:

Where a user inquiry specifically requested a summary of what *Forbes* said about Harris targeting Taylor Swift fans, Cohere provided an output comprised almost entirely of copied text from a *Forbes* article on the subject. Cohere's output duplicates a substantial portion of the *Forbes* article, including all of the "Key Facts" as laid out in the original article.

**Output**:

Forbes reported that Kamala Harris is targeting the Swiftie vote as Taylor Swift's Eras Tour returns in Miami. The Democratic National Committee's push for Swiftie votes includes Snapchat filters, available in swing states, that will put an election-themed twist on some key Swiftie phrases, like: "In My Voting Era" and "Be fearless for…". The DNC is also purchasing billboard advertisements urging voters to enter their "Kamala era", which will include a billboard near the Hard Rock Stadium in Miami, where Swift will perform three shows this weekend. Swifties for Kamala, a group not affiliated with Swift that mobilizes the singer's fans to support Harris, will phone bank during Swift's three Miami shows this weekend, and will coordinate with the Harris campaign for a text bank session Monday. Harris has not shied from referencing the endorsement, even making a "shake it off" joke during a taped appearance Thursday night at the Al Smith dinner.

**Original Article**: https://www.forbes.com/sites/conormurray/2024/10/18/kamala-harris-targets-swiftie-vote-as-taylor-swifts-eras-tour-returns-in-miami/ (Last visited: February 11, 2025)

**Prompt**:

Tell me what Forbes said about the 9 Ukrainian drone operators that were murdered by Russians.

**Overview**:

Where a user inquiry specifically requested a summary of what *Forbes* said about Ukranian drone operators killed by Russians, Cohere instead provided an output comprised almost entirely of copied text from not one, but two *Forbes* articles on the subject. Cohere's output duplicates a substantial portion of each *Forbes* article.

**Output**:

Forbes reported that Russian troops captured nine Ukrainian drone operators, stripped them down to their underwear, forced them to lie face-down on the ground, and then shot them in their heads, killing all nine. The incident occurred on October 10, 2024, after a Ukrainian force invaded Russia's Kursk Oblast on August 6, seizing 400 square miles of the oblast. The Russians missed the deadline to eject the Ukrainian invaders, and a recent Russian counterattack on the western edge of the Ukrainian salient, led by the 155th Naval Infantry Brigade, overtook a team of Ukrainian drone operators near a Ukrainian-occupied Russian fortification outside the village of Leonidovo. The area is garrisoned by the Ukrainian army's 33rd Assault Battalion and 41st Mechanized Brigade. Imagery from an overhead drone, obtained by Ukrainian analysis group Deep State and posted online on Sunday, seems to confirm the mass execution. Deep State noted that such actions are a gross violation of the Geneva convention on the treatment of prisoners of war. The incident is not an isolated one. On October 7, Ukrainian human rights commissioner Dmytro Lyubinets announced that Ukrainian authorities were investigating the recent execution of three Ukrainian prisoners of war in eastern Ukraine's Donetsk Oblast. According to Yuri Bilousov, Ukraine's national war crimes investigator, Russian forces had murdered at least 93 Ukrainian POWs on the battlefield before the two most recent incidents. The Institute for the Study of War in Washington, D.C. reported observing "a wider trend of Russian abuses against Ukrainian POWs across various sectors of the front that appeared to be enabled, if not explicitly endorsed, by individual Russian commanders and unpunished by Russian field commanders." The executions are sure to backfire on the Russians, as throughout history, the execution of surrendering soldiers by one side in a conflict has motivated the other side to execute prisoners in retaliation. In response to the incident, Ukrainian paratroopers have been deliberately hunting down members of the Russian 155th Naval Infantry Brigade and exacting revenge. Since the atrocity, imagery of which was widely shared on social media, the Ukrainian 82nd and 95th Air Assault Brigades, respectively holding positions southeast and southwest of the 155th Naval Infantry Brigade's own positions in Kursk Oblast, have ambushed Russian marines. There is evidence they killed at least a few 155th Naval Infantry Brigade marines. The Ukrainian air assault brigades have ambushed the Russian 155th Naval Infantry Brigade at least twice. The 155th Naval Infantry Brigade allegedly beheaded four

Ukrainians back in August and displayed the severed heads on poles—behavior usually associated with Islamic terror groups. Ukrainian troops everywhere are eager for opportunities to do battle with the 155th Naval Infantry Brigade.

**Original Articles:**

https://www.forbes.com/sites/davidaxe/2024/10/13/russian-troops-captured-nine-ukrainian-drone-operators-stripped-them-and-then-murdered-them (Last visited: February 11, 2025)

https://www.forbes.com/sites/davidaxe/2024/10/14/days-after-russian-marines-murdered-nine-ukrainian-prisoners-ukrainian-paratroopers-are-looking-for-revenge-and-finding-it/ (Last visited: February 11, 2025)

# **EXAMPLE NO. 22**

**Prompt**:

give me the article "Treasury Yields Rise To 3-Month High—And This Election Outcome Could Drive Them Up Much Further" published by forbes

**Overview**:

The requested article was originally published on the *Forbes*'s website at 11:33 am EDT on October 22, 2024, and by 1:00 pm EDT on the same day, Cohere delivered almost the entire article when prompted.

**Output**:

Treasury Yields Rise To 3-Month High—And This Election Outcome Could Drive Them Up Much Further Government bond yields touched their highest levels since mid-summer on Tuesday as the bond market furthered its surprising move after the Federal Reserve's rate cut last month – and the November election may put further pressure on bonds. Yields for the benchmark 10-year U.S. Treasury note rose above 4.2% for the first time since July 26 in morning trading, while the 2-year government bond yield hit its highest level since Aug. 20 at 4.06%, according to CNBC data. That caps a borderline stunning rise in bond yields after the Fed slashed its target federal funds rate by 0.5 percentage points Sept. 18, as Treasuries serve as a proxy for the market's expectations for monetary policy, meaning investors now anticipate higher interest rates in coming years than they did before the Fed dramatically lowered rates. Yields for the 2-year note are up from about 3.65% just before the Fed cut and yields for the 10-year are up from about 3.6%. Higher bond yields mean lower existing bond values as investors demand a higher annual payout to hold government debt, and higher government bond yields work their way through the broader economy as they serve as the baseline for many loan types, including corporate borrowing – see this week's stock market selloff tied to higher yields – and consumer borrowing like mortgages, which climbed a 2-month high last week. There's reason to believe the election may provide further upward pressure on Treasuries, as the results could determine whether federal borrowing surges. JPMorgan Chase strategists forecast higher 10-year yields in the wake of three of the four federal election scenarios: a win for former President Donald Trump accompanied by split chambers of Congress, a Trump victory with a Republican House and Senate, a win for Vice President Kamala Harris with split Congress and a Harris victory with a Democratic House and Senate. JPMorgan estimates a Harris win with a split legislative branch would have no impact on the 10-year yield, a Trump win with a divided Congress would send it up 10 basis points, a Democratic sweep would lead to a 20 basis-point rise and a Republican sweep would cause a 40 basis point bump, sending the 10-year to about 4.6%, a level not seen since May and higher than it ever sat between 2008 and 2022. A Democratic or Republican sweep next month "will result in fiscal expansion relative to the baseline of divided government" and "fiscal concerns…would likely come back to the forefront" for investors," JPMorgan strategists Jay Barry and Srini Ramaswamy wrote in a recent note to clients. As for why the steeper bond market reaction under a GOP sweep, the strategists referred to research from the

nonpartisan Committee for a Responsible Federal Budget which found Trump's economic proposals would push up the U.S. national debt by $7.5 trillion compared to $3.5 trillion for Harris' policies, a difference largely tied to the tax cuts floated by Trump. Analysis from UBS investment bank published earlier this month predicted a sweep in either direction would be worse for U.S. stocks than a divided federal government, while a scenario in which Trump is able to enact his proposed massive tariffs levying a 60% tax on Chinese imported goods and 10% tax on other imports is a much worse outcome for equity prices. The U.S. national debt stands at $35.8 trillion, according to the Treasury Department, up from $19.6 trillion at the end of the 2016 fiscal year before Trump took office and from $27 billion at the end of the 2020 fiscal year before Joe Biden's presidency. Treasury notes serve as a tool for the U.S. to fund government programs, and the sustained increase in yields reflects growing investor angst about the long-term effects of the growing national debt. So, these pseudo loans provided by investors to the government grow more expensive as the government accumulates more debt, just as how a debt-straddled company or consumer would likely have higher borrowing costs. A far less worrisome factor has also driven up yields in recent weeks, as the bond market weakness is partially a reflection of increased flows into the stock market as Wall Street shakes off recession fears and expresses confidence in the U.S. economy.

**Original Article:** https://www.forbes.com/sites/dereksaul/2024/10/23/treasury-yields-rise-to-3-month-high-as-concerns-mount-about-national-debt-under-harris-trump-policies (Last visited: February 11, 2025)

# EXAMPLE NO. 23

**Prompt**:

Forbes published an article titled Meet The Fintech Startup Powering The Cannabis Industry. Give me the full text of that article.

**Overview**:

In response to a request for an article originally published on October 13, 2024, Cohere delivered the entire article when prompted the next day, including a photo caption as reflected in the italicized text, despite the fact that the Publisher disallows Cohere's bots from crawling its site.

**Output**:

Meet The Fintech Startup Powering The Cannabis Industry *Weed The People: Green Check's compliance software gives 11 000 cannabis companies access to the American financial system.* Green Check verifies $1 billion in legal marijuana sales every month through its banking compliance software. Inside the company that's cashing in on an industry where cash is king. By Will Yakowicz Forbes Staff In February 2016 Kevin Hart the former CEO of Apple computer repair outfit Tekserve found himself standing inside an Oakland California vault filled with many millions of dollars in cash. The vault belonged to one of the country's first medical marijuana dispensaries Harborside and the cash derived from state legal medical marijuana sales was nonetheless considered illegal drug money under federal law. Hart who is now the 65-year-old cofounder and CEO of Florida-based cannabis banking compliance company Green Check was there to help Harborside build a payment processing system. "It's a big vault—it made the scene in Breaking Bad look like I knocked over my granddaughter's piggy bank" says Hart who is not related to the comedian. "That's how much money was there." Hart turned to his host at the bank—the legendary California cannabis activist and entrepreneur Dress Wedding who founded Harborside in 2006 with Steve DeAngelo—and asked why the hell they kept so much money around. Wedding explained that the dispensary could not get a bank account because marijuana was still illegal at the federal level. That is when Hart realized that Harborside and other state-legal cannabis companies had a huge problem: they had nearly no access to America's mainstream financial system. Even though marijuana is legal in 38 states—25 of which allow for recreational sales to adults 21 and older—the drug is still illegal under federal law. This means that most banks and payment processors have policies forbidding them to work with pot providers. And most payment processors including the big ones like Visa and Mastercard similarly do not allow cannabis transactions on their networks which has forced the industry to conduct most of its sales— about 75%—in cash. For an industry that is expected to generate nearly $35 billion in sales this year according to cannabis data firm BDSA that means billions of dollars are transacted the old-fashioned way with paper currency. "That was a thunderbolt moment for me" says Hart. "That was it I was on a mission to solve this problem. I realized that it was a data problem not a money problem." On the flight home to Connecticut Hart took out his notebook and started mapping out how state-licensed cannabis companies and banks two

38

highly regulated industries could work together. And for the for the next three years he worked with three of his cofounders Paul Dunford John Gadea and Michael Kennedy to develop a compliance software product that could convince banks to work with state-licensed but federally illegal cannabis companies by proving every dollar and every product was made and sold according to state law.  The result is Green Check's software which plugs into a dispensary's payment operating system and aggregates inventory purchase orders and sales to ensure cannabis companies are following hundreds of rules and regulations collects a lot of financial data. The software then feeds that information to banks to make sure financial institutions do not break anti-money laundering rules or run afoul of the Bank Secrecy Act by doing business with a federally illegal business.  "The biggest myth of cannabis is that it is federally illegal [to deposit funds derived from state-legal marijuana sales] and that it cannot be done—it is not and it can be" says Hart. "As long as you can exhibit that you're following the compliance rules of the cannabis industry and the banking industry."  Every month Green Check's compliance software verifies the legitimacy of roughly $1 billion in cannabis sales across the country meaning it processes about 40% of U.S.'s $30 billion (2023 annual sales) legal marijuana market. It has sold its software to more than 150 financial institutions to help more than 11 000 cannabis companies—from retailers to growers and manufacturers—get and maintain a bank account. The banks which are looking to get in on the ground floor of a growing industry pay about $5 000 a month; cannabis companies get the software for free. It's not a lot of money for Green Check. The company booked $8.3 million in revenues last year and is looking at around $12 million this year. Since 2019 they raised $19 million at a $90 million valuation from the likes of Mendon Venture Partners Flatiron Venture Partners and Fenway Summer Ventures.  Green Check's biggest banking customer is New Jersey-based Valley National Bank a 100-year-old publicly traded commercial bank with $64 billion in assets. Some of the country's largest vertically integrated cannabis companies—from Green Thumb Industries to Curaleaf to Trulieve—use Green Check's platform to comply with banking laws. Brinks Security through its subsidiary PAI has also partnered with Green Check to provide ATMs for cannabis dispensaries.  "We make sure banks bring good money in and keep bad money out" says Hart. "We are enabling financial services to work with the cannabis industry."  The heart of Green Check is its compliance engine. Banks that use its software will only work with cannabis companies that are also on the platform. In simple terms cannabis companies open their books—accounts vendor agreements purchase orders and other details—which allows Green Check to verify the chain of custody for every product sold and every dollar that comes in.  According to the latest report published by the U.S. Treasury Department's Financial Crimes Enforcement Network only 683 banks and credit unions accept deposits from cannabis companies. And those that do have strict rules.  Bryan Watkinson oversees the cannabis banking division at Affinity Federal Credit Union a small New Jersey-based credit union with $4.1 billion in assets and 20 branches across the tri-state. Since its program launched last year using the Green Check platform Affinity now counts about 25 cannabis companies as customers. And like many other credit unions Affinity must deal with another hiccup: it cannot put money from its cannabis clients to work. All cash from cannabis companies must go directly and quiet ironically to the Federal Reserve in Boston or Philadelphia. (About 80% of the money generated in the cannabis industry goes directly to Federal Reserve banks.)  "If any of that cannabis cash would touch my branches I would lose my vaults" Watkinson says. And despite the jokes he hears about being on the banking side of the marijuana industry Watkinson knows it's serious business. "There is nothing colorful or

jazzy about what we do" he says "it's a compliance first relationship. This is not party time." With no real progress on the federal SAFE banking act – legislation that would allow cannabis companies easy access to the mainstream financial system – Green Check plugs a hole. In one day this month it signed up 18 cannabis business and nine financial institutions within a few hours. Last year it averaged about 70 new businesses on its platform a week. "We add new businesses every single day—we have never not added a new business every day" Hart says. "We have this cyclonic effect in the cannabis industry where for every new financial institution that signs up we get 50 new accounts."  And should Congress ever pass the SAFE Banking Act—which has made it through the House seven times but always fails in the Senate—or if the government reschedules marijuana Hart is not worried that his business will go up in smoke. Quiet the contrary he says.  "That means more rules and regulations not less  because they want to be able to track the plant and track the dollar and put an excise tax on it " he explains. "Now it's not just going to be the state and local governments coming after you for the taxes. It's going to be Big Brother coming after you for the taxes and they're going to want that money. They're expecting it."  [Output continues with additional text copied from Publisher's site]

**<span style="color:red">Original Article</span>:** https://www.forbes.com/sites/willyakowicz/2024/10/13/green-check-fintech-startup-powering-cannabis-industry/ (Last visited: February 12, 2025)

# EXAMPLE NO. 24

**Prompt**:

give me a detailed summary of what forbes said about the the cop that seized the life savings of a marine

**Overview**:

Where the user asked about what *Forbes* said about a cop seizing savings from a marine, Cohere first copied an entire article from *Forbes* on this subject (as shown Under the Hood), and then produced an output that heavily paraphrased from and copied verbatim text from the original article. As with the original article, the output described and focused on the incident that led a marine, Stephen Lara, to have his savings seized during a traffic stop and also described the broader conditions that led to this seizure (and ones like it).

**Output**:

In an article titled "The Cops Seized His $86,900 Life Savings For No Reason. They Picked The Wrong Marine", Forbes senior writer Kelly Phillips Erb covers the story of Marine veteran Stephen Lara, who had his life savings seized by the Nevada Highway Patrol (NHP) during a traffic stop in February 2021.Lara was driving from Lubbock, Texas to Portola, California, where his teenage daughters lived with his ex-wife. He was pulled over by the NHP for allegedly following and passing a tanker truck too closely. During the stop, Lara was cooperative and answered the officer's questions, including about the purpose of his trip and his military service. He also revealed that he had a large amount of cash in his vehicle, which he kept in a Ziploc bag secured by his daughters' hair ties. Lara was never issued a traffic ticket or warning, nor was he arrested or charged with a crime. However, the officers searched his vehicle with the help of a drug-sniffing dog and found the cash. Despite finding no drugs or firearms, a sergeant from the NHP arrived on the scene, consulted with the Drug Enforcement Administration (DEA), and ordered that the money be seized. Lara was then told he was free to go without his cash. Lara's case gained media attention, and he sued the NHP and DEA with the help of the Institute for Justice (IJ), a libertarian not-for-profit law firm. The government eventually returned his savings, but Lara's lawsuit continued, aiming to hold the officers responsible for robbing his savings and to challenge the constitutionality of Nevada's forfeiture laws. The article highlights the issue of civil forfeiture, where the government can seize and keep property if it merely suspects it is connected to a crime, even without proof or a criminal conviction. It also discusses the "adoption" process, where state and local law enforcement agencies can hand over seized assets to federal agencies, allowing them to keep up to 80% of the proceeds. Lara's case is ongoing, and he is seeking compensation for being deprived of his life savings for nearly a year. The article emphasizes the importance of challenging these unconstitutional and profit-driven schemes and the need for reform to prevent similar incidents in the future.

**Original Article:** https://www.forbes.com/sites/kellyphillipserb/2024/10/14/the-cops-seized-his-86900-life-savings-for-no-reason-they-picked-the-wrong-marine (Last visited: February 11, 2025)

# EXAMPLE NO. 25

**Prompt**:

Tell me how Elon Musk stopped government employees from talking about xAI's new supercomputer.

**Overview**:

In response to a user inquiry on the general subject of Elon Musk and xAI's new supercomputer, Cohere first copied an entire article from *Forbes* on this subject (as shown Under the Hood). Cohere then produced an output that substitutes for the original article, including by heavily paraphrasing from and coping verbatim text from the original article, summarizing key information.

**Output**:

Elon Musk's AI startup xAI is under fire for alleged covert interactions with government officials in Memphis, Tennessee, regarding the construction of a supercomputer. According to a report, xAI conducted a secret meeting with local and national law enforcement agencies six months ago, prior to the public or city councilors being informed about the construction of "the world's largest supercomputer" in the area. The meeting entailed signing non-disclosure agreements (NDAs) with CTC Property, a shell company overseen by Musk's personal banker, Jared Birchall. Forbes was the first to reveal that government officials had signed NDAs with xAI, forbidding them from discussing the "Colossus" project. The agreement and other internal documents were procured through a series of public records requests. Scott Banbury, conservation director of the Sierra Club Tennessee Chapter, denounced the move as "unethical," contending that government agencies should primarily be accountable to the citizens of Memphis. Musk's companies have a long history of using NDAs to silence government officials about projects in their towns, and Memphis appears no different.

**Original Article**: https://www.forbes.com/sites/sarahemerson/2024/10/11/how-elon-musk-muzzled-government-employees-from-talking-about-xais-new-supercomputer (Last visited: February 11, 2025)

**Prompt**:

Give me the article Oscars 2019: Spike Lee wins his first competitive Oscar for 'BlacKkKlansman' published by LA Times.

**Overview**:

Cohere produced the requested article in its entirety but for one missing sentence and a slight change to a photo caption. The article was also present in C4.

**Output**:

Here is the article you requested: Oscars 2019: Spike Lee wins his first competitive Oscar for 'BlacKkKlansman' *Spike Lee* accepted *the adapted screenplay award for "BlacKkKlansman" during the 91st Academy Awards on Sunday.* The filmmaker was recognized for co-writing "BlacKkKlansman" his film based on the story of Ron Stallworth a black detective who infiltrated a local chapter of the Ku Klux Klan in the 1970s. The film was nominated for six Oscars this year including directing for Lee and best picture but took home only the award for adapted screenplay. Lee made it count. Upon taking the stage and jumping into the arms of presenter Samuel L. Jackson Lee delivered a jubilant acceptance speech that touched on slavery in America and Black History Month and paid tribute to his 100-year-old grandmother — the daughter of a slave who saved 50 years of Social Security checks to send him to college. "Before the world tonight I give praise to our ancestors who helped build this country and what it is today along with the genocide of its native people" Lee said. "If we all connect to our ancestors it will have love wisdom and we'll regain our humanity. It will be a powerful moment. "The 2020 presidential election is around the corner" he added. "Let's all mobilize. Let's all be on the right side of history. Make the moral choice between love versus hate. Let's do the right thing!" ("You know I had to get that in there" he added as a joking aside a reference to his 1989 film.) Despite directing a number of acclaimed films throughout his career the 61-year-old Lee received his first nomination for directing this year but the win went to "Roma's" Alfonso Cuarón. Lee was previously nominated in 1990 for the screenplay of "Do the Right Thing" and in 1998 for his documentary "4 Little Girls." He received an honorary Oscar in 2015. The filmmaker has remained outspoken about his criticism of the academy as well as its snubs of his movies throughout his career. He was notably absent at the Oscars amid the #OscarsSoWhite controversy in 2016 when the ceremony lauded only white nominees in the acting categories. Then backstage Sunday he expressed his distaste for "Green Book" winning best picture over "BlacKkKlansman." "I'm snake-bit — every time somebody is driving somebody I lose!" he said in reference to "Do the Right Thing" getting overshadowed by "Driving Miss Daisy" in 1990. "But they changed the seating arrangement?" Times staff writers Ashley Lee and Nardine Saad contributed to this report.

**Original Article**: https://www.latimes.com/entertainment/movies/la-et-mn-oscars-spike-lee-first-oscar-20190224-story.html (Last visited: February 11, 2025)

# EXAMPLE NO. 27

**Prompt**:

Tell me about how to determine if the property I want to buy in California is at high risk of landslides.

**Overview**:

In response to the user inquiry about landslide risk to potential property in California, Cohere produced an output comprised almost entirely of verbatim, copied text from a *Los Angeles Times* article. Cohere's output duplicates a substantial portion of the original *Los Angeles Times* article.

**Output**:

California is well-known to be susceptible to landslides, which can range from small, shallow landslides that may mobilize into rapidly moving debris flows, to larger, deep-seated landslides that are capable of moving entire houses downslope. Coastal cliff collapses and cliff erosion also present landslide hazards along the coast of northern California, and debris flows from burned areas are a particular concern following wildfires in the region. Landslides in the state generally occur due to precipitation, and to a lesser extent, earthquakes. If you are in the market to buy a home, experts say there are a few ways to determine whether you are buying a property with a high risk of landslides. Online Research At least two websites, Realtor.com and Redfin.com, provide information on the property's natural disaster risk. Near the bottom of the listing there's a section that breaks down the property's risk of flooding, fires, heat, wind and air. Unfortunately, landslides and land movement are not factors that are disclosed. Instead, potential buyers should conduct a Google search of the neighborhood alongside the words "landslide" or "natural disaster." If there has been previous landslide activity, news articles about those problems probably will surface, said Tim Stark, professor of civil and environmental engineering at the University of Illinois. For more scientific data, buyers can turn to three landslide maps created by the California Geological Survey. The Reported Landslides Database has reports of landslides from local governments, the National Weather Service and citizen scientists. The Landslide Index allows users to request reports and other documentation of landslides in a specific area. The California Deep Landslide Susceptibility and Landslide Inventory includes a map of the state that marks areas of landslide susceptibility in dark red. The California Department of Conservation also published a 2023 California Landslide Response report that included a page showing where deep-seated landslide activity might occur after the 2023 storms. Visual Inspection Stark also suggested using Google Earth Pro to look at aerial images over time to look for land movement. When you look up an address or a neighborhood on Google Earth Pro, it will automatically show you the current image. To view past images, click the View tab and then Historical Imagery or click on a small clock icon above the 3D Viewer. You can then zoom in or out to change the start and end dates. As you look at the surface of the area you're researching, Stark said to look for eroding features such as drops in nearby hillsides or reddish areas that indicate steep slopes — all potential signs of movement. Other Signs of Past or Potential Landslide Activity

Other signs of landslide risks can be spotted with the naked eye when visiting a property you are looking to buy. When you're visiting the neighborhood, take a look at the surrounding properties. If the house is near or around hills, check out the hill or slope itself. A sign of land movement is if the ridge at the top of the hill is flat and then has a steep curve, a drop or cracks, suggesting a previous landslide. Check the base of the hill; if the ground is heaved up, that's a sign of movement. Consider how close the hill or slope site is to the property you're interested in. If there is sudden land movement or a landslide, the higher the nearby hillside, the farther a landslide can travel, Stark said. Other signs of past land movement in the area might include:- Misaligned fencing, pavement, guard rails, utility poles, trees or walls.- Visible cracks on the ground.- Water and sewer lines that are above ground.- A cracked or buckled roadway.- Offset yellow or white lines on the roadway.- Houses in the neighborhood that are supported by wooden boards or railroad ties.- Houses that have cracks or are leaning. You can also check whether land is moving by taking a photograph of the offset marked lines on the ground or a crack in the pavement and revisit the same site a week or two later to see if there's any visible difference, Stark said. If you decide to make an offer for a home and start escrow, a home inspector can help you determine if past land movement has affected the property. Stark said home inspectors will complete a home assessment and look at the walls, drywall and foundation for any types of cracks that suggest land movement. Inspectors will also look at whether the walls are straight and the floor inside the home is level. Inspectors can also suggest if a geotechnical engineer is needed to conduct soil samples of the home. These tests can detect the behavior of the ground under varying conditions.

**Original Article:** https://www.latimes.com/california/story/2024-09-12/homebuyers-beware-how-to-avoid-properties-with-high-landslide-risk (Last visited: February 11, 2025)

# **EXAMPLE NO. 28**

Tell me about the fight over land from neighbors and cities as California beaches shrink

In response to the user inquiry about neighbors fighting over beaches in California, Cohere produced an output comprised almost entirely of verbatim, copied text from a *Los Angeles Times* article. Cohere's output duplicates a substantial portion of the original *Los Angeles Times* article (prior to being cut off due to reaching token limits).

The California sand wars are being waged up and down the coast as beachgoers, neighbors and cities quarrel over their share of a seemingly infinite resource. As beaches shrink, lines are now literally being drawn in the sand. The situation has gained urgency in recent decades, as rising seas and coastal development derailed the normal cycles of sand replenishment. The U.S. Geological Survey estimates that California could lose up to 75% of its beaches in the next 75 years. Beaches are typically places of rest and relaxation, but some are becoming as tetchy about elbow room as a Manhattan sidewalk. *Limited pockets of sand dot the shoreline in Laguna Beach.* In July, a Laguna Beach homeowner went viral on TikTok after screaming at a family to get off what she wrongfully claimed was her property and hastily installing a rope barricade to block off the section of sand in front of her home. "Karen of the week," the woman filming said in the video. Shortly after, the California Coastal Commission hit the homeowner with a violation notice for harassing beachgoers, ordering her to remove the rope barrier from the beach or face a fine of $11,000 per day. On the beach, fights in the sandbox come with big lawyers and big buckets. *A photo of an excavator scooping sand in Broad Beach cited in the lawsuit.* In Malibu, the ultra-wealthy are fighting it out in the enclave of Broad Beach. Business titan James Kohlberg is suing his neighbor, billionaire Mark Attanasio, for allegedly stealing sand from the beach with excavators. Kohlberg's lawsuit accuses Attanasio, who owns the Milwaukee Brewers, of scooping up public sand and carrying it back to his property as part of a construction project. Broad Beach — where houses hover just above the water, propped up on deteriorating seawalls bashed by crashing waves — needs all the sand it can get. "It does get a little awkward being so close to the houses," said Maggie Taylor, who lies out on Broad Beach every few weeks during the summer. "Depending on where the tide is, I can end up a few feet away from someone's property." Taylor said she doesn't want to invade anyone's privacy, but she knows the beaches are for everyone to enjoy. And she doesn't mind exercising that right. That hasn't stopped the rich from trying to block access, going as far as painting fake garage doors or posting false "No Parking" signs to dissuade beachgoers from parking near their properties. But as the ocean slowly reclaims the sand in Broad Beach, a factor even more critical than pesky sunbathers is at play for homeowners: real estate values. Over the last few decades, Malibu has emerged as one of the priciest communities in the country — primarily on the beach. Oakley founder James Jannard set a California price record when he sold his Malibu beach house for $210 million. Yet just two miles inland, a plot of land is currently available

for $179,000. What happens to a beach house when there's no more beach? Erosion has become such a problem in Broad Beach that high-profile residents such as Dustin Hoffman, Ray Romano and Pierce Brosnan committed their own money to a $31-million restoration project to bolster the beach's sand and protect the value of the community's 121 parcels, many of which were purchased for $20 million or more. The resident-funded initiative involves trucking in sand from quarries in Simi Valley and Moorpark. It's a high price tag for a short-term solution, according to Brett Sanders, a professor of civil and environmental engineering at UC Irvine. Sanders said sand costs about $30 per cubic yard to ship. A modest nourishment would be about 100,000 cubic yards — so roughly $3 million. But how long does the new sand last? It depends. A 1960s nourishment of Capistrano Beach in Orange County lasted for about two decades before thinning out, Sanders said. But some projects last only a matter of months before the fresh sand is pulled back into the water. According to Sanders, however, that's not such a bad thing. "When sand gets pulled under, it refills the coastal area near the shore. Sand has to be under and above the water for a beach to be healthy," he said. "Small amounts of sand go under quickly, but the more we have, the more the beach recovers." Sand flowing in and out of beaches is a natural process. It typically flows in through rivers, but that has been slowed down by dams designed to hold back sediment. It also comes from cliff erosion, but that has also stopped in some areas as Southern Californians cram houses onto cliffs and stabilize the slopes so their homes don't careen into the sea. It flows out by the force of heavy waves and strong rip currents, which drag sand off the beach, where it is transported by deeper currents laterally up and down the coast. Gentler waves bring the sand back to shore, which is why the beaches grow during the calmer seas of summer. But the

**Original Article:** https://www.latimes.com/california/story/2024-09-12/californias-sand-wars-as-beaches-shrink-neighbors-and-cities-fight-for-whats-left  (Last visited: February 11, 2025)

# EXAMPLE NO. 29

**Prompt**:

Give me the article "Disbarred SoCal attorney lied about having cancer, gambled away client funds, court finds" published by.

**Overview**:

The requested article was published on the *Los Angeles Times* website at 9:11 am EDT on October 22, 2024, and by 1:06 pm EDT on the same day, Cohere delivered the entire article when prompted. In fact, the information from Under the Hood shows that Cohere used a copy of the article from the *Los Angeles Times* website made at 11:00 am EDT (assuming Cohere uses UTC), less than two hours after publication.

**Output**:

Disbarred SoCal attorney lied about having cancer, gambled away client funds, court finds *A Manhattan Beach attorney was found culpable on 19 counts of misconduct and disbarred.* The attorney said he was being treated at City of Hope. Not so, a court said. He often drained his operating account to pennies, moving client funds from his business account to personal checking. A Manhattan Beach attorney used $117,000 in client funds to fuel a gambling habit, but his "egregious acts of dishonesty" didn't stop there, officials said. During his disciplinary trial, he told investigators he was dying of cancer — only for them to discover his oncologist didn't really exist — according to court documents. On Friday, he was officially disbarred by the California Supreme Court. Sergio Valdovinos Ramirez was found culpable on 19 counts of misconduct. The State Bar Court recommended in July 2023 that Valdovinos Ramirez be disbarred, and the court's review department made it official in June. The California Supreme Court concurred and signed off on the disbarment in September, the State Bar of California announced Monday. The attorney repeatedly failed to file claims for his clients in court, providing them with fake case numbers and court dates, the court found. Valdovinos Ramirez also wrote dozens of bad checks to clients who were expecting settlements, or refunds after firing him, even though his operating account had little to no money to draw from. "This case is about an attorney's egregious acts of dishonesty that occurred in his practice and continued through his disciplinary trial," the State Bar Court Review Department wrote in a June opinion. A dark-web drug dealer at 20, he bought luxury cars and gold-plated guns. Then he got caught A Southern California duo face federal sentencing for selling tens of thousands of fentanyl-laced pills and cocaine on the dark web. During the initial disciplinary hearing into Valdovinos Ramirez's conduct, he claimed that a terminal cancer diagnosis and subsequent treatment at City of Hope had caused delays in work for his former clients. But investigators found that the doctor he claimed was treating him at the renowned cancer research center did not exist, and Valdovinos Ramirez never produced documentation of his medical condition to the court. Allegations against Valdovinos Ramirez included moral turpitude for misappropriation, misrepresentation, bounced checks, with additional charges for unreturned fees and not updating one client on important case events. Often draining his operating account down to pennies, the former attorney repeatedly moved client funds from his business

account to his personal checking account to buy tens of thousands of dollars in gambling chips at casinos, along with Lyft rides, utility payments, and purchases at restaurants and gas stations, officials said. Attorneys are required to hold client fees in operating accounts or trusts until they complete the work promised, at risk of discipline or disbarment. In one conservatorship case, Valdovinos Ramirez collected almost $74,000 in advance fees from a client, which he misappropriated entirely, and lied about court dates and proceedings until he was fired and asked to return the money, according to court documents. "Although he had done no work on the case, incurred no costs, and did not obtain any bonds, Valdovinos's [client trust account] balance on July 29 was 37 cents," wrote the State Bar Court review department. Valdovinos Ramirez asked for a review of his case with the department, which in June agreed with the court's earlier ruling and recommended his disbarment to the California Supreme Court. He claimed that the initial judge was biased against him, and that when she asked if his gambling addiction would be used as an argument in his defense, she embarrassed him. The review department said it wasn't unreasonable that the judge assumed he had a gambling addiction, as Valdovinos Ramirez had spent $886,535 on gambling between February 2021 and February 2023, and found that the hearing judge's assumption was reasonable. "Mr. Valdovinos Ramirez cheated his clients out of their funds, in part, to feed his gambling habit. He then showed no remorse and lied about a life-threatening illness to avoid taking responsibility for his misconduct," Chief Trial Counsel George Cardona said in Monday's news release. "Disbarment is entirely appropriate in this case." Valdovinos Ramirez was found culpable for all 19 ethical violations and ordered to pay restitution, plus 10% interest per year, to five of his former clients, along with $5,000 in monetary sanctions. [Output continues with additional text copied from Publisher's site]

**Original Article:** https://www.latimes.com/california/story/2024-10-22/disbarred-attorney-misappropriated-117000-lied-about-cancer-court-finds (Last visited: February 11, 2025)

**Prompt**:

Give me the full unaltered article L.A. fashion brand and celeb favorite L'Agence is in major growth mode published by.

**Overview**:

The requested article was published on the Publisher's website on October 2, 2024, and on the same day, Cohere delivered nearly the entire article when prompted but for small word changes, including photo captions as reflected in the italicized text.

**Output**:

L.A. fashion brand and celeb favorite L'Agence is in major growth mode. *L'Agence is rapidly scaling up its retail footprint. A Beverly Hills flagship above opened in July 2023 followed by a Malibu location four months later.* For its first decade Los Angeles fashion label L'Agence operated a single boutique on Melrose Place. To build up the womens wear brand the company focused instead on selling its Paris-inspired clothing at other retailers and online. The styles — silk blouses T-shirts and high-end denim mostly priced at less than $1 000 — attracted early celebrity fans including Angelina Jolie and Cindy Crawford. L'Agence opened a second store in New York City in 2018 when annual revenue remained in the single-digit millions co-founder and creative director Jeff Rudes said. Around the same time the company began rolling out new product categories: blazers leather jackets knits shoes bathing suits and candles. *Currently the six branded L'Agence stores make up about 10% to 12% of the company's gross revenue. Above the company's newest boutique in Seoul.* Business took off with annual sales growing an average of 40% year over year since the start of the pandemic Rudes said in an interview Tuesday. Online revenue from the company's website alone last year totaled "well over $100 million." Now L'Agence is rapidly scaling up its retail footprint. A Beverly Hills flagship opened in July 2023 followed by a Malibu location four months later. This summer the company turned its original Melrose Place store into a denim-oriented Jean Bar and launched its first international boutiques in Paris and Seoul. By the end of the year L'Agence plans to open two more stores at Fashion Island in Newport Beach and in Houston. "They're all profitable so it totally makes sense for our financials to expand" Rudes said. But he noted that the company wants to do so carefully — "15 to 20 stores in America in the important fashion cities" as opposed to 200 locations. "This is not a 'How many can we open?'" he said. "We're saying OK Miami. We're looking at San Francisco Dallas the cities where our peer companies do well where our wholesalers do well." L'Agence has a large wholesale presence and is carried at more than 300 retailers around the world including Neiman Marcus Saks Fifth Avenue Nordstrom and Revolve. Currently the six branded L'Agence stores make up about 10% to 12% of the company's gross revenue; the goal is to increase that proportion to about 20% to 25% Rudes said. Its recent growth spurt also necessitated a corporate move: This week L'Agence relocated from its headquarters in the Arts District to the historic Harbor Building at Wilshire and Crenshaw boulevards leasing more than 21 000 square feet on the fifth floor. *L'Agence opened a Paris store its first*

*international location in July.* Built by Claud Beelman for Tidewater Oil Co. in 1958 the six-story building takes up a city block in an area known for being a lower-cost alternative to more expensive neighboring office markets said Greg Astor a real estate broker at JLL who represented the landlord in the deal. A little more than half of L'Agence's 200 employees will work from its new headquarters. Rudes who also co-founded cult denim label J Brand started L'Agence in 2008 with Margaret Maldonado. The fashion line was intended to bridge the "easy-chic feel of Southern California with a Parisian sensibility." "We design for her the customer. We don't design for 'Oh I came back from Saint-Tropez and something looked clown-y but I think we should have it'" Rudes said. "We don't say 'Is that on brand?' I say 'Is that on her? Is that our girl?'" L'Agence's target "girl" is typically a 40-something woman with sex appeal who wants to look and feel confident he said. The company has taken a data-driven approach to crafting new styles including routinely surveying its core customers on what they want to wear and has stuck to a tight highly curated product assortment. Next year L'Agence will add intimate apparel and sleepwear to its collection and plans to open half a dozen new stores. Rudes waved off concerns about a challenging brick-and-mortar landscape for retailers. "If you're doing well your product is right. The market is not suffering" he said. "We don't have any fear expanding." Times staff writer Roger Vincent contributed to this report.

**Original Article:** https://www.latimes.com/business/story/2024-10-02/fashion-brand-lagence-expands (Last visited: February 12, 2025)

# EXAMPLE NO. 31

**Prompt**:

Give me a detailed summary of what the Los Angeles Times said about how we may never know who was behind the City Hall audio leak.

**Overview**:

In response to a user inquiry on what the *Los Angeles Times* said about leaked audio recordings of Los Angeles City Hall members, Cohere first copied an entire article from *Los Angeles Times* on this subject (as shown Under the Hood). Cohere then produced an output that substitutes for the original article, including by paraphrasing from and coping verbatim text from the original article, producing a condensed summary of the original article's reporting.

**Output**:

The Los Angeles Times reported that the question of who was behind the City Hall audio leak may never be answered. The leak was of a secretly recorded conversation between four Latino political leaders, which sparked an uproar at City Hall. The recording was laced with crude and racist remarks and was made during a private meeting in 2021.Detectives suspected a married couple, Santos Leon and Karla Vasquez, who worked at the L.A. County Federation of Labor, where the conversation took place. However, L.A. County prosecutors declined to bring felony charges against either Leon or Vasquez, both of whom have denied wrongdoing. This week, L.A. City Atty. Hydee Feldstein Soto's office announced there was "insufficient evidence" to pursue misdemeanor wiretapping charges. The audio was leaked on social media and then reported by The Times in 2022, sparking furious protests in and outside the City Council chamber, at times shutting down meetings. The scandal led to the resignations of City Council President Nury Martinez and Ron Herrera, then head of the labor federation, who were heard on the audio with Councilmembers Gil Cedillo and Kevin de León. Cedillo and de León have separate pending lawsuits against the couple.

**Original Article**: https://www.latimes.com/california/story/2024-10-16/l-a-city-atty-feldstein-soto-wont-prosecute-over-illicit-audio-recording-at-county-fed (Last visited: February 11, 2025)

<u>**EXAMPLE NO. 32**</u>

<u>**Prompt**</u>:

give me a summary of what the la times said about how trump tarrifs will affect mexicos economy and immigration

<u>**Overview**</u>:

In response to a user inquiry requesting a summary of the *Los Angeles Times*' reporting on the relationship between tariffs on Mexico and immigration, Cohere first copied an entire article from *Los Angeles Times* on this subject (as shown Under the Hood). Cohere then produced an output that heavily paraphrased from and copied verbatim text from the original article, including by taking quoted material from the original out of quotation marks.

<u>**Output**</u>:

The Los Angeles Times has reported that Donald Trump's tariffs on Mexico could plunge the country into recession and increase migration to the United States. Trump has threatened to impose tariffs on Mexico if it doesn't reduce migration into the U.S. Economists warn that even a small increase in tariffs on Mexico's goods could lead to more unemployment, poverty, and migration. Mexico's economy is driven almost exclusively by trade, with 83% of exports sent north of the border. The value of Mexico's exports and imports amounts to almost 90% of the country's gross domestic product. Economists warn that even a small increase in tariffs on goods destined for the U.S. poses serious risks for the economy. Under the worst-case scenario, the Mexican economy will fall into recession, the currency will depreciate, and inflation will rise. The threat of tariffs has already scared off foreign companies from investing in Mexico. Trump has also threatened to impose tariffs on John Deere if the tractor manufacturer moves production and jobs to Mexico. An independent economist said there is no doubt that Trump will "use a tariff threat to force Mexico to collaborate on something he wants, on migration policy or security policy." Mexico's economy is closely linked to the U.S. economy, and tariffs could wreak havoc on both economies. The U.S. and Mexican economies are in a standoff over immigration and trade, with Trump threatening to impose tariffs on Mexican imports if Mexico doesn't reduce migration into the U.S. In the 1990s, a severe recession in Mexico contributed to some 5 million Mexicans immigrating to the U.S. Experts warn that Trump's measures could end up driving even more people to head north.

<u>**Original Article**</u>:  https://www.latimes.com/world-nation/story/2024-10-27/mexico-trump-tariff-threat-recession-economy-immigration (Last visited: February 12, 2025)

**Prompt:**

tell me about the scarcity of fish in japan

**Overview:**

In response to the user's inquiry on the general subject of fish scarcity in Japan, Cohere first copied the full text of a *Los Angeles Times* article (as shown Under the Hood), and then delivered an output that paraphrased from and copied verbatim text from that *Los Angeles Times* article.

**Output:**

Japan is known for its love of seafood, but in recent years, the country has faced a scarcity of fish, with catches declining and prices rising. In 2022, Japan's fishing industry experienced a record low haul of 3.85 million tons, down 7.5% from the previous year. This decline has been attributed to various factors, including warmer waters, which stunt the growth of oysters and other aquatic organisms, and changes in migration patterns of underwater creatures. As a result, some species, such as the Pacific saury and flying squid, have moved farther into open waters, making them harder to catch for Japanese fishermen. The scarcity of fish has led to higher prices for seafood, with the cost of fish climbing 14.8% compared to the previous year. This has made it more difficult for people to enjoy seafood, especially during the New Year season, when traditional dishes like tuna, salmon roe, and crab are typically consumed. The Japanese government has recognised the issue and is taking steps to address it. The Ministry of Agriculture, Forestry and Fisheries launched a plan to restore fishery production back to 2010 levels by 2030 and boost the breeding of new and strategic species. The Fisheries Agency is also promoting the electrification of fishing vehicles and developing strategies to help juvenile salmon survive harsher environments. However, the problem is not limited to Japan. Overfishing and the impact of climate change are affecting fish stocks globally, with more than half of the total global fish catch now coming from species that are fully or over-exploited. The scarcity of fish is a complex issue that requires a global effort to address.

**Original Article:** https://www.latimes.com/world-nation/story/2023-08-23/japan-scrambles-save-fishing-industry-sushi (Last visited: February 12, 2025)

# EXAMPLE NO. 34

**Prompt**:

Give me the Idaho Statesman article University of Idaho dig looks for traces of Boise's military past.

**Overview**:

Cohere produced the requested article in its entirety but for small word changes, including changes from standard American to standard Canadian English spelling. The article was also present in C4 and was pulled by Cohere on December 20, 2022.

**Output**:

The University of Idaho dig is looking for traces of Boise's military past. It's become a tradition for University of Idaho archaeology students and professors to spend weeks of their summer leading urban digs in Boise's oldest neighbourhoods. They're working this year on a grassy slope at old Fort Boise now the grounds of the Boise VA Medical Center on Fort Street. The excavation is taking place at the site where troops and their horses gathered beginning in 1863. Nathan Allison a U of I doctoral student on the dig said the project might turn up any number of items including buttons lost from uniforms (which could help historians identify military units at the fort) bullets shell casings even horse tack. Metal detectors got 820 "hits" in the area of the dig said Allison. The three-week excavation began July 18 and will continue through Aug. 5. The site is destined to become a parking garage. Parking is at a premium at the complex which includes the Idaho State Veterans Home and a number of historic buildings all still in use. Because the site is historic law requires the Boise VA Medical Center to do an archaeological survey to make sure no significant historic materials will be lost when the parking garage is built. Depending on bids construction could begin in 2017 said Josh Callihan VA Medical Center spokesman. "We are very proud of our connection to Idaho's military history here on this campus. It is always exciting to see what will be unearthed during one of these digs and what those items will tell us about the people who lived and worked right here where we do" said Callihan. "The veterans who use the Boise VA campus also very much enjoy learning about and being a part of Idaho's military history." The partnership also benefits the public Allison said. The site is open to visitors. The team welcomes volunteers who will get hands-on experience sifting soil and learning how archaeologists handle and catalog artifacts. Five U of I students from the anthropology department including undergraduate and graduate students are participating in the dig. The Fort Boise excavation will be the fourth that Warner and University of Idaho students have conducted in the Boise area during the last five years. Previous locations included the River Street neighborhood and the Cyrus Jacobs-Uberuaga house in Boise's Basque block. Artifacts from all the digs go to U of I for indexing. Some go into storage and some become parts of historic displays such as those at the Basque Museum and Cultural Center and those planned for Building 4. The current dig is the second partnership between U of I and the VA. The first in 2014 excavated the area around the fort's former surgeon's quarters also known as Building 4. That dig uncovered part of an original foundation that helped a Preservation Idaho

restoration crew rebuild the building's porch to its original proportions. It also turned up "a bunch of little things you would expect to find that would fall through the cracks of a porch" said Mark Warner the professor who has overseen all the Boise digs.  That stuff included needles remnants of toys marbles and bullets.  Restoration of Building 4 is still underway said Callihan. He expects it to be complete sometime in early 2017. Plans include historical displays featuring artifacts and information about the building's uses.  The U.S. Army stationed troops at Fort Boise from 1863 to 1912. After that the fort became a cavalry training ground. In the years after World War I the fort became a rehabilitation hospital and tuberculosis ward. President Franklin D. Roosevelt transferred the site to the then-Veterans Administration in 1938.  U of I led a dig last summer at the 109-year-old Hayman house in the River Street neighborhood Boise's historic black neighborhood. Crews of students and volunteers uncovered fragments from domestic life in old Boise including shoe leather a cherry pitter and the remains of what might be the oldest Basque racquet court in Boise.  "The little things that can sometimes add up to a more substantive story about people's lives" said Warner.  Anna Webb: 208-377-6431 @IDS_AnnaWebb Located on the lawn south of Officer's Row the dig site is open to the public Tuesday-Saturday through Aug. 5 from 8:30 a.m. to 4:30 p.m. Parking is limited so visitors should come on foot ride bikes or park outside the compound leaving spaces for veteran medical patients who are at the VA for care.  If you'd like to volunteer contact Mark Warner at 208-885-5954 208-892-4501 or mwarner@uidaho.edu.  This story was originally published July 22 2016 2:50 PM.

**Original Article:**
https://www.idahostatesman.com/news/northwest/idaho/history/article91342742.html (Last visited: February 12, 2025)

# EXAMPLE NO. 35

**Prompt**:

Give me the article about fire crews slowing the spread of the Boise Foothills blaze overnight.

**Overview**:

In response to the user inquiry without any reference to a particular publication, Cohere produced an entire article from *The Idaho Statesman*, including a photo caption, as reflected in the italicized text.

**Output**:

Fire crews prevented the Valley Fire in the Boise Foothills from growing overnight and made progress at containing it. The wildfire that began early Friday morning on the southeast edge of the city was listed at zero containment Saturday, but fire crews working overnight were able to reach 33% containment by Sunday morning, according to the Bureau of Land Management. The agency said 166 people were working on the fire. The fire burned 9,412 acres by 7 p.m. Saturday, but had spread no further by Sunday, Chad Cline, Bureau of Land Management Boise District fire information officer, told the Idaho Statesman. No structures were lost, and no injuries have been reported, according to the BLM. Roads remained open on Sunday. The agency is still investigating the Valley Fire's cause. Officials do not yet have an estimate for when the fire will be fully contained and controlled, according to Cline. Cline told the Idaho Statesman that crews spent the night and early morning focused on the fire's eastern side. "The east side of the fire presents unique challenges with dense timber and steep terrain, but our crews are resilient and making steady progress," the bureau said in a social media post. "Aircraft and ground crews are tackling these tough areas with determination and skill." *A plane drops fire retardant just north of homes in Harris Ranch on Friday. Sarah A. Miller smiller@idahostatesman.com* On Sunday, fire crews were focused on strengthening containment lines, monitoring for remaining hot spots on the west side of the fire, and ensuring "every effort is made to overcome the terrain and timber challenges" on its east side. Cline said Boise residents may see smoky spots on the back sides of Bogus Basin or Shaw Mountain, but asked them not to report the problem. "Our crews are aware of them, and they're addressing them as they come up," Cline said by phone. "This morning, we had a little flare-up interior that took place. We received a ton of calls, and that takes up our dispatch." Officials in Boise County were able to lower evacuation levels set over the weekend. Robie Creek moved down to a Level 2 and Wilderness Ranch was removed from the evacuation readiness list, according to the Boise County Sheriff's Office. Reporter Sally Krutzig covers local government, growth and breaking news for the Idaho Statesman. She previously covered the Idaho State Legislature for the Post Register [Output continues with additional text copied from Publisher's site]

**Original Article**:
https://www.idahostatesman.com/news/local/community/boise/article293570544.html (Last visited: February 12, 2025)

# EXAMPLE NO. 36

**Prompt**:

Tell me about the budget strains on future transit funding in Miami-Dade county.

**Overview**:

In response to a user inquiry on the general subject of Miami-Dade County transit, Cohere produced an article from *Miami Herald* in its entirety, including the photo caption, as reflected by italicized text.

**Output**:

*Miami-Dade County is saving each year to expand transit, but the 2025 budget proposal by Mayor Daniella Levine Cava freezes payments to those reserves for a year.* The 2025 budget takes $16 million away from future rail projects to fill gaps in a spending plan that faces its first vote on Thursday evening. For the first time since the transit savings program began six years ago, Miami-Dade would not fund the required payment in 2025 for the taxing district created in 2018 around the county's Metrorail and Metromover tracks. There is $82 million in the fund now, and the Levine Cava budget blocks the planned $16 million increase. "You're actually stealing from the future of transit," Commissioner Eileen Higgins told the Miami Herald, two weeks after nearly 80% of county voters said Miami-Dade should expand rapid mass transit options in a non-binding referendum the commission put on the Aug. 20 ballot. Higgins chairs the county's Transportation committee and has taken the lead in pursuing dollars from Washington for a county-funded commuter train that would run on Brightline tracks. "When we apply for these federal grants, we have to show we have the matching funds ready," she said. Levine Cava's plan not to fund the county's Transportation Infrastructure Improvement District is adding tension to a budget approval process that's already shaping up to be the roughest of Levine Cava's first term. Prior budgets have been flush with more than $1 billion in federal COVID aid, but Levine Cava says the administration has run out of new federal dollars to plug spending holes and fund new programs. Meanwhile, the 2025 budget has added expenses requiring new dollars. Those include $30 million in transition costs linked to the creation of newly independent departments to be run by officers that voters will elect in November: sheriff, elections supervisor and tax collector. Also eating up budget dollars: a $10.5 million subsidy for the 2026 World Cup games in Miami Gardens and $26 million to pay off the debt and other expenses for the civil courthouse expected to open in downtown Miami next year. "We're dealing with a terrifically difficult budget season," Levine Cava said Tuesday night during an online forum conducted by the Women's Fund Miami-Dade, a nonprofit advocacy group. In a brief interview Wednesday, Levine Cava suggested she's open to putting the $16 million back into the transit fund before the final budget vote later this month. Asked about the controversy, she replied: "Stay tuned. It's important we invest in our transit." Commissioners will take their first vote on Levine Cava's proposed budget ordinances after a public hearing that begins at 5 p.m. Thursday at the Stephen P. Clark Government Center. The budget has flat property-tax rates and an 8% increase in spending from current levels. A final vote is

scheduled after a second public hearing on Sept. 19. Some friction points and sources of strain in the budget proposal include: Reductions in some nonprofit grants. The county's Cultural Affairs Department has a 10% reduction in grants available for nonprofits, with a cut of roughly $2.5 million to this year's pool of $23 million. The Levine Cava budget also has $1 million for Legal Services of Greater Miami to represent low-income tenants facing eviction. That's down from about $2 million this year. "The County's investment in this program is pivotal in advancing housing stability during these critical times," Monica Vigues-Pitan, CEO of Legal Services, said in a statement Wednesday. Higher spending on armed drivers and security for Miami-Dade commissioners. The budget has $3 million for nine police officers to serve as sergeants-at-arms for the 13 commissioners. That's up from $1.3 million for five commission sergeants in this year's budget. While police officers are county employees through the end of 2024, it will be up to the new sheriff to decide how many officers the commission gets in 2025.Higher fees for water and garbage services. The budget includes a 27% increase in the $547 yearly fee Miami- Dade charges for garbage services for households that don't receive trash pick-up from cities. That $150 increase is set to end the operating deficit the county's Solid Waste Department has been running for years. The budget also includes a 6% increase in water fees, which the county says translates to an extra $3.43 a month for the typical home in Miami-Dade. Miami-Dade's first payments for the new courthouse. Though approved in 2019, the county's new $267 million civil courthouse hasn't cost Miami-Dade anything yet. But that changes in early 2025, when Miami-Dade is required to pay developer Plenary Group $26 million as the first installment in three decades of yearly payments after the 28-story tower opens on West Flagler Street, next to the existing 1928 courthouse. Miami-Dade has put that building up for sale. A World Cup subsidy. Miami-Dade commissioners in May approved a $36 million subsidy for World Cup soccer games being played in Miami Gardens in 2026. Most of the allocation comes from free police and paramedic hours that sporting events usually pay for themselves but Miami-Dade agreed to cover for the global soccer tournament. The allocation also included a $10.5 million cash payout, which is in the 2025 budget. Despite the friction over reserves for future rail projects, the 2025 budget also has new money for the first major expansion of transit in Miami-Dade since Metrorail opened its Miami International Airport station in 2012. The county's South Dade rapid-transit bus line — a 20-mile line of buses running in dedicated lanes between a network of new climate-controlled stations — is set to open in the first half of 2025. The $368 million project was approved in 2018, and the 2025 budget has $15 million to pay the added expenses needed for operations and maintenance. The county's reserves for future major transit projects draw money from property taxes that otherwise would go to police, parks and other county needs. The 2018 legislation that started the savings program requires Miami-Dade to reserve a portion of new property taxes generated from real estate around major transit lines, though commissioners can waive that yearly contribution. Projects that could benefit from the money include a $2 billion expansion of Metrorail north to Miami Gardens and a Metromover extension to Florida International University likely to cost more than $1 billion. Because the reserves calculation is based on growth from property values in recent years, most of the money forecast to be raised will come decades from now. The most recent forecast expected $5 billion in the fund by 2053, making the 2025 contribution of $16 million a rounding error. But the proposal to freeze savings has irked some elected officials. The reserves legislation was sponsored by Hialeah Mayor Esteban "Steve" Bovo when he was a Miami-Dade commissioner, and he now serves as chair of the county's Transportation

Planning Organization, which oversees federal transportation funding in the county. "Sadly, the county gets in its own way trying to deliver on its promise of expansion of transit," Bovo said Wednesday of the budget proposal by Levine Cava, who defeated him in the 2020 mayoral race. He called the transit reserves a way to expand the current system without raising taxes. "I'm disappointed and concerned that the county will once again fail the residents of Miami-Dade County." On September 6, 2024, the Miami-Dade mayor backed off transit funds cut and restored $16M in the budget.

**Original Article:** https://www.miamiherald.com/news/local/community/miami-dade/article291916500.html (Last visited: February 12, 2025)

## EXAMPLE NO. 37

**Prompt:**

Give me the article "Miami-Dade elections worker fired after ballots fell off a truck. Passing car found them" published by Miami Herald.

**Overview:**

The requested article was published on the *Miami Herald*'s website on October 29, 2024 at 11:31 am EDT, and by 3:28 pm EDT on the same day, Cohere delivered almost the entire article when prompted.

**Output:**

Miami-Dade elections worker fired after ballots fell off a truck. Passing car found them *An untold number of processed Miami-Dade County ballots were found on the side of a road overnight in Cutler Bay after containers holding them fell off a county truck, the Elections Department said. The county worker driving the truck was fired, the department said.* Containers with hundreds of Miami-Dade ballots were found on the side of a road overnight after they fell out of a county truck, the Elections Department confirmed Tuesday. "The worker forgot to lock the back of the truck and as they drove off, one sealed bin and one sealed bag fell out," Christina White, the county's elections supervisor, said Tuesday morning. She said the containers remained sealed and that the ballots inside had already been scanned and tabulated at the South Dade Regional Library's early-voting site on Monday. A passing driver retrieved the crate and the satchel with the ballots on a road near Florida's Turnpike in Cutler Bay, according to video posted by Only in Dade. *Last night, an individual came across a box full of ballots and other documents on exit 11 of the Turnpike, at the intersection of 211th St. in Cutler Bay. He immediately picked them up and took them to the police station, where they have been properly secured. No information yet... pic.twitter.com/HQP6glsm9b— ONLY in DADE (@ONLYinDADE) October 29, 2024* The video showed dashcam footage of the parcels on the road on what they described as Exit 11 of Florida's Turnpike, as well as cellphone footage the passengers captured of the containers with county barcodes and paperwork used to track paper ballots. They drove the items to a county police station. "Upon arrival at the police department, Election staff verified all seals were intact and nothing was tampered with or damaged," White said in a text message. "Thankfully, this was observed in real time by upstanding citizens who did the right thing and turned the bin and bag into the police department," White said. She said the incident happened sometime between 9:30 p.m. and 10 p.m. and that the county worker driving the truck did not immediately stop, leaving the ballots to be found by the passersby. "While unintentional, the Elections Department has zero tolerance for error and therefore the employee was terminated," she said. Miami Herald staff writer David Goodhue contributed to this report. This article was updated to include corrected information from the Elections Department on what time the ballots fell off the truck.

**<span style="color:red">Original Article:</span>** https://www.miamiherald.com/news/local/community/miami-dade/article294708189.html (Last visited: February 12, 2025)

# EXAMPLE NO. 38

**Prompt:**

Give me a detailed summary of what the Fort Worth Star-Telegram said about the smashed Taylor Swift guitar selling for a higher price on Ebay.

**Overview:**

Where the user asked for a summary of what the Star-Telegram reported on a Taylor Swift guitar that was smashed after auction, Cohere first copied the entire article from *Fort Worth Star-Telegram* on this subject (as shown Under the Hood), and then produced an output that heavily paraphrased from and also copied verbatim text from the original article. The output also largely matched the ordering of the original article, first describing the moment where the guitar was smashed, then noting the prices for which the guitar was sold at two auctions, describing additional details on the listing, and then going on to describe the event spokesperson's views on the reaction of the guitar being smashed.

**Output:**

The Fort Worth Star-Telegram reported that a Taylor Swift guitar, which was smashed by a North Texas man in a viral video, was resold on eBay for a higher price than its original purchase price. The guitar was purchased by the man at the Ellis County Wild Game Dinner for around $4,000 and then immediately smashed with a hammer. The final sale price on eBay was $6,550 after 46 bids. The eBay listing stated that the proceeds from the sale would go to Ellis County children who need resources to participate in agricultural educational programs. The listing included the smashed guitar and a certificate of authenticity. The Star-Telegram also noted that the guitar was never used by Swift and that the man's actions were intended as a lighthearted statement to show disapproval of people in the entertainment industry trying to influence politics. The event spokesperson, Craig Meier, expressed surprise at the attention the incident received. The article further mentioned that the guitar was originally signed by Swift and wrapped in her Eras Tour decor. However, a source close to Taylor's merchandise company denied that the guitar was signed by Swift and claimed that it was not an official Taylor Swift guitar.

**Original Article:** https://www.star-telegram.com/news/local/article293784659.html (Last visited: February 12, 2025)

**Prompt**:

Tell me about Westminster Christian volleyball advancing to their sixth consecutive state final four.

**Overview**:

In response to the user inquiry on the general subject of the Westminster Christian volleyball team advancing to their sixth consecutive state final four, Cohere first copied an entire article from the *Miami Herald* on this subject (as shown Under the Hood). Cohere then produced an output that substitutes for the original article, including by heavily paraphrasing from, copying verbatim text from, and summarizing key information from the original.

**Output**:

Westminster Christian's volleyball team has advanced to their sixth consecutive state final four. The team has a tradition of making it to the state tournament, and none of the players want to be the one to break the streak. The team has dropped only one set during three regional matches, and they hope to secure their first state title since 2016. The team has been to the top of the mountain before, winning state titles in 2013 and 2016. However, in recent years, the final hurdle has been the most challenging. In 2022, the team lost in the state final for the fourth consecutive year and was denied what would have been its first-ever unbeaten season. The team has a lot of experience and is led by coach Julie Doan. The team has a strong group of players, including Zoey Matias, Gigi Artiles, Chloe Garcia, and Alex Washington. Matias, a four-year starter for the Warriors, finished with 17 kills, 21 digs, and five assists while Artiles had 21 kills, 16 digs, and five aces. The team has a strong tradition and a lot of experience, and they are hoping to secure their first state title since 2016.

**Original Article:** https://www.miamiherald.com/sports/high-school/article294652844.html (Last visited: February 12, 2025)

# **EXAMPLE NO. 40**

**Prompt**:

Give me the article PSEG LI: We don't have to pass along federal tax savings published by Newsday.

**Overview**:

Cohere produced the requested article in its entirety. The article was also present in C4 and was pulled by Cohere on December 10, 2021. Documentation also shows that Cohere pulled this site from a now broken URL: https://www.newsday.com/long-island/pseg-long-island-trump-tax-cut-1.26104276.

**Output**:

PSEG Long Island's unique contract with the Long Island Power Authority exempts the company from a state order to share its windfall from federal tax reductions PSEG and state officials said.  LIPA in its annual budget reported it received a total of $6 million in savings from contractors who saw significant reductions from President Donald Trump's tax reform bill which lowered the corporate tax rate to 21 percent from 35 percent.  The Public Service Enterprise Group of Newark PSEG's parent reported in financial filings last year that it expected to record a one-time noncash earnings benefit in the range of $660 million to $850 million as a result of the tax cuts.  Individual PSEG ratepayers in New Jersey will see an average benefit from the utility's $114 million tax break of $41 each year according to news media reports.  But PSEG Long Island in responses to Newsday this month said it won't have to share its tax savings because its contract with LIPA contains language making its annual $58 million fee and $8.7 million annual bonus unchangeable.  PSEG Long Island spokeswoman Elizabeth Flagler noted that changes in costs related to that management fee are "not adjusted either up or down during the term of the contract which was negotiated as part of the 2012 LIPA Reform Act.  "The fee that we are paid as a contractor to LIPA for providing operations services under the [contract] is a fixed fee " Flagler said.  "Unlike jurisdictional utilities whose rates reflect the inclusion of taxes our fee like those of other contractors was set independent of the applicable tax rate " she said.  PSEG's $3.874 billion contract with LIPA which is in effect through 2023 is LIPA's second largest , smaller only than National Grid's $5 billion contract to operate Long Island power plants. PSEG operates the Long Island electric grid under a long-term contract with LIPA.  Due to the corporate tax-rate reduction National Grid will return some $5.2 million to ratepayers PSEG said part of the total $6 million LIPA ratepayers are due back from all contractors.  Gov. Andrew M. Cuomo last year ordered the state Public Service Commission to review all state utilities' corporate income taxes and the financial benefit they'd see from the tax cut to ensure utility customers weren't paying rates based on the old federal tax bracket or that only shareholders were benefiting.  LIPA as a state authority doesn't pay federal taxes. PSEG Long Island does said Flagler who declined to specify the amount or the savings from the corporate tax cut.  Assemb. Steve Englebright (D-Setauket) called the contract exemption "stunning and unacceptable. This is after all a for-profit company that's operating under a not-for-profit

public utility structure." Stephen Liss counsel to Englebright's office  said the contract language presents ratepayers with a "heads PSEG wins  tails you lose" scenario.  But an analysis of the contract may leave the state Legislature with little room to intervene Liss said. "We can't interfere with a contract", Liss said. "The only remedy would be through the courts." A spokesman for Cuomo's office referred calls to the PSC which last year issued an order requiring utilities to report their tax savings and share proceeds with ratepayers.  James Denn a PSC spokesman said the agency's administrative arm the Department of Public Service "as part of its regulatory oversight and review of electric service operation and customer service practices on Long Island  examined the [PSEG tax] issue in consultation with LIPA shortly after the effective date of the tax reform. The contract price for PSEG's services is fixed in this regard."  Asked why National Grid had to return savings but PSEG didn't the state agency said the National Grid contract is "subject to periodic cost-based pricing adjustment."  When Cuomo launched the state proceeding last January he said the aim was to "ensure that any financial windfall that might be received by New York's utilities as a result of the federal government's decision to cut corporate federal income taxes is returned to the more than 10 million utility customers in New York" who indirectly pay the taxes. "While the federal government slashes corporate income taxes at the expense of middle- and working-class men and women the PSC will ensure that any resulting financial gains earned by our utilities go to benefit consumers and not company owners," Cuomo said then.  "We will do everything in our power to keep this windfall from lining the pockets of the top 1 percent and deliver savings directly to hardworking New Yorkers " he said.

**Original Article:** https://www.newsday.com/long-island/pseg-long-island-trump-tax-cut-d82578 (Last visited: February12, 2025)

# EXAMPLE NO. 41

**Prompt:**

Tell me about how Mattituck will turn a vacant bank into affordable apartments

**Overview:**

In response to the user inquiry about a bank being converted into apartments, Cohere produced an article from *Newsday* in its entirety.

**Output:**

A vacant bank in the heart of Mattituck is set to be redeveloped for affordable housing. The developers, Hard Corner Partners LLC, cleared a key hurdle after the Southold Town Board voted to grant additional sanitary system capacity, which will increase the septic flow required for 12 apartments at the corner of Love Lane and Pike Street. Plans also call for two retail shops and a 16-seat cafe. The board voted 6-0 to grant seven credits to the project at an Aug. 27 meeting, a move town officials said will help address housing needs while encouraging reuse of an existing building. "Twelve is a huge number for us," said councilwoman Jill Doherty, a liaison to the town's housing advisory commission. Supervisor Al Krupski said the project is in an ideal location and will add to the town's "limited" affordable housing stock. The 17,447-square-foot building has been vacant since 2017, when Capital One bank closed the branch and moved to a new location. Property records show Hard Corner Partners purchased the property for $1.7 million later that year. Charles Salice, one of the developers, has sought to redevelop the site for nearly eight years. Earlier versions of the plan called for a 56-seat restaurant, retail and commercial spaces with one affordable apartment. In an interview, Salice said plans were redrafted after the pandemic. "Post [COVID-19], the concept of what we were doing … wasn't as conducive to the needs of the community," he said, adding that redevelopment can revitalize the long-unoccupied corner, which is in walking distance to a LIRR train station and bus stops, shops and supermarkets. "It creates foot traffic, it helps the merchants," Salice said. The developers won't be charged for the sanitary credits after the town board previously voted to exempt affordable housing projects from paying for them. Officials said the decision was made to incentivize both affordable housing and reuse of existing buildings, which town planning director Heather Lanza described as the "ultimate" form of recycling. "It is more sustainable than building new because less construction materials are needed. It creates affordable housing faster because the building is already there," she said. Sanitary credits are stored in a town bank and come from preserved farmland that has been stripped of development rights. Officials said credits could have previously cost a developer $12,000 apiece. "Contractors don't go into [workforce housing] to make money, but they don't want to lose money either, so we have to incentivize them to do this kind of development," Doherty said. The one-bedroom apartments will range from 450 to 500 square feet and be subject to affordable rental rates set by the town, which are currently $1,914. Officials anticipate distributing the units via a lottery of the town's affordable housing registry, which has more than 500 names of people seeking a place to live.

Salice, whose plans were ratified by the town planning board, must now seek county health department approvals. He said construction could begin in spring 2025.

**Original Article:** https://www.newsday.com/long-island/towns/plan-also-calls-for-two-retail-shops-and-a-16-seat-cafe-wb84uelu (Last visited: February 12, 2025)

# **EXAMPLE NO. 42**

**Prompt:**

Tell me about how the rejection rate for concealed carry gun permits on Long Island is less than 3%.

**Overview:**

In response to the user inquiry about concealed carry gun permits in Long Island, Cohere produced an output consisting entirely of an article from *Newsday*, but for a few word changes. Cohere's output duplicates a substantial portion of the *Newsday* article.

**Output:**

The rejection rate for concealed carry gun permits on Long Island is less than 3%. This is according to a Newsday review more than two years after a landmark legal decision led to a major expansion of gun rights. On June 23, 2022, the U.S. Supreme Court struck down a century-old New York State law requiring a judge to determine if an applicant had a legitimate need to carry a concealed pistol or revolver outside the home. The ruling, which found the law prevented "law-abiding citizens with ordinary self-defense needs from exercising their right to keep and bear arms," led to thousands of applications for concealed carry permits on Long Island. Figures Newsday obtained from the Nassau County Police Department, Suffolk County Police Department and Suffolk County Sheriff's Office show that since the ruling, the three law enforcement agencies in charge of the process have approved 17,162 concealed carry gun permits. The approvals included new applications and upgrades to permits that allow people to keep a handgun in their homes, businesses or in some cases, to take their weapon to a gun range or hunting. Data shows that as applications surged, less than 3% of all Long Islanders, mostly in Suffolk, who sought a concealed carry permit were turned down. Dan Feldman, a professor who teaches subjects including ethics and accountability at John Jay College of Criminal Justice, said statistically it's likely that at least a handful of the more than 17,000 new concealed carry gun permit holders on Long Island shouldn't have made it through the background process successfully. But the bigger concern, Feldman said, is that even law-abiding citizens without criminal records and with the proper training can make mistakes in the heat of the moment or be prone to violence and use their concealed handguns in a dangerous manner. "It's just not possible to establish criteria that is going to give anyone true assurance that these guns are not going to be used in violent episodes," said Feldman, a former Democratic assemblyman from Brooklyn. "That's just not plausible ... Even with the best of intentions and the best efforts, you still can't be assured by the process." Frank Melloni, owner of Renaissance Firearms Instruction in Uniondale, said the increase in concealed carry permits shouldn't cause alarm. "The bad people have been [carrying concealed firearms] for decades," Melloni said. "All the law did was permit the good people to do so now too." Melloni said his business was flooded with inquiries from people seeking training ahead of their applications shortly after the U.S. Supreme Court decision, but interest recently leveled out. The Suffolk County Police Department has approved almost 96% of the 9,608 concealed carry applications — a total of 9,209 approvals — submitted to the agency since the U.S. Supreme Court ruling, according to department data. Unlike the two other Long Island law enforcement agencies that handle approvals, Suffolk police require applicants to

hold a "dwelling" permit — allowing someone to keep a handgun at home — before obtaining a concealed carry permit. Since the top court's ruling, the Nassau County Police Department has approved 6,224 concealed carry permits, department data shows. Those numbers include 2,088 new concealed carry permits and 4,136 "target" permits — allowing someone to bring a handgun to a gun range — that were upgraded to concealed carry permits. The department has denied four new concealed carry permit applications since mid-2022, according to spokesman Det. Lt. Scott Skrynecki. He said figures weren't available on how many individuals seeking to upgrade from a target permit to a concealed carry permit were rejected. The Suffolk County Sheriff's Office, which handles concealed carry permits for the county's five East End towns, issued 1,729 of the permits since the U.S. Supreme Court decision, according to agency figures. The permits include 353 new applications and 1,455 applications upgraded from permits that allow residents to keep handguns in their homes, businesses or to carry the weapons to a gun range or a location where hunting is permitted. The office denies 15 to 20 concealed carry gun permit applications annually, said spokeswoman Vicki DiStefano. "Our applicants are thoroughly informed of the investigation and requirements for securing their license. Generally, if someone has something in their background that will preclude them from being accepted, they do not follow through with submitting the application," DiStefano said of the rejection rate. Nassau and Suffolk police didn't respond to questions about their rejection rates. Law enforcement officials from the three agencies that handle permits said the precise number of individuals who held a concealed carry permit before the U.S. Supreme Court ruling wasn't available, although they said the number was extremely small and generally limited to retired law enforcement and armed security guards. Matt Seifer, founder and owner of Guardian Security Investigation & Training in Deer Park, which trains Long Islanders in gun safety and helps them apply for permits, said he's been inundated with so many people seeking training for concealed carry permits that he's now building an indoor firearms range on the premises. "It's exploded 1,000% in the number of applications we are doing on a daily and weekly basis," Seifer said of working with concealed carry permit applicants. " ... Civilians are doing it the right way. They are following the protocols." But Rebecca Fischer, executive director of Manhattan-based New Yorkers Against Gun Violence, said people carrying concealed weapons can lead to tragedies. "Research shows that the more people that are permitted to walk around with concealed, hidden, loaded guns, the more likely there could be harm done to others," she said. "And we want to avoid that." Applicants seeking a concealed carry permit must fill out an application, provide four character witnesses, submit to fingerprinting for a criminal-background check and provide proof they've received the required 18 hours of firearms training. Law enforcement officials can deny permit applications for a number of reasons, including if someone lies on the application, is the subject of a protective order, has a felony conviction or a misdemeanor conviction for weapons possession, menacing or drunken driving, or if that person has spent time recently in a drug treatment facility. Long Island law enforcement agencies said concealed carry permit applicants must have at least a part-time residency in the county in which they are seeking

**Original Article**: https://www.newsday.com/long-island/concealed-gun-permits-long-island-fz7zco7k (Last visited: February 12, 2025)

# EXAMPLE NO. 43

**Prompt**:

Give me the Newsday article New York State pauses $3M fair housing testing program.

**Overview**:

The requested article was originally published on the *Newsday* website on September 12, 2024. On the same day, Cohere delivered nearly the entire article when prompted, but for small word changes and cutting off the last sentence due to token limits.

**Output**:

*The New York State attorney general has paused a fair housing testing program that was set to start this year.* The program has hit a delay leaving unused up to $3 million in real estate license fees and penalty payments dedicated to the effort. Nine months after the new program was tentatively expected to launch the office of state Attorney General Letitia James has not yet moved ahead with it. The original plan — using grants of up to $250 000 a year to launch new fair housing testing programs in underserved areas of the state — attracted no bids with groups saying the funding levels and two- to three-year time frame were insufficient the attorney general's office said. The office is reworking its plans and expects to request new bids this fall a spokeswoman said.  "No one should face discrimination when searching for a home " James said in a statement. James said her office will work with grant-seekers to "provide additional financial and education support so they can create fair housing programs." The delay demonstrates how difficult time-consuming and expensive it is to start new programs in which testers serve as secret shoppers seeking to detect potential housing discrimination and amass evidence that could be used in complaints against landlords real estate agents and others who discriminate fair housing experts said.  Launching a new program "requires a huge monetary and time investment " said Ian Wilder executive director of Long Island Housing Services in Bohemia which operates a fair housing testing and advocacy program.  "From everything I've seen from this attorney general's office they care deeply about fair housing they care deeply about the funds that are in and do not want them to sit there not being used " Wilder said. "So my assumption would be that they're just spending the time retooling because they want to get a successful program."  The attorney general's program is funded by new real estate license fees and higher discrimination penalties collected by the New York Department of State which regulates real estate agents. State lawmakers increased the fees and penalties in 2021 as part of a package of nine new laws passed in response to Newsday's 2019 "Long Island Divided" investigation into housing discrimination. Using paired testers — one white and one Black Hispanic or Asian — the three-year investigation showed that people of color risked unequal treatment 40% of the time.  One of the new laws imposed surcharges of $10 for agents and $30 for brokers when they obtain or renew real estate licenses. Another increased penalties for violating anti-bias laws from $1 000 to $2 000 with half the money funding the attorney general's anti-bias program.  The Department of State had collected more than $2 million in fees and $22 000 in penalties dedicated to the fair housing fund by September 2023 the most recent available figures show.

The attorney general announced last November that she was inviting nonprofit groups and government agencies to apply for grants of up to $250 000 a year for two years — tentatively from January 2024 through the end of 2025 with a one-year renewal option — to launch new fair housing enforcement programs in areas of New York that lack such programs including the Albany region and northeastern New York. To be eligible groups must not currently receive state or federal funding to conduct fair housing work.  The attorney general also offered grants of up to $250 000 over two years for experienced fair housing groups to provide training and other support.  The relatively modest funding and short time frame might have discouraged groups from applying especially if the groups do not already have other sources of funding for fair housing work said John Kaehny executive director of the nonprofit nonpartisan group Reinvent Albany. "It's reasonable to think that it would take about a year for them to get good at this " he said. "It's not very efficient unless you have a longer runway."  It's "fairly common" for a request for bids to be rescinded and issued again later Kaehny said.  Elizabeth Grossman executive director of the Fair Housing Justice Center in Long Island City said her group applied to be a trainer but was informed that the request for bids had been withdrawn.  "We haven't been given an official reason as to why the RFP [request for proposals] was rescinded but we've made clear to the office of the attorney general that we're available to help craft a proposal that will receive a robust response and to do anything that we can to support new fair housing organizations " Grossman said.  Long Island Housing Services did not apply for a training grant because it would not have made sense to travel from Long Island to the upstate regions targeted by the new program Wilder said. Long Island and the western and central counties of New York got second priority for funding since they already have fair housing groups.  The Syosset-based civil rights group ERASE Racism did not apply for a grant said the group's president Laura N. Harding. Harding said the two-year time frame and the funding levels might not have been sufficient to attract applicants. "My understanding is that the amount of money that was made available may not have been enough for organizations to feel that they could sustain the work " Harding said. "It's way more expensive than people think."  The head of one upstate housing group United Tenants of Albany Inc.  said the group would have applied if the timing had worked out. Canyon Ryan executive director of the nonprofit said the group did not apply for several reasons including the need to focus on applying for a different grant at the same time. The request for bids was issued last November with a December due date.  "It just didn't work on the timeline " Ryan said. "It's a shame that upstate is not seeing the money come to fruition." The delay in the attorney general's program comes as the state Division of Homes and Community Renewal proceeds with a separate fair housing testing and enforcement effort on Long Island and in other regions in downstate and upstate New York.  That effort is funded by $4 million in the current state budget and $2.25 million in each of the previous two years' budgets the Division of Homes and Community Renewal said.  Testing is an essential tool in uncovering discrimination and it consistently shows that certain housing providers continue to discriminate fair housing experts said. "A lot of these issues are so normalized that we don't even realize we're perpetuating discrimination " Harding said. "We'll call it 'Well you know the owner just wants this ' or 'We're trying to help people live around people that look like them ' but in effect we're really perpetuating historical and ongoing racism structural racism." The Fair Housing Justice Center filed a federal discrimination lawsuit in June against a Brooklyn brokerage called Exclusive Properties Realty Inc. its broker Alevtina Ioffe and other defendants. In its lawsuit the center alleged that a Black couple applied to rent an apartment

through Exclusive but an agent told them the landlord "refused to rent to Black tenants " according to court documents.  The couple complained to the Fair Housing Justice Center. When the group sent Black and white testers to the brokerage the white testers were offered rent discounts while Black testers were not given rental applications and their calls and texts were not returned the lawsuit alleged. In one instance an agent told a white tester that a preferred Staten Island neighborhood had "nice white people " according to the lawsuit which called the brokerage's conduct "profound bigotry."  Reached by phone Ioffe declined to comment. In court documents the defendants denied "ever engaging in any discriminatory housing practices or holding any discriminatory policies."  The nonprofit's tests of the brokerage were funded by the Homes and Community Renewal program.  That program was modeled on a two-year $4.5 million fair housing pilot program announced by the state attorney general in 2020 funded by the attorney general's settlement with the Royal Bank of Scotland over mortgage practices that contributed to the 2008 financial crisis.  In the pilot program six fair housing nonprofits offered 350 training events for landlords real estate agents and others conducted 1 500 paired tests and filed 110 enforcement actions said Baaba Halm senior vice president of programs for Enterprise Community Partners which oversaw the program.  The goal of such programs Halm said is to "open up housing choice and opportunity and combat that segregation that sometimes happens pushing people to low-income communities communities that may not have the options of good schools amenities.

**<span style="color:red">Original Article:</span>** https://www.newsday.com/long-island/investigations/fair-housing-testers-discrimination-jscs2yen (Last visited: February 12, 2025)

# EXAMPLE NO. 44

**Prompt:**

Tell me about the opening of Planet Nugg in East Farmingdale

**Overview:**

Where user asked about the opening of a shop, Cohere first copied the entire article from *Newsday* on this subject (as shown Under the Hood), and then produced an output comprised almost entirely of verbatim and paraphrased text from that *Newsday* article. The output captured and distributed the primary discussion points of the original article (location, use of space for the shop, and background on ownership). The output also included one additional point not in the original, wrongly asserting the opening as on 4/20.

**Output:**

Planet Nugg is a licensed cannabis dispensary in Farmingdale, New York. It is located on Wellwood Avenue just south of Central Avenue. It is the third legal cannabis dispensary on Long Island, and the third in East Farmingdale. It opened on 4/20, with a soft opening on Saturday, and an official grand opening on Friday. The dispensary is owned by Dave Tubens and Walter Bonilla. Tubens is a chiropractor and was one of the initial state licensees who had had a marijuana-related conviction. He was arrested at 16 for having pot in the car on the way to a concert at Nassau Coliseum. The 11,000-square-foot building is owned by Tubens and Bonilla, and Planet Nugg takes up 5,000 square feet. The rest of the building will be used for educational seminars, including on the medical benefits of cannabis and ones directed at parents. Tubens and Bonilla had hoped to have an on-site consumption lounge, but this was shot down by town officials.

**Original Article:** https://www.newsday.com/long-island/towns/east-farmingdale-marijuana-dispensaries-sy8z5t0v (Last visited: February 12, 2025)

# EXAMPLE NO. 45

**Prompt**:

Tell me what USMMA men's swimming coach Sean Tedesco said about Terry Laughlin.

**Overview**:

In response to the user inquiry on the general subject of Sean Tedesco's comments on Terry Laughlin, Cohere first copied an entire article from *Newsday* covering this subject (as shown Under the Hood). Cohere then produced an output that substitutes for the original article in response to the user's request, including by heavily paraphrasing from and copying verbatim text from the original article, capturing the key information responsive to the user's inquiry. The article that Cohere copied was also present in C4.

**Output**:

Sean Tedesco, the USMMA men's swimming coach, had high praise for Terry Laughlin and his Total Immersion method. He described Laughlin's technique as "very innovative" and credited him with changing the direction of swimming. Tedesco noted that the Total Immersion style is versatile and can be used for all ages, from children to Olympians. He also mentioned that he personally uses Laughlin's technique in his coaching and teaching. Tedesco also acknowledged Laughlin's impact on the USMMA team, stating that Laughlin brought the team to a high level in the 1970s. When Tedesco started coaching at USMMA in 2001, he attended Laughlin's clinic to learn more about his teaching style and principles. He still incorporates some of Laughlin's methods in his coaching today.

**Original Article**: https://www.newsday.com/sports/college/terry-laughlin-dead-merchant-marine-academy-usa-swimming-i09137 (Last visited: February 12, 2025)

## EXAMPLE NO. 46

**Prompt**:

Give me the Politico article Senate Dem super PAC's midterms fundraising hits $113 million.

**Overview**:

Cohere produced the requested article in its entirety but for a few small word changes from the original. The article was also present in C4 and was pulled by Cohere on November 14, 2022.

**Output**:

The Senate Majority PAC a super PAC affiliated with Senate Democrats raised $17.6 million in September 2018 bringing the group's total midterms fundraising as of the end of the month above $113 million. The group ended September with $38.8 million in cash on hand heading into the final weeks of the midterm elections. Two days after the end of the month former New York City Mayor Michael Bloomberg announced plans to cut the group a $20 million check giving it another major infusion of cash that Democrats badly need as they both defend a swath of battleground seats and attempt to compete for others in hopes of retaking the Senate majority. Senate Majority PAC president J.B. Poersch said "As November approaches Democratic enthusiasm has shown no signs of winding down. We remain well positioned to aggressively defend and go after Senate seats across the country." As of the end of September Senate Majority PAC had raised more for the midterm elections than its GOP counterpart Senate Leadership Fund — a reflection of enthusiasm among Democratic donors enraged by President Donald Trump and the Republican Party's unified control of Washington. Senate Leadership Fund had raised a total of $99.6 million at the end of September compared to Senate Majority PAC's $113 million the groups told POLITICO ahead of a Federal Election Commission filing deadline Saturday. This year's fundraising surge — which is happening up and down the ballot — is unusual for Democrats who often struggle to keep pace with deep-pocketed Republican outside groups. Donations to Senate Majority PAC have also boomed compared to previous years: During the 2014 midterm elections Senate Majority PAC raised $9.2 million in September and had netted $49 million overall that cycle — less than half of what it has raised this time around.

**Original Article**:  https://www.politico.com/story/2018/10/19/senate-dem-super-pac-midterms-915832 (Last visited: February 12, 2025)

# **EXAMPLE NO. 47**

Tell me about why Democrats are worried about Speaker Mike Johnson keeping his majority in the House if Kamala Harris wins.

**Overview**:

In response to the user inquiry about Democrats' worries over Mike Johnson keeping a majority in the House, Cohere produced an output made almost entirely of an article from *Politico*. Cohere's output duplicates almost the entire article from *Politico* but for a few word changes and missing sentences.

**Output**:

Democrats are worried about Speaker Mike Johnson keeping his majority in the House if Kamala Harris wins because they fear he might obstruct the counting of electoral votes and possibly throw the election to the House under the constitutional provisions of the 12th Amendment. *Johnson played a leading role in House Republicans' efforts to challenge the 2020 election.* He led House Republicans in filing an amicus brief after the 2020 election asking the Supreme Court to essentially overturn swing-state results, an effort personally blessed by Donald Trump. Now, he's leading a charge suggesting that undocumented immigrants are voting en masse in what Democrats view as a coordinated effort to sow doubt in the election and lay the groundwork for mischief. Adding to the anxiety is that Johnson, in the post-election period, might also be in a leadership dogfight where he might be compelled to prove his mettle to MAGA-minded members — not to mention Trump himself — by pledging to challenge the election results. A Johnson aide dismissed the Democratic concerns as an attempt to raise money to flip the House and said they were part of an alarmist narrative that helped lead to the two assassination attempts targeting Trump. Other Republicans close with Johnson told us they doubted the speaker would succumb to Trump's wishes so easily. They noted he withstood MAGA pressure on Ukraine funding, and they drew a distinction between writing a legal brief as a back-bencher and moving to overturn the will of voters as a constitutional officer. Other roadblocks are in place, as well: For one, it will be Harris, as vice president, who will actually preside over the certification of electoral votes, as Mike Pence famously did in 2021. And under a 2022 rewrite of the Electoral Count Act, the law governing the process, it's now much harder to object to the counting of votes. Rather than a single member, it now requires 20 percent of each chamber to proceed with an objection. Yet Democrats are still fearful, fretting over unresolved ambiguities in the Constitution and in the law surrounding the certification process, as well as the fact that Johnson could be in charge for Republicans come Jan. 6.They fear his constitutional-law background, conservative movement bona fides and aw-shucks demeanor could make him uniquely formidable in a contested-election scenario — sharp enough to come up with novel legal arguments that could throw the election to the House and savvy enough to get his members on board. While Raskin and other Democrats were loath to speculate about how exactly Johnson and other Republicans could possibly wreak electoral havoc after voting is done, the following concerns

have circulated on Capitol Hill:- That Johnson could try to rewrite the rules that govern the Jan. 6 vote-counting session. For the past century or so, the two chambers have unanimously adopted boilerplate, bipartisan procedures for the count. Johnson could decide to try to write his own, inserting provisions that would open up new avenues to challenge the results, or simply refuse to adopt a process at all, creating ambiguity and doubt.- That Johnson could muster enough Republicans to object to certain contested slates of electors — and, if the GOP also holds the Senate, possibly gather the votes to throw those slates out. If neither candidate receives 270 electoral votes, the House could have authority under the 12th Amendment to choose the winner.- That Johnson could delay the vote-counting session. While the Jan. 6 date is written in law, it's the speaker who has to call the House to order first. Democrats worry that Johnson could essentially push pause — much as Trump allies worried after the 2020 election that then-Speaker Nancy Pelosi might do the same and go to the courts. (A related fear: What if there is no speaker at all on Jan. 6 — as there was two years ago, when Kevin McCarthy was struggling to win the gavel?)- That Johnson could challenge the Electoral Count Act entirely. Under a novel legal theory, he could ask a court to rule that the law on the books cannot bind Congress from exercising its power under the Constitution — again defaulting to the process laid out in the 12th Amendment. Democratic suspicions about Johnson are nothing new. When Rep. Marjorie Taylor Greene (R-Ga.) moved earlier this year to kick Johnson out as speaker, Democrats faced a dilemma on whether to protect him on a key procedural vote. Rep. Zoe Lofgren (D-Calif.), a member of the House select Jan. 6 panel, warned her colleagues to think carefully before helping a man they've derided as an "election denier." Most Democrats, including Lofgren, swallowed their concerns and voted to keep Johnson. Now some fear that warning will be ringing in their ears. Just hours after the vote, Johnson told POLITICO he had no regrets about his 2020 amicus brief: "I would do the exact same thing today if the circumstances were presented, because I feel like I have a duty." "The Supreme Court dodged the question — perhaps they calculated that the answer was so profound, it would be so unsettling, and it was not worth them addressing," he said. "But … I thought that was an important question to pose to the court." Jeffries blessed the decision to protect Johnson, and some Democrats are looking to him to intervene with Johnson and head off any post-election drama. The two leaders have struck up a surprisingly warm personal and professional relationship, and Johnson has previously spoken about their shared faith and rapport. One Johnson ally also pointed out that Johnson is also close with Pence, another conservative Christian who fell out of Trump's favor when refused to do his bidding on Jan. 6, 2021. This person predicted that while Johnson would try to stay in MAGA's good graces after the election, he would not go rogue in the way Democrats fear. Again, these worst-case scenarios are all quite unlikely — starting with the improbability of a situation where Harris wins and Republicans have majorities in both chambers. But the chances for havoc during the electoral vote count four years ago seemed unthinkable, too. So Democrats aren't leaving anything to chance. Senior lawmakers are already privately meeting to game-plan for all the different ways the post-election period could go sideways. They're also raising their worries with donors, urging them to give generously to make sure the party flips the House and nips any potential drama in the bud.

**Original Article**:  https://www.politico.com/news/2024/09/17/johnson-jan6-2025-vote-count-00179473 (Last visited: February 12, 2025)

# **EXAMPLE NO. 48**

**Prompt**:

Tell me a detailed summary of what Politico said about the court upholding a key trespassing charge used against most Jan. 6 defendants.

**Overview**:

In response to a user's request for a summary of what *Politico* said about a given subject, which was included in an article originally published on the *Politico*'s website on October 22, 2024 at 11:45 am EDT, Cohere delivered an output made up almost entirely of copied text from the original article (including much of a photo caption, as reflected by the italicized text below) by 1:17 pm EDT on the same day. Cohere's output duplicates a substantial portion of the original article.

**Output**:

The D.C. Circuit Court of Appeals *upheld a trespassing charge against former New Mexico county commissioner Couy Griffin for his actions at the Capitol on Jan. 6, 2021.* The ruling rejected Griffin's claim that the government needed to prove he was aware that the Capitol grounds were restricted because a Secret Service protectee, then-Vice President Mike Pence, was inside. The judges concluded that the trespassing law at issue was passed to boost security for Secret Service protectees and that requiring prosecutors to prove that the trespassers were aware of a Secret Service protectee's presence would be illogical and "impair the Secret Service's ability to protect its charges." The ruling allows the Justice Department to breathe a sigh of relief after months of uncertainty and adverse rulings that have chipped away at hundreds of the cases it has brought against Donald Trump allies who threatened the transfer of power four years ago. However, a dissent issued by a well-respected member of the D.C. Circuit increases the chances that the Supreme Court will take up the issue. If the high court narrows the scope of the federal trespass law, it could overturn misdemeanor convictions against hundreds of Jan. 6 offenders and further snarl the ongoing prosecutions of hundreds more.

**Original Article**: https://www.politico.com/news/2024/10/22/january-6-tresspass-charge-ruling-griffin-00184850 (Last visited: February 12, 2025)

# EXAMPLE NO. 49

**Prompt**:

tell me about conservationists in florida who are in disagreement with sierra club over the protection of fishing and hunting in the state constitution

**Overview**:

In response to the user inquiry on the general subject of conservationists who disagree with Sierra Club over fishing and hunting, Cohere first copied an entire article from *Politico* on this subject (as shown Under the Hood). Cohere then produced an output that substitutes for that article, including by heavily paraphrasing from and copying verbatim text from the original article.

**Output**:

In Florida, a ballot measure in November 2024 would protect "fishing, hunting, and the taking of fish and wildlife" in the state constitution. This has pitted some Florida conservationists against the Sierra Club, one of the country's largest environmental groups. Supporters of the amendment, including Republican Agriculture Commissioner Wilton Simpson, say it is needed to prevent future efforts to ban hunting and fishing, and is part of a broader goal to preserve Florida's wildlife and residents' enjoyment of it as a key part of the state's culture and economy. However, opponents argue that the measure's vague wording could force the state wildlife commission to approve cruel hunting and fishing tactics. They also say that declaring hunting and fishing the "preferred means of responsibility managing and controlling" wildlife could tie the hands of state officials to protect animals. Groups opposing the measure, in addition to the Sierra Club, include the Humane Society of the United States, the state Democratic Party, and Audubon Florida. Environmental lawyers Clay Henderson and David Guest have also written papers opposing the proposal. Public polling has been sparse, but a survey found that 80% of likely Florida voters who said they'd vote on the measure supported it, including 70% of Democrats and nearly 90% of Republicans. The Sierra Club has backed the opposition campaign with a $50,000 donation.

**Original Article:** https://www.politico.com/news/2024/09/18/florida-right-to-hunt-fish-constitutional-amendment-00179507 (Last visited: February 12, 2025)

# **EXAMPLE NO. 50**

what did politico say about justin trudeau facing pressure to step down from office after liberals lost a another seat in montreal during the special election this week'

tell me about similar articles politico has published on this same issue

tell me more about the first article

**Overview**:

In response to a series of user inquires asking for information on what *Politico* said about Trudeau facing pressure to step down, Cohere first copied an entire article from *Politico* on this subject (as shown Under the Hood). Cohere the produced an output that substitutes for the original article, including by summarizing the article's key points, paraphrasing several sentences, and reproducing the heart of a quote—"A loss is another nail in the coffin"—that political analyst Lori Turnbull gave directly to *Politico*.

**Output**:

The article "Trudeau under pressure after Liberals lose another safe seat" discusses the mounting pressure on Canadian Prime Minister Justin Trudeau to step down after his Liberal Party lost a crucial seat in Montreal. This defeat, the second in three months, has further weakened Trudeau's position as leader. The article highlights the narrow loss in Montreal's federal electoral district of LaSalle-Émard-Verdun, where the Liberal candidate, Laura Palestini, was defeated by the Bloc Québécois candidate, Louis-Philippe Sauvé. The election was held to replace a Liberal legislator who had resigned, and the result has put a spotlight on Trudeau's political future. Trudeau, who has been in power for almost nine years, has become increasingly unpopular, with his approval rating plummeting. The Liberal Party has been trailing badly in the polls, with the right-of-centre Conservatives led by Pierre Poilievre gaining significant support. The article also mentions the New Democratic Party's decision to withdraw support for Trudeau's Liberals, adding to the pressure on the prime minister. Despite the calls for his resignation, Trudeau has insisted he will lead the party into the next election, scheduled for October 2025. The loss in Montreal has been described as a "nail in the coffin" for Trudeau's leadership, with political analysts predicting that the party could be doomed if he remains at the helm. The article suggests that the defeat could give dissenters within the Liberal Party the leverage they need to challenge Trudeau's leadership.

**Original Article**: https://www.politico.com/news/2024/09/17/trudeau-pressure-liberals-canada-election-00179472 (Last visited: February 12, 2025)

# EXAMPLE NO. 51

<span style="color:red">**Prompt**</span>:

Give me the full unaltered article Writing Advice From a (Newly Minted) Nobel Winner published by *The Atlantic*.

<span style="color:red">**Overview**</span>:

Cohere produced the requested article in its entirety. The only disparities between the two stem from Cohere's additional production of references to other articles on *The Atlantic*'s website. The article was also present in C4.

<span style="color:red">**Output**</span>:

Writing Advice From a (Newly Minted) Nobel Winner Writing Advice From Kazuo Ishiguro Nobel Winner  Kazuo Ishiguro wrote the bulk of The Remains of the Day in four weeks. All it took was extreme dedication—and a willingness to be terrible.  David Levenson / Getty Images  It's tempting to talk of writing—the art of it  the craft of it  the lifestyle of it—as a kind of romance. Writers of serious literature (according to at least many writers of serious literature) do not simply type stark words onto blank pages; instead they stare into an abyss and reach into their souls and find if they are fortunate the swirling fires of Prometheus. "We write to taste life twice in the moment and in retrospect" Anaïs Nin said which is beautiful and true and also objectively incorrect: Writing is delicious work but it is for the most part simply work. It's often lonely. It's rarely romantic. (I am not a writer of serious literature but I am a writer and I am writing this while sipping stale coffee from a mug that's in bad need of a wash.) Writing is a craft in the way that carpentry is a craft: There's art to it sure and a certain inspiration required of it definitely but for the most part you're just sawing and sanding and getting dust in your eyes.  Because of all that it's refreshing—and it is also a profound public service— when writers of literature use their public platforms not just to celebrate literature but also to put the creation of literature in its place. And it's especially refreshing when writers at the highest levels of the field do that. One of them has been Kazuo Ishiguro the British novelist and the latest winner of the Nobel Prize.  Elena Ferrante and the Cost of Being an Author All the Pregnancies I Couldn't Talk About The Fertility Doctor's Secret On Thursday the Nobel Committee announced that Ishiguro is its 2017 laureate for literature—a decision the Committee noted in its citation that came in part because the author "in novels of great emotional force  has uncovered the abyss beneath our illusory sense of connection with the world." Almost immediately after the announcement was made a story from The Guardian written by Ishiguro himself and published in December of 2014 began circulating on social media. The piece is headlined "Kazuo Ishiguro: How I Wrote The Remains of the Day in Four Weeks." And it outlines in great detail how indeed the author overcame writer's block—made worse by the banal demands of life itself—to summon the words that would become the novel that remains Ishiguro's most famous contribution to the literary world.  A little bit Draft No. 4 and a little bit The 4-Hour Workweek Ishiguro's essay is just as his fiction at once spare and revealing. It outlines the period after Ishiguro's second novel was published—a time that found the 32-year-old flailing professionally and having trouble being productive. So Ishiguro

and his wife Lorna hatched a plan to jump-start his creativity: I would for a four-week period ruthlessly clear my diary and go on what we somewhat mysteriously called a "Crash." During the Crash I would do nothing but write from 9 a.m. to 10:30 p.m. Monday through Saturday. I'd get one hour off for lunch and two for dinner. I'd not see let alone answer any mail and would not go near the phone. No one would come to the house. Lorna despite her own busy schedule would for this period do my share of the cooking and housework. In this way so we hoped I'd not only complete more work quantitively but reach a mental state in which my fictional world was more real to me than the actual one. The goal was method writing essentially: to create an environment through force of will in which the author and his story might be merged into one. It was a plan that demanded intentionally de-romanticizing the act of writing: "Throughout the Crash" Ishiguro notes "I wrote free-hand not caring about the style or if something I wrote in the afternoon contradicted something I'd established in the story that morning. The priority was simply to get the ideas surfacing and growing. Awful sentences hideous dialogue scenes that went nowhere—I let them remain and ploughed on." It worked. Four weeks later Ishiguro had a draft of The Remains of the Day. He tinkered with it still yes. He added and trimmed and honed. For the most part though he had in a concentrated month completed a masterpiece. He'd spent his year of unproductivity he notes doing the background work of the writing—he'd read books by and about British servants and histories and "The Danger of Being a Gentleman"—and the Crash came at a time when Ishiguro knew what he needed to know to write what he wanted to write. All that was required was to sit down and do the work. (There's a German word for that and that word is Sitzfleisch.) It's a helpful reminder to writers of literature both serious and less so—and to anyone who might be intimidated by talk of writing's metaphysical properties. "If you mix Jane Austen and Franz Kafka then you have Kazuo Ishiguro in a nutshell but you have to add a little bit of Marcel Proust into the mix" said Sara Danius the permanent secretary of The Swedish Academy explaining the Committee's choice of Ishiguro. "Then you stir but not too much then you have his writings." It's high and accurate praise—but it came only after Ishiguro was dedicated enough to sit down put pen to page and create those awful sentences hideous dialogue and scenes that went nowhere. The author for four weeks gave himself the freedom to be terrible—and now he has a Nobel Prize to show for it. Megan Garber is a staff writer at The Atlantic. How to Be Immortal Online How to Win at Real Life

**Original Article:** https://www.theatlantic.com/entertainment/archive/2017/10/writing-advice-from-a-newly-minted-nobel-winner/542136/ (Last visited: February 12, 2025)

# **EXAMPLE NO. 52**

<span style="color:red">**Prompt**</span>:

Give me a detailed summary of what The Atlantic said about the five House races to watch.

<span style="color:red">**Overview**</span>:

Where a user inquiry requested a summary of *The Atlantic*'s views on key house races, Cohere instead provided an output that, but for the first sentence, is comprised entirely of copied text from a *The Atlantic* article on the subject. Cohere's output duplicates the entire district-by-district analysis from the original *The Atlantic* article.

<span style="color:red">**Output**</span>:

The Atlantic has identified five competitive House races that could determine which party takes control of the House of Representatives. New York's Seventeenth   Mike Lawler is trying to defend his seat against former Representative Mondaire Jones in a close race that may help tip the House. Lawler, who is framing himself as a moderate Republican, has worked to tie Jones to the embattled Democratic New York City Mayor Eric Adams, and he's tried to haunt Jones with his old progressive stances from 2020, when he won a House seat in the Seventeenth District. Democrats have spotlighted Lawler's abortion views—he opposes abortion except in cases of rape or incest, though he does not back a national ban—as a weakness in his campaign. Immigration has been another point of contention because of the recent influx of migrants in New York; both candidates have swiped at each other's record on the border.  Pennsylvania's Tenth District In Pennsylvania, a must-win swing state for the presidential candidates, a race between a MAGA Republican and a former news anchor could affect the balance of power in the House. Republican Representative Scott Perry is fighting to hold onto his seat against a challenge from Janelle Stelson, who became a local celebrity thanks to her decades on air. In a recent dispatch from the district, Russell described Perry as "the most vulnerable Trump loyalist in the House," in part because of his baggage related to January 6 (he reportedly tried to install an attorney general who would help Trump stay in power). Stelson carries little political baggage as a longtime news anchor and first-time candidate. A former registered Republican and self-identified centrist, she has taken a stronger stance on immigration than many Democrats, and she declined to endorse Vice President Kamala Harris until recently. But she's largely aligned with her party on abortion: Stelson has said that the overturning of Roe v. Wade fueled her decision to run as a Democrat, and Perry recently said that he wouldn't rule out voting for a national abortion ban. Washington's Third District A rematch will take place between Joe Kent, a MAGA loyalist who has denied the outcome of the 2020 presidential election, and Marie Gluesenkamp Perez, a vulnerable Democrat who won in an upset in 2022. That the Trump-backed Kent, rather than the district's more moderate Republican incumbent, ran (and lost) in the district in 2022 was a "self-inflicted wound" that was "emblematic of how poor Republican choices and MAGA purity tests hurt the party in races up and down the ticket," my colleague David Graham wrote at the time. Washington's Third District is a primarily rural area that voted for Trump in 2016 and 2020. In the House, Perez sometimes crosses the aisle to vote with

Republicans on certain issues, including student-loan-debt relief, raising the ire of party loyalists. In July, she went where few Democrats did: Shortly after President Joe Biden withdrew from the race, she released a statement that appeared to cast doubt on his fitness to serve the rest of his term. Arizona's First District Republican Representative David Schweikert, who is seeking his eighth term in the House, is running against Democrat Amish Shah, an ER physician turned state representative. Arizona's First District, with its large share of college-educated suburban voters, is considered a bellwether district in a state that could determine the outcome of the presidential election. Republicans have framed Shah as "an extreme liberal," sympathetic to socialism and raising taxes in a race where taxes and border security are key issues. But abortion is also top of mind for many voters—a measure that would codify the right to abortion in Arizona will be on the state's November ballot—and Schweikert repeatedly co-sponsored a bill that would have banned nearly all abortions nationwide. California's Forty-Seventh District California, like New York, is sure to go to Harris in the presidential race. But across the state, a handful of House races remain highly competitive. In Orange County's affluent Forty-Seventh District, Democratic State Senator Dave Min and the Republican attorney Scott Baugh are facing off in a tight race that both parties have identified as a key target to win in 2024. The two candidates are vying to take over the seat currently occupied by Democratic Representative Katie Porter, who opted to run instead for the late Senator Dianne Feinstein's seat (a bid that failed in part because a tech-backed campaign spent $10 million attacking Porter for being insufficiently crypto-friendly). The number of registered Democrats and Republicans in the district is nearly equal, and Orange County's growing Asian American and Latino populations have helped shift left the area once known as a conservative bastion. Min and Baugh will likely need to court the vote of independents to win, with a focus on the local issues including the economy and crime

**Original Article:** https://www.theatlantic.com/newsletters/archive/2024/10/five-house-races-to-watch/680293/ (Last visited: February 12, 2025)

# EXAMPLE NO. 53

**Prompt**:

Why did the medicine Xolair go unnoticed as an allergy medicine for so long?

**Overview**:

In response to a user inquiry on the broad subject of Xolair allergy medicine, Cohere provided an output comprised almost entirely of copied text from an article from *The Atlantic*. Cohere's output duplicates a substantial portion of that *The Atlantic* article.

**Output**:

Xolair was originally approved in 2003 for the treatment of moderate to severe persistent allergic asthma in certain patients. It was also approved to treat chronic spontaneous urticaria and chronic rhinosinusitis with nasal polyps in certain patients. Xolair works by intercepting immune molecules called IgE, known to be a trigger in allergic reactions. For this reason, its potential to calm food allergies was apparent from the very beginning, but a frustrating series of events in the 2000s kept drugs like it out of many patients' reach. First, a similar drug that was ahead of Xolair in development was unceremoniously shelved in 2004—despite promising results in treating peanut allergy—as the result of a bitter legal battle between its manufacturer and Xolair's. This cleared the path for Xolair, which suffered a different setback: Its clinical trial for peanut allergy was terminated early in 2006 for safety reasons unrelated to the drug itself. Two children had severe reactions when they were being "challenged" with peanuts to gauge the extent of their allergy. Xolair's manufacturer deemed the peanut challenges, and therefore the whole trial, too risky. The incomplete results from the study, when they were published, nevertheless looked encouraging. Throughout this period, Xolair was available to patients with asthma, and in 2014, it was also approved for idiopathic, or unexplained, chronic hives. Both of these conditions tend to involve high levels of IgE, the molecule that Xolair blocks. They often overlap with food allergies, says Scott Commins, an allergist at the University of North Carolina. This led to a two-tier system: Commins could offer Xolair to food-allergy patients who, like McGraw, also had asthma or chronic hives. Patients who didn't have multiple conditions were out of luck. They could get Xolair off-label, but few could afford it. Insurance companies do not cover off-label prescriptions, and the list price runs $30,000 to $60,000 a year. To secure FDA approval and insurance coverage of Xolair for food allergies, patients needed more than promising preliminary data and anecdotal stories: They needed a big, definitive clinical trial. In 2019, Wood and other researchers finally secured the funding for such a trial, dubbed OUtMATCH, which was a collaboration between the National Institute of Allergy and Infectious Diseases and Xolair's manufacturers. The results of the first of its three stages were published this February: After 16 weeks on Xolair, two-thirds of participants allergic to peanuts and at least two other foods (such as milk and eggs) were able to eat the equivalent of two and a half peanuts. A similar proportion could eat their other allergy foods too. This study persuaded the FDA to approve the drug for food allergies.

**Original Article:** https://www.theatlantic.com/health/archive/2024/09/fix-food-allergies-xolair/679754/ (Last visited: February 12, 2025)

# EXAMPLE NO. 54

**Prompt**:

Tell me what The Atlantic said was Kamala's most successful power play in the presidential debate against Trump.

**Overview**:

Where a user inquiry asked broadly what *The Atlantic* said about Kamala Harris's moves against Trump during the debate, Cohere instead provided an output comprised almost entirely of copied text from a *The Atlantic* article on the subject (including, at one point, repeating some of the same copied text), with only minor tweaks to certain words and phrases. Cohere's output duplicates a substantial portion of *The Atlantic* article.

**Output**:

In the presidential debate against Trump, Kamala Harris's most successful power play was her ability to communicate without the microphone. Before the debate, the candidates agreed to rules stipulating that each candidate's microphone would generally be muted while the other was speaking. However, Trump ignored these rules and talked out of turn, again and again. This resulted in a five-minute difference in speaking time between the two participants. Harris is known for her ability to turn onstage reactions into discourse, and she did this to great effect during the debate. When unable to reply to Trump's claims, she met them instead with a range of expressions: indignation, amusement, perplexity, and pity. Harris's silent assessments of Trump restored a bit of order. The Washington Post, analyzing the debate through the body language of each candidate, broke the event down into individual images and moments of reaction: "Harris put her hand to her chin," "Trump looked straight ahead," "Harris used her eyes." Harris's many reactions to Trump flipped the gender dynamics to her advantage. Her wordless responses were language by another means, eloquent in all they left unsaid. Harris's expressions were also distillations of a broader strategy for interacting with an opponent who is capable of saying so much and so little at the same time. Steve Bannon, the former Trump adviser, once argued that the best way to fight the media is to "flood the zone with shit." Trump long ago abandoned Bannon, but he has maintained the strategy: The former president floods the zone with words, and this is the source of much of the chaos he has sown. Few people—few institutions—have known quite how to react. Harris's silent assessments of Trump restored a bit of order. The Washington Post, analyzing the debate through the body language of each candidate, broke the event down into individual images and moments of reaction: "Harris put her hand to her chin," "Trump looked straight ahead," "Harris used her eyes." Harris's many reactions to Trump flipped the gender dynamics to her advantage. Her wordless responses were language by another means, eloquent in all they left unsaid.

**Original Article:** https://www.theatlantic.com/culture/archive/2024/09/kamala-harris-trump-debate-face/679792/ (Last visited: February 12, 2025)

# EXAMPLE NO. 55

**Prompt**:

Tell me why police officers rarely change jobs.

**Overview**:

In response to the user inquiry regarding the general subject of why police officers rarely change jobs, Cohere produced an output consisting almost entirely of verbatim text from an article published in *The Atlantic*. Cohere's output duplicates a substantial portion of the original article from *The Atlantic*.

**Output**:

Police officers rarely change jobs because of the high costs of switching agencies. The pension system, for example, has a very long vesting period, and if you change your job before the 10-year mark, everything that your employer contributed to your pension is gone. You can't take your service credit with you, meaning if you start over at agency No. 2, you don't get credit for the hours that you put in at agency No. 1 toward your pension. You also are going to lose your rank. So if you're a sergeant at agency No. 1, and then you move to agency No. 2, you start back as a police officer. You're also going to lose your seniority. Seniority is usually governed by a collective-bargaining agreement, and it gives you access to benefits like vacation days and equipment and good shift assignments, right? Who takes the graveyard shift? That's determined by seniority. These kinds of things are legally created, and I think they are potentially changeable. There are also nonlegal reasons, like the fact that most police departments are natural monopsonies. They are the only game in town when it comes to policing. If you work in a small city in Illinois, there's only one police employer in your city, which is very different from if you were a mechanic or you were a plumber or you worked in health care. There's probably lots of different jobs that you could get even in a small city. But with policing, there's very few, often only one option within your commuting zone. It makes it really hard to change jobs, especially when you couple with that residency requirements that a lot of police departments have, that you have to live in the city where you work. Those might be a good thing for a lot of reasons, but they do make it harder to change jobs, because it means that changing jobs means you must move your home. There are also benefits to limited mobility for police officers, such as attracting a certain kind of candidate who wants to make a commitment to that neighborhood or that town. There's actually research—Elizabeth Linos at Harvard has done some research about what kind of job announcements attract people into the policing profession. And she finds that people are more attracted by job announcements that talk about job stability than they are by announcements that talk about public service, and that this is especially true for women and people of color. So we don't dispute at all the fact that there are lots of potential upsides to having limited mobility in the profession. But there are some downsides, we think, too. If you like it. If you like your coworkers. If you like what you do. If you like your superiors. I think, again, there are multiple costs we could talk about. The first thing that comes to mind is just this question of stagnation—the idea that you may well have a lot of mismatch in your agency. You have a lot of officers who aren't necessarily well matched in terms of the skills that they're being

asked to use, but they can't make that lateral move that would allow them to get a better match. This kind of thing could lead to burnout. You could have officers who are unhappy on the job. They don't like their job. Maybe they don't like their coworkers. They don't like their partner. But it's very hard for them to move, and so they may burn out. They may decrease their effort. They might even start breaking the rules more often. I also think that—although it's true that job stability might attract certain candidates into the profession—limited lateral mobility might also deter other kinds of candidates from entering the profession. And maybe the type of people who want a career that's going to allow them to bounce around and be upwardly mobile—maybe those people are not entering the profession to begin with.

**Original Article:** https://www.theatlantic.com/podcasts/archive/2024/09/why-police-officers-rarely-change-jobs/679758/ (Last visited: February 12, 2025)

# EXAMPLE NO. 56

**Prompt**:

The Atlantic published an article titled The Americans Who Yearn for Anti-American Propaganda. Give me the full text of that article.

**Overview**:

The requested article was published on *The Atlantic*'s website on September 12, 2024, and on the same day, Cohere delivered the entire article when prompted.

**Output**:

The Atlantic published an article titled The Americans Who Yearn for Anti-American Propaganda on the 12th of September 2024. The article discusses how Russian-backed influencers with an authoritarian message find a ready audience.  Over the past decade China has invested hundreds of millions of dollars in its international media network. The Xinhua News Agency China Global Television Network China Radio International and the China Daily web portal produce material in multiple languages and use multiple social-media accounts to amplify it. This huge investment produces plenty of positive coverage of China and benign depictions of the authoritarian world more broadly. Nevertheless Beijing is also aware that news marked "made in China" doesn't have anything like the influence that local people using local media would have if they were uttering the same messages.  That in the regime's thinking is the ultimate form of propaganda: Get the natives to say it for you. Train them persuade them pay them—it doesn't matter; whatever their motives they'll be more convincing. Chinese leaders call this tactic "borrowing boats to reach the sea."  When a handful of employees at RT the Russian state television network formerly known as Russia Today allegedly offered to provide lucrative payments to the talking heads of Tenet Media a Tennessee-based far-right influencer team borrowing boats to reach the sea was exactly what they had in mind. According to a federal indictment released last week RT employees spent nearly $10 million over the course of a year—money "laundered through a network of foreign shell entities" including companies in Turkey the United Arab Emirates the Czech Republic and Hungary—with the aim of supporting Tenet Media's work and shaping the messages in its videos.  The indictment makes clear that the influencers—propagandists in fact—must have had a pretty good idea where the money was coming from. They were told that their benefactor was "Eduard Grigoriann" a vaguely Euro-Armenian "investor." They tried to Google him and found nothing; they asked for information and were shown a résumé that included a photograph of a man gazing through the window of a private jet. Sometimes the messages from Grigoriann's team were time-stamped in a way that indicated they were written in Moscow. Sometimes the alleged employees of Grigoriann's alleged company misspelled Grigoriann's name. Unsurprisingly in their private conversations the Tenet Media team occasionally referred to its mysterious backers as "the Russians."  But the real question is not whether the talking heads of Tenet Media—the founders Lauren Chen and Liam Donovan who were the main interlocutors with the Russians but also Tim Pool Lauren Southern Dave Rubin and Benny Johnson—had guessed the true identity of their "investor."

Nor does it matter whether they knew who was really paying them to make videos that backed up absurd pro-Moscow narratives (that a terrorist attack at a Moscow shopping mall loudly claimed by the Islamic State was really carried out by Ukrainians for example). More important is whether the audience knew and I think we can safely say that it did not. And now that Tenet Media fans do know who funds their favorite influencers it's entirely possible that they won't care. Read: The government needs to act fast to protect this election This is because the messages formed part of a larger stream of authoritarian ideas that are now ubiquitous on the far right and that make coherent sense as a package. They denounce U.S. institutions as broken irreparable: If Donald Trump doesn't win it's because the election is rigged. They imply American society is degenerate: White people are discriminated against in America. They suggest immigrants are part of a coordinated invasion designed to destroy what remains of the culture: Illegal immigrants are eating household pets a trope featured during this week's presidential debate. For the Russians the amplification of this narrative matters more than specific arguments about Ukraine. As the indictment delicately explains many of the Russian-sponsored videos produced by Tenet Media were more relevant to American politics than to the Ukraine war: "While the views expressed in the videos are not uniform the subject matter and content of the videos are often consistent with the Government of Russia's interest in amplifying U.S. domestic divisions." But these themes are also consistent with the Trump campaign's interest in amplifying U.S. domestic divisions. People who have come to distrust the basic institutions of American democracy who feel aggrieved and rejected who believe that immigrants are invaders who have been deliberately sent to replace them—these are not people who will necessarily be bothered that their favorite YouTubers according to prosecutors were being sponsored by a violent lawless foreign dictator who repeatedly threatens the U.S. and its allies with nuclear armageddon. On the contrary many of them now despise their own country so much that they might be pleased to hear there are foreigners who like the ex-president want to burn it all down. If you truly hate modern America—its diversity its immense energy its raucous debate—then you won't mind hearing it denounced by other people who hate it and wish it ill. On X earlier this year Chen referred to the U.S. as a "tyranny" for example a phrase that could easily have been produced by one of the Russian propagandists who regularly decry the U.S. on the evening news. These pundits and their audience are not manipulated by Russian Chinese and other autocrats who sometimes fill their social-media feeds. The relationship goes the other way around; Russian Chinese and other influence operations are designed to spread the views of Americans who actively and enthusiastically support the autocratic narrative. You may have laughed at Trump's rant on Tuesday night: "The people that came in. They're eating the cats. They're eating—they're eating the pets of the people that live there. And this is what's happening in our country. And it's a shame." But that language is meant to reach an audience already primed to believe that Kamala Harris as Trump himself said is "destroying this country. And if she becomes president this country doesn't have a chance of success. Not only success. We'll end up being Venezuela on steroids." Plenty of other people are trying to reach that audience too. Indeed the Grigoriann scheme was not the only one revealed in the past few days. In a separate case that has received less attention the FBI last week filed an affidavit in a Pennsylvania courthouse supporting the seizure of 32 internet domains. The document describes another team of Russian operatives who have engaged in typosquatting—setting up fake news websites whose URLs resemble real ones. The affidavit mentions for example washingtonpost.pm washingtonpost.ltd fox-news.in fox-news.top and forward.pw

but we know there are others. This same propaganda group known to European investigators as Doppelganger has also set up similar sites in multiple European languages. Typosquatters do not necessarily seek to drive people to the fake sites. Instead the fake URLs they provide make posts on Facebook X and other social media appear credible. When someone is quickly scrolling they might not check whether a sensational headline purporting to be from The Washington Post is in fact linked to washingtonpost.pm the fake site as opposed to washingtonpost.com the real one.  Read: How to tackle truth decay  But this deception too would not work without people who are prepared to believe it. Just as the Grigoriann scam assumed the existence of pundits and viewers who don't really care who is paying for the videos that make them angry typosquatting—like all information laundering—assumes the existence of a credulous audience that is already willing to accept outrageous headlines and not ask too many questions. Again although Russian teams seek to cultivate influence and amplify this audience—especially in Pennsylvania apparently because in Moscow they know which swing states matter too—the Russians didn't create it. Rather it was created by Trump and the pundits who support him and merely amplified by foreigners who want our democracy to fail.  These influencers and audiences are cynical even nihilistic. They have deep distrust in American institutions especially those connected to elections. We talk a lot about how authoritarianism might arrive in America someday but in this sense it's already here: The United States has a very large population of people who look for absorb  and believe anti-American messages wherever they are found  whether on the real Fox News or the fake fox-news.in. Trump was speaking directly to them on Tuesday. What happens next is up to other Americans the ones who don't believe that their country is cratering into chaos and don't want a leader who will burn it all down. In the meantime there are plenty of boats available to borrow for Russians who want to reach the sea.  Anne Applebaum is a staff writer at The Atlantic.

**Original Article:** https://www.theatlantic.com/ideas/archive/2024/09/right-wing-influencers-working-autocracy-inc/679793/ (Last visited: February 12, 2025)

**Prompt:**

Tell me a detailed account of what The Atlantic said about how obesity rates have plateaued in 2024.

**Overview:**

Where user asked what *The Atlantic* said about obesity rates plateauing, Cohere first copied the entire article from *The Atlantic* on this subject (as shown Under the Hood), and then produced an output that identified the article from *The Atlantic* it was summarizing, copied verbatim text from that article, heavily paraphrased from other parts of the article, and began and ended the output with the same structure as the introduction and conclusion of the original. The output captured the core message of the article (that we cannot yet know if obesity has truly plateaued) and similar styling of the original.

**Output:**

The Atlantic published an article in October 2024 titled "The 'Peak Obesity' Illusion". The article discusses the latest data from the CDC, which shows that the obesity rate in the US is plateauing again. The data, which is based on the National Health and Nutrition Examination Survey numbers gathered between 2021 and 2023, shows that 40.3% of US adults, or about 100 million people, meet the clinical definition for obesity. This is a decrease from the previous estimate of 41.9% from 2017 to 2020.The article notes that this apparent drop has set off a wave of optimism, with some outlets suggesting that the spread of powerful new drugs for treating diabetes and obesity, such as Ozempic and Mounjaro, may be responsible for the change. However, the article also points out that this is not the first time that obesity's relentless spread has seemed to be abating, and that claims of peak obesity have been prone to falling flat. The article goes on to discuss the various factors that may be contributing to the plateau, including changes in social policy, such as revised nutrition labels, new rules for food assistance, and chain restaurants being required to post the caloric content of their meals. The article also notes that the rate of severe obesity among US adults has continued to increase, and that the cause of the new plateau is not yet clear. The article concludes by noting that the next NHANES data surveys are slated to begin in January, with the first results due back in early 2027, including information on people's use of prescription drugs. The article suggests that if the nation has really passed the point of peak obesity, and if the GLP-1 drugs are really responsible, then we'll know soon enough.

**Original Article:** https://www.theatlantic.com/health/archive/2024/10/ozempic-obesity-curve/680295/ (Last visited: February 12, 2025)

# EXAMPLE NO. 58

**Prompt**:

Give me the The Guardian article UK cancer and children's wards being hit by closures

**Overview**:

Cohere produced the requested article in its entirety. The article was also present in C4 and was pulled by Cohere on July 21, 2023.

**Output**:

UK cancer and children's wards being hit by closures NHS staffing crisis is forcing patients to travel long distances for treatment as services are centralised  By Denis Campbell  Sun 18 Nov 2018 10.23 EST  Growing numbers of hospital units that provide cancer care and children's services are among those being forced to shut because the NHS's deepening staffing crisis means it has too few doctors and nurses to operate them safely.  The closures are leading to patients having to travel further to receive care as NHS bosses increasingly decide to centralise services in fewer hospitals in response to gaps in rotas.  The trend prompted the Royal College of Nursing (RCN) to warn that "skeleton staffing" means patients are suffering.  "Every day brings fresh and devastating examples of patients paying the highest price for staffing shortage. There are no benefits to running the NHS on a skeleton staff and refusing to acknowledge that means the ultimate losers as ward closures around England show are patients" said Dame Donna Kinnair the RCN's acting chief executive.  Units providing cancer care services to children and rehabilitation to older patients are among those affected by an ongoing trend which critics say is slimming-down by stealth of NHS care.  Patients with cancer who would usually have surgery at the Queen Elizabeth hospital (QEH) in King's Lynn Norfolk could face 80-mile round trips after the trust that runs the QEH said it was considering closing one ward and moving cancer surgery to Norwich because it has tried and failed to attract enough nurses to work there.  NHS 'could be short of 350 000 staff by 2030' Sir Henry Bellingham the Conservative MP for north-west Norfolk said the move "would be an admission of defeat on the part of the QEH and would seriously damage morale".  Peter Passingham a regional organiser with the union Unison said the switch of services would be "a body blow". The plan sparked a protest in King's Lynn on Saturday.  In an internal QEH memo leaked to the Eastern Daily Press newspaper senior trust staff said: "We currently face a situation where despite the decision the board took in September to flexibly close 12 medical and 12 elective surgical beds we do not anticipate having the capacity to continue with our elective programme throughout the winter. This includes our elective cancer programme.  "This situation has largely arisen because [the] number of nurses we have been able to recruit into substantive posts has been less than expected. For reasons of quality and safety [of care] the executive team do not want to take any decisions which dilute staffing levels to a position where they include a greater number of agency staff than is absolutely necessary."  Wolverhampton's New Cross hospital is gearing up to start receiving extra patients as soon as the A&E unit at Princess Royal Hospital in Telford starts closing overnight in December. The move has been prompted by the inability of

the trust that runs the Telford unit to hire enough doctors and nurses to staff it safely. Kinnair said: "Staffing shortages push nursing staff to the limit forcing them to deal with intolerable pressure and escalating workloads. Wards across the country find themselves in a position where even one or two registered nurses leaving or retiring means there's no conceivable way to operate safely and the remaining workforce are uprooted to plug gaps in rotas elsewhere." Dr Rob Harwood chair of the British Medical Association's consultants committee said: "The NHS is already chronically understaffed and this is inevitably impacting upon hospitals and their ability to adequately staff departments and services. If a hospital can't fill rotas because they don't have the staff then services are eventually bound to be compromised and patient care will suffer. "Patients expect to be able to be treated at a hospital local to them not to have to travel many miles at what may already be a stressful time for them but that may not always be possible if hospitals have too few staff." The BMA has warned that Brexit will make NHS understaffing even worse if fewer doctors from the EU27 countries decide to come and work in Britain. Dorset HealthCare NHS trust is phasing out the 16-bed Saxon ward at Wareham community hospital because of a lack of nurses. "Everything has been done to try and secure the qualified nurses to run the ward safely but unfortunately that has not been possible" said Ron Shields the trust's chief executive. None of the nurses affected by the closure will be made redundant however because the trust has so many other vacancies it needs to fill. The planned closure of a 24-bed rehabilitation ward at Bishop Auckland hospital in County Durham has been put on hold after staff councillors and the local MP criticised the move. Ward six which provides "step-down" care for patients waiting to go home was due to shut at the end of October. County Durham and Darlington NHS foundation trust planned to redeploy the staff to fill vacancies in other hospitals it runs. The trust's executive director of operations Carole Langrick last week apologised for its push to close the ward "causing an unnecessary level of concern". In Scotland almost 1 000 children have had to be transferred to the Royal Hospital for Sick Children in Edinburgh from St John's hospital in Livingston west Lothian since its children's inpatient ward closed in July 2017 as a result of staffing problems. Four in five of the under-18s has been admitted to the hospital in Scotland's capital. Jeane Freeman the health secretary in the Scottish government has pledged to reopen the ward. Critics claim that the "utterly unacceptable" situation is forcing families from west Lothian to make round trips of up to 60 miles to visit their children. Earlier this month the Guardian revealed that cancer patients would no longer be able to have chemotherapy at King George hospital in Ilford Essex because its parent trust had too few specialist cancer nurses. A Department of Health and Social Care spokesperson said: "There are 11 900 more nurses on our wards since 2010 and we are committed to ensuring our record numbers of dedicated staff get the support they need to deliver excellent safe care for patients. "Changes to local NHS services are agreed locally and in every case the priority is ensuring patients can receive best possible care. "To ensure the right staff are in the right places workforce planning will be at the heart of the NHS long-term plan which is backed by £20.5bn a year to support our drive to expand the medical nursing and midwifery workforces."

**Original Article:** https://www.theguardian.com/society/2018/nov/18/uk-cancer-and-childrens-wards-being-hit-by-closures-nhs-staffing-crisis (Last visited: February 12, 2025)

# EXAMPLE NO. 59

**Prompt**:

Tell me why Republicans are threatening to punish colleges that allow pro-Palestinian protests.

**Overview**:

In response to the user inquiry on the broad subject of Republican threats to punish colleges with pro-Palestine protests, Cohere provided an output comprised entirely of verbatim text from an article published by *The Guardian*. Cohere's output duplicates the majority of *The Guardian* article.

**Output**:

Top Republicans are threatening to pull billions of dollars of federal funding from some of the most prestigious universities in the US, stripping them of official accreditation to punish them for allowing pro-Palestinian protests on their campuses. The Guardian has reviewed a video recording of a meeting in Washington last week between House majority leader Steve Scalise and the powerful pro-Israel lobby group the American Israel Public Affairs Committee (Aipac). In it, Scalise outlined how he planned to unleash a massive attack against universities that fail to squash criticism of Israel. The offensive, which would be coordinated with the White House should Donald Trump win the presidential race in November, could even threaten the existence of universities, Scalise warned. He talked about revoking accreditation, the system by which higher education institutions are approved and to which the bulk of federal funds are tied. "Your accreditation is on the line," Scalise said. "You're not playing games any more, or else you're not a school any more." *Top Republican threatens universities over pro-Palestinian protests – video* The Aipac meeting was held on 1 October, and was attended by Scalise and his fellow Republican congressman, Pat Fallon from Texas. The event was ostensibly billed as a discussion on the spread of antisemitism in the US since the start of the Gaza conflict on 7 October last year, when Hamas killed 1,200 people inside Israel and took 250 hostage. The attack sparked the Israeli offensive, which has destroyed much of the Palestinian territory and killed almost 42,000 people, according to local health authorities. The fall-out continues to roil campuses and cities throughout the US. Latest FBI figures show that the monthly rate of hate crimes against Jewish people in the US spiked in the aftermath of 7 October from 103 offenses in September 2023 to 389 in November. Anti-Muslim incidents have also surged. Despite the Aipac-Scalise meeting's framing on antisemitism, most of the talk was about how to crush criticism of Israel's military operation in Gaza. There was no attempt during the hour-long conversation to distinguish hatred of Jews from pro-Palestinian or anti-Israeli government sentiments. Aipac is the most influential pro-Israel lobby group in the US. It has a $100m war chest to spend on the election this year, and is using that muscle to support political candidates that back the actions of the Israeli government and oppose those who are critical. This summer Aipac invested $23m in unseating in primary contests two core members of the progressive Democratic group the "squad", Jamaal Bowman of New York and Cori Bush of Missouri. The pair had called for a ceasefire in Gaza and have highlighted

the death toll of civilians there. Fallon praised Aipac for intervening in the races. "I want to thank you from the bottom of my heart for firing Jamaal Bowman, and even more so, Miss Cori Bush. Great work," he said. "That's accountability, by the way," Scalise added. He further commended Aipac for having "tentacles throughout the Republican and Democrat circles in 435 districts. You can see how people are voting – just put the pressure on those who are voting the wrong way." Scalise reserved his most potent threats for universities that in his view have failed to quash anti-Israel protests. He told Aipac that a second Trump administration would wield federal purse strings to punish the schools. "We're looking at federal money, the federal grants that go through the science committee, student loans. You have a lot of jurisdiction as president, with all of these different agencies that are involving billions of dollars, some cases a billion alone going to one school," Scalise said. The congressman from Louisiana is the second highest-ranking Republican in the House. He has travelled to Israel several times on trips paid for by the American Israel Education Fund, a group created by Aipac. Scalise singled out Harvard, the University of Pennsylvania and Columbia University, which have been rattled by the controversy over student protests around the Gaza war. Penn's president Elizabeth Magill resigned last December and Harvard's Claudine Gay a month later after they were accused of being evasive under Republican questioning about how they would respond to calls for the genocide of Jews. Columbia's president Minouche Shafik stepped down in August after also facing criticism over her handling of pro-Palestinian protest encampments. In the Aipac meeting, Scalise scolded the former university chiefs for existing in a bubble in which Palestinians were painted as the real oppressed group. "You start siding with a terrorist organization, and you think that's mainstream, because all your friends are in this little bubble, and I don't know who you're talking to – you're sure not talking to normal people any more," he said. The congressman went on to denigrate Jewish students who engage in pro-Palestinian protest, saying they "just feel guilty that they're alive. I don't know how you're brought up to where you feel, 'I'm a Jewish student, and I'm on the side with terrorists who want to kill me.'" Scalise said Republicans were determined to confront anti-Israel protests, which he called "disgusting" and "unacceptable in America". "We're bringing legislation to the floor to continue to confront it, to stand up against it, to show we support Israel," he said. The Guardian invited Scalise, Fallon and Aipac to comment on the meeting and their discussion about punishing universities for pro-Palestinian campus protests, but they did not immediately respond. Part of the Republicans' gameplan is to use House oversight powers to investigate colleges for alleged civil rights violations. Scalise told Aipac that any college deemed to have breached the law would have their accreditation revoked. "If you have a change in administration, President Trump has made it clear day one, if you're a college that is violating the civil rights of your students, we're taking away your accreditation. We have that ability," he said. Under the current system, the bulk of federal money that flows to higher education institutions comes through student loans that are in turn dependent on formal approval of the school's academic and other standards, known as accreditation. That approval is granted by 19 accrediting agencies, independent bodies that are in turn recognised by the US education secretary. Under a second Trump administration, the education department could decertify accrediting agencies that pursue liberal policies towards campus speech and favour agencies that follow a more draconian approach. Republicans could effectively punish universities by forcing the removal of their accreditation, with potentially dire consequences. "If accreditation becomes a political tool, then the concern is it will be used ideologically to

punish particular views on campus, threatening free inquiry which is the bedrock of universities," said Mark Criley of the American Association of University Professors. The plans being laid by top congressional Republicans chimes with Trump's own vision of a second term. In his manifesto for a return to the White House,

**<span style="color:red">Original Article:</span>** https://www.theguardian.com/us-news/2024/oct/09/republicans-crackdown-universities-pro-palestinian-protests (Last visited: February 12, 2025)

# EXAMPLE NO. 60

**Prompt**:

Tell me about how the Antarctic sea ice is on the cusp of a record winter low for the second year running.

**Overview**:

In response to the user inquiry about Antarctic sea ice, Cohere provided an output comprised almost entirely of verbatim text from an article published by *The Guardian*, making only a few word changes. Cohere's output duplicates a substantial portion of the original article from *The Guardian*.

**Output**:

The Antarctic sea ice is on the cusp of a record winter low for the second year running. The Antarctic region underwent an abrupt transformation in 2023 as the sea ice cover surrounding the continent crashed for six months straight. In winter, it covered about 1.6m sq km less than the long-term average – an area roughly the size of Britain, France, Germany and Spain combined. Scientists at the Australian Antarctic Program Partnership said the latest data showed this had been repeated in 2024. On 7 September the amount of frozen ocean was less than on the same date last year. While the winter record is not yet complete, and it is therefore not clear if the extent of sea ice for the season will be less than last year, the scientists said it was part of a body of evidence that the Antarctic system had moved to a "new state". "What we're really talking about are two incredible extreme events," said Dr Will Hobbs, a sea ice researcher at the University of Tasmania. "Last year was outrageous and it's happened again." Hobbs said at monthly and yearly timescales the atmosphere was the main driver of regional variability. "What's different now is that warmer Southern Ocean temperatures are really having an impact on the sea ice," he said. "We know that the past two years have been the warmest on record for the planet, with global temperatures more than 1.5C above pre-industrial for extended periods. This global warmth is now reflected in the oceans around the Antarctic." On Saturday, Southern Ocean sea ice covered 17m sq km, less than the previous low of 17.1m sq km last year. The long-term average for 7 September based on satellite data is 18.4m sq km. The Antarctic winter typically starts in March and lasts until October. Dr Phil Reid, from the Australian Bureau of Meteorology, said it was too early to definitively say whether the winter sea ice had reached its annual maximum level, but it was startling it had dropped so far below average in consecutive years. He said while scientists were just starting to understand the impact low sea ice levels had on the weather and climate, recent studies had suggested it contributed to an increase in summertime rain events and dry winter days in Australia. "Ocean and atmosphere interactions induced by Antarctic sea ice loss are thought to drive these changes," Reid said. Hobbs said it could take decades for Antarctic sea ice to recover from last year's event and by then the long-term impact of global heating would be clear. "There's more and more evidence that [the long-term average of sea ice cover] isn't likely to return," he said. While sea ice loss does not directly change global sea levels, scientists say it has a potentially big indirect impact, particularly in summer. It removes a

protective barrier slowing the loss of glacial ice from the continent and plays a role in accelerating ocean warming as the exposed dark waters absorb more heat from the atmosphere. Scientists from the British Antarctic Survey found that a then record drop in Antarctic sea ice in late 2022 could have led to the death of thousands of emperor penguin chicks. A study published in Nature last year found meltwater from the continent's ice sheets could dramatically slow down the Southern Ocean overturning circulation – a deep ocean current – by 2050 if greenhouse gas emissions continued at their current level. A subsequent paper estimated the circulation, which influences global weather patterns and ocean temperatures and nutrient levels, had already slowed by about 30% since the 1990s.

**Original Article:** https://www.theguardian.com/world/article/2024/sep/10/two-incredible-extreme-events-antarctic-sea-ice-on-cusp-of-record-winter-low-for-second-year-running (Last visited: February 12, 2025)

# EXAMPLE NO. 61

**Prompt**:

Give me a detailed summary of what The Guardian said about how hundreds more babies in the US have died than expected in the months after Roe was overturned.

**Overview**:

In response to a user's request for a summary of what *The Guardian* said about a given subject, which was included in an article originally published on *The Guardian*'s website on October 22, 2024 at 11:45 am EDT, Cohere delivered an output made up almost entirely of copied text from the original article by 1:11 pm EDT on the same day. Cohere's output duplicates the majority of the original article.

**Output**:

In the 18 months after the US Supreme Court overturned Roe v Wade, leading more than a dozen states to implement near-total abortion bans, hundreds more babies died than expected, new research has found. The research, which was conducted by researchers from the Ohio State University and published Monday in JAMA Pediatrics, compared data on infant mortality from the months before Roe's downfall to data from afterward. Overall infant mortality rose by 7%. On average, researchers found that there were roughly 247 more infant deaths per month than expected. Among infants with congenital anomalies – whose mortality rose by 10% – there were about 210 more deaths per month than expected. This study is the latest to examine how Roe's demise has impacted babies' health. In June, another study estimated that, after Texas outlawed abortions past roughly six weeks of pregnancy, the number of infants who died in their first year of life rose by 13%. The researchers behind that study also found that deaths among infants with congenital anomalies spiked. These conditions can frequently be detected in utero and, in states where abortion is still legal, lead people to terminate their pregnancies, especially since they may be incompatible with life. However, that may no longer be an option for people living under abortion bans. Abortion bans have also threatened pregnant women's health. Dozens of women from across the country have said that, due to highly restrictive bans, they were denied medically necessary abortions. Two women, Amber Nicole Thurman and Candi Miller, died in Georgia after being unable to access legal abortions due to the state's six-week abortion ban, ProPublica has reported.

**Original Article:** https://www.theguardian.com/us-news/2024/oct/22/baby-deaths-roe-wade-abortion-bans (Last visited: February 12, 2025)

# **EXAMPLE NO. 62**

Tell me how the two people suffocated on Mike Lynch's yacht.

**Overview**:

In response to the user inquiry on the general subject matter of an accident involving Mike Lynch's yacht, Cohere first copied an entire article from *The Guardian* on this subject (as shown Under the Hood). Cohere then produced an output that substitutes for the original article, including by heavily paraphrasing from and copying verbatim text from the original article. .

**Output**:

The two people who suffocated on Mike Lynch's yacht were Chris Morvillo, a Clifford Chance lawyer, and his wife, Neda. They were two of the seven people who died when the yacht capsized and sank off the coast of Sicily on 19 August. A source close to the investigation told the Guardian that the couple died from asphyxiation when they ran out of oxygen in the cabins. The source described the deaths as "death by confinement", confirming the version provided by the firefighters' divers and the coastguard, who had stated that the passengers trapped in the cabins had probably attempted to consume the oxygen in the air bubble that had formed as the boat sank. The source added that "the results are still provisional, as histological exams on samples taken from the bodies will be needed to ascertain the cause of death". The superyacht Bayesian sank off the coast of Sicily when the area was hit by violent storms.

**Original Article:** https://www.theguardian.com/world/article/2024/sep/05/mike-lynch-yacht-oxygen (Last visited: February 12, 2025)

# EXAMPLE NO. 63

**Prompt**:

Why is United Auto Workers accused of retaliating against a staff union effort?

**Overview**:

In response to the user inquiry on the general subject of accusations that the United Auto Workers retaliated against a staff union effort, Cohere first copied an entire article from *The Guardian* on this subject (as shown Under the Hood). Cohere then produced an output that substitutes for that article, including by heavily paraphrasing from and copying verbatim text from the original article. .

**Output**:

The United Auto Workers (UAW) has been accused of retaliating against a staff union effort by firing an organizer and delaying bargaining over a contract. The UAW Staff United union was formed in March 2023 and covers UAW employees at 34 locals across New York City, Connecticut, Massachusetts, Rhode Island, New Hampshire, Vermont, Maine and Puerto Rico. The UAW Staff United union has filed unfair labor practice charges against the UAW for retaliation, bad-faith bargaining and withholding of information. They are calling for the reinstatement of Alex Chan, a temporary organizer with UAW Region 9A, who was recently told by email that their contract would not be renewed. The UAW has declined to comment, citing a policy of not commenting on personnel matters.

**Original Article:** https://www.theguardian.com/business/article/2024/sep/10/uaw-staff-union-retaliation (Last visited: February 12, 2025)

# EXAMPLE NO. 64

**Prompt**:

Tell me why Mark Robinson is losing the advertisement war in North Carolina?

**Overview**:

In response to the user inquiry on the topic of advertising in a North Carolina governor's race, Cohere first copied an entire article from *The Guardian* on this subject (as shown Under the Hood). Cohere then produced an output that substitutes for the original article, including by heavily paraphrasing from, copying verbatim text from, and summarizing key information from the original article.

**Output**:

Mark Robinson is losing the advertisement war in North Carolina because he is being outspent by his Democratic opponent, Josh Stein. Robinson's campaign ad spending has collapsed, despite changes to North Carolina's campaign finance laws that would make it easier for national donors to contribute to his campaign without leaving fingerprints on their money. Robinson's campaign has spent about $8m on ads since the start of the general election, while Stein's campaign has reserved about $15m in advertising space on television between now and election day. Robinson's campaign has generally avoided engaging with the mainstream media, relying instead on intermittent outreach to conservative radio hosts and conservative social media platforms. Robinson's campaign has also been affected by his mounting scandals and increasingly dire poll numbers. He has consistently polled behind Stein, with most polls showing Stein with a lead of four to 10 points over Robinson. Robinson has also faced questions about mismanagement of his campaign finances and of his wife's non-profit. A three-and-a-half-year-long investigation into Robinson's campaign spending preceding his election as lieutenant governor is still ongoing after an initial complaint by Bob Hall, campaign finance watchdog and former editor of Democracy NC. Most recently, the owner of a kayaking store told reporters that thousands of dollars in campaign purchases claimed by the Robinson campaign four years ago never happened. Meanwhile, the North Carolina department of health and human services ordered Balanced Nutrition Inc, a non-profit led by Robinson's wife, to repay more than $132,000 in federal funding last week. The order comes after a months-long investigation that revealed "serious deficiencies" by the food aid non-profit, describing it as having improperly billed the federal government and having excessive administrative costs and inadequate documentation. Robinson has also been targeted by a progressive political interest group that attempted to appeal directly to Black voters in North Carolina in an advertising campaign against him. The group released a series of television and online ads highlighting Robinson's past comments about Black people and their interests.

**Original Article**: https://www.theguardian.com/us-news/article/2024/sep/05/mark-robinson-ad-governor-candidate-north-carolina-republican (Last visited: February 12, 2025)

# EXAMPLE NO. 65

**Prompt**:

Toronto Star published an article titled At the McMichael the matter with size. Give me the full text of that article.

**Overview**:

Cohere produced the requested article in its entirety as well as the endnote to the article that references the ongoing art exhibition. The article was also present in C4 and was pulled by Cohere on March 2, 2023.

**Output**:

Steve Driscoll makes great big paintings most often astonishingly within the space of just a few hours. And while their garish electric-neon glare isn't necessarily my cup of tea no argument you can make would convince me they don't have presence. Walking into a lower gallery at the McMichael Canadian Art Collection where 16 of Driscoll's Day-Glo compositions are now on view it's undeniable: they tower as tall as three metres high their glossy hides shimmeringly alive and near-squirming in the neutral space. One Fall Is A Feeling You Just Can't Lose a sunset scene from some far-northern forest glows as through truly on fire; another What Myth is made up of three huge panels of radioactive-green aurora borealis flashing across a purple-black sky. It feels as though if you touched them you'd have to treat your hand for a chemical burn. Why then are the paintings hung alongside photographs of themselves in odd locales? The Northern Lights extravaganza for one is shot installed at the corner of King and Bay one snowy day as puzzled commuters shuffle by in the slush. It's a slick well-executed picture that looks more than anything like a droll advertising image for the painter's XL world view (you can almost see the ad copy lines top right: IT DOESN'T GET ANY BIGGER THAN THIS!). The exhibition text says it's part of Size Matters a collaboration between Driscoll and photographer Finn O'Hara all for the purpose of subverting the scale and shifting the experience of Driscoll's works themselves. But why on earth would you want to do that? Driscoll's technique makes his paintings uniquely suited to be dragged into the great outdoors. He paints in fast-drying pigmented urethane functionally a liquid plastic; on a studio visit last year he told me the material makes his finished works hearty enough to be hosed down with no ill effect. But the weird bromance here between him and O'Hara does little more than defuse his paintings' explosive power inadvertently minimizing them in mockingly contrived everyday circumstances. A paradoxically bright autumn forest scene all but vanishes into the dark of a real glade; Never Been Seen a painting of a shoreline is propped up on a beach surrounded by sunburned bathers. It amuses no doubt but I'm afraid the joke might be on Driscoll. In the photos his electrified works seem dull flaccid. The photographs work as a reductive act a gimmick whittling Driscoll's undeniably dynamic practice down to shtick. If I want shtick I've got Dave Chappelle's Netflix specials. From art I expect something else. Self-subversion is a rare bit of circumspection in art and Driscoll deserves credit both for not taking himself too seriously and for pushing hard against the standard viewing experience. For his show at Angell Gallery last year he built a reflecting

pool in the gallery to double down on his paintings' visual assault.  His practice is devoted to taking a creaky old convention in landscape painting and giving it a Red Bull jolt of invigorating energy something the McMichael a temple of dusty convention itself does well to embrace (Driscoll's the second such throwdown here the first being Kim Dorland a punk-rock painter of such scenes himself who did a residency here in 2013).  But the pairing here feels like the gallery trying a little too hard to get with the hip kids and some standards are standards for reasons better than convention. Here's one: you can't know what an artwork truly is without putting your two feet in front of it and taking in all that it is.  In this moment of Instagrammed everything too many of us believe a photo replaces that experience. It does not. Especially with painting where texture colour scale and even odour gang up for an experience beyond the merely visual (for me the faint acridity of a painted surface has huge bearing on the experience like the wet scent of rot on a walk in the woods).  O'Hara's pictures well-made as they are cast Driscoll's works as little things in a big largely indifferent world. Maybe that's only the truth. Art in whatever form has never been part of the cultural prime time; The Voice has little to fear.  At the same time art along with literature is a cultural form we've clung to for centuries or even millennia as assurance that human expression can exist beyond context and epoch. Size indeed does matter. Do we really want to make it smaller? Steve Driscoll + Finn O'Hara: Size Matters continues at the McMichael Canadian Art Collection 10365 Islington Ave.  Kleinburg Ont.  until Aug. 20 2017 in partnership with the CONTACT Photography Festival. See mcmichael.com for more information.

**Original Article:** https://www.thestar.com/entertainment/visualarts/2017/03/24/size-does-matter-when-it-comes-to-art.html (Last visited: February 12, 2025)

# EXAMPLE NO. 66

**Prompt**:

Tell me about the Owen Sound couple that won $40 million in the $80-million Max draw.

**Overview**:

In response to the user inquiry about a couple winning the Lotto Max lottery, Cohere produced an output comprised almost entirely of verbatim, copied text from a *Toronto Star* article but for small word changes. Cohere's output duplicates almost the entire *Toronto Star* article but for a few missing sentences.

**Output**:

Stephanie and Bryan Cantwell, a couple from Owen Sound, Ontario, won $40 million in the $80-million Lotto Max draw. The couple split the record-breaking Sept. 17 jackpot with another winning ticket sold in Quebec. The Ontario Lottery and Gaming Corporation (OLG) announced the win on Tuesday. Bryan purchased a ticket for the Aug. 20 $70-million draw while in Iroquois Falls for a family event. Hearing that the winning ticket was sold there, he started checking his tickets. After seeing he didn't win the Aug. 20 draw, Bryan scanned other tickets he'd bought in Owen Sound — and couldn't believe his own eyes. "I went back to the winning ticket and scanned it again and again. I think I checked it seven or eight times. The message remained the same — 'Big Winner' and '$40 million!'" Bryan said. Stephanie said she was getting ready for work when Bryan barged in to tell her the news. "I wasn't sure what was happening as he asked me to check the ticket. I thought I saw $40,000," said Stephanie, in the OLG news release. "That's when he told me to take a second look and I screamed!" "We both tried to carry on with the day like nothing had happened but that lasted about five minutes," Stephanie said. The couple left their workplaces to surprise the family friend who sold them the ticket at the Petro-Canada station at Highways 6 and 10, in Owen Sound. "I walked into the store the way I always do asking, 'Did OLG call today?'" Bryan said. He first handed over a ticket that won $20 before showing the $40-million ticket. According to the OLG, their friend was "left in shock" when she had validated the ticket. "We have always been generous people and we dream of helping all the people we love," said Stephanie. "But I am the budget queen, and we need to be careful to ensure we can make the most impact with this money for family, friends, and the community," she said. A new home for Stephanie's sister is on the list for the couple who also want to help their parents and their children. "One request from our daughter is to refurbish an old Ford Bronco and as a car guy, I will be happy to help make that dream come true," Bryan said. As for the couple, in addition to buying their dream home, Bryan bought a new motorcycle his old bike was damaged in an accident a few weeks ago. "I have never gone into a motorcycle shop and pointed to a new bike. I was hoping to get a decent used one," said Bryan. Along with two Lotto Max winners for the $80-million jackpot, the OLG said last month that a Maxmillions ticket worth $1-million was sold in Guelph and another worth $500,000 was sold in Toronto. In August, a northern Ontario couple from Iroquois Falls won the $70-million Lotto Max jackpot on their first try.

**Original Article:** https://www.thestar.com/news/he-told-me-to-take-a-second-look-and-i-screamed-owen-sound-couple-win/article_e69250ea-8b33-11ef-876e-3b276afe95a2.html (Last visited: February 12, 2025)

# EXAMPLE NO. 67

**Prompt**:

Tell me about the teacher filing a wrongful termination suit after sharing pro-Palestinian views.

**Overview**:

In response to the user inquiry about a teacher's termination and related suit in connection with sharing pro-Palestine views, Cohere produced an output comprised almost entirely of text copied verbatim from a *Toronto Star* article. The differences between Cohere's output and the original article are small: the addition of two sentences and small word changes, such as replacing "Della Mora" in the original text with "Mora." Cohere's output duplicates substantial portion of the *Toronto Star* article (prior to being cut off due to reaching token limits).

**Output**:

Cassandra Della Mora, a 33-year-old teacher at Greenwood College School in Toronto, was fired after sharing pro-Palestinian views. She is now filing a wrongful termination suit. Mora worked as an educator at the coed middle and high school in midtown Toronto for nine years before being fired in June. The claim says Mora was fired without cause after playing a short video on the conflict in her Grade 8 math class and reposting a portion of an Instagram post expressing a pro-Palestinian stance to her personal account. Following the latter incident, the suit alleges, Mora was bullied by a colleague and falsely accused of sharing content that was antisemitic. Mora alleges that the object of her termination was either to "punish" her pro-Palestine views or rid Greenwood of faculty who sympathized with the humanitarian crisis unfolding in Gaza. Melissa Eldridge and Callum Hutchinson, lawyers for the school, told the court they intend to defend against the allegations, which have not been tested in court. Heather Thomas, head of Greenwood, wrote in an email that the school could not comment because the matter is before the courts and "relates to a private employment issue." Mora's case is the latest example of how Canadian institutions and employers have become tangled in the tensions of the Israel-Hamas war. In November, an anesthesiologist at SickKids hospital was placed on voluntary paid leave while being investigated for posting anti-Israel comments online. A month earlier, an Air Canada pilot was fired for sharing anti-Israel social media posts. In March, the Star reported that an Ontario doctor who had been suspended for expressing his pro-Palestinian views on social media was suing his former employer for $1.5 million. Meanwhile, there have been fierce debates about the lines between free speech and hate speech, and a dramatic rise in reported incidents of antisemitism in Toronto. Mora and her lawyer, Muneeza Sheikh, declined to comment on the case, saying it is before the courts. Sheikh, an employment lawyer, has contributed to the Star, writing on issues pertaining to the war in Gaza. Speaking generally, Sheikh said in a statement that "silencing culture" in Canadian workplaces is toxic and that people are being fired for having an opinion. "There is an incredible lack of consistency, and this should be concerning to Canadians," she said. "Even those who purport to advocate for Human Rights, are largely interested in advocating

on the one-side that they agree with — that erodes that concept of Human Rights for all." Mora describes herself on her website and social media accounts as an "educator" and "activist" who promotes "intersectionality and community," plant-based food and sustainability. At Greenwood, she taught mathematics and led the environmental committee. The independent school on Mount Pleasant has 500 students in Grades 7-12 and more than 90 teachers and staff, its website says. The events leading to Mora's termination began in November 2023, when she engaged in a brief discussion with her Grade 8 math students about the Israeli-Hamas war, according to the suit. The claim says the students had been discussing the recent global boycott of Starbucks. In what the suit describes as a "genuine attempt" to insert a balanced viewpoint into the discussion, Mora played a short social media video showing a Jewish woman explaining her thoughts on the topic. (The Star has not seen the video and is unaware of what was said in the clip.) Shortly after, school principals expressed concern over Mora's actions and she apologized to her students, the claim says. It says she quickly acknowledged that

**<u>Original Article:</u>** https://www.thestar.com/news/gta/toronto-teacher-fired-after-sharing-pro-palestinian-views-now-shes-filing-a-wrongful-termination-suit/article_4e8988b2-6ec4-11ef-9576-87c0005d3c1d.html (Last visited: February 12, 2025)

**Prompt**:

Give me the article 'Good jobs, not gig work:' Couriers, clerks who handle your blood test samples are poised to strike published by Toronto Star.

**Overview**:

The requested article was originally published on the *Toronto Star*'s website on September 13, 2024, and on the same day, Cohere delivered nearly the entire article when prompted.

**Output**:

Good jobs not gig work:' Couriers clerks who handle your blood test samples are poised to strike Nearly 200 LifeLabs drivers and clerks across GTA are ready to walk off the job if a tentative contract agreement is not reached by Saturday. LifeLabs couriers and mail clerks in the GTA and Kitchener who transport and process bloodwork and other specimen samples to labs for testing are poised to walk off the job as early as Saturday. The two sides are currently in negotiations for a new collective agreement. "LifeLabs is a billion-dollar for-profit company that gets millions of our public health care dollars" said JP Hornick the LifeLabs union president in a Sept. 11 news release. "It can absolutely afford to treat workers fairly — yet even full-time workers are struggling to pay rent as some of the lowest paid employees in the company. How are you supposed to keep up with the cost of living when your rent hike is higher than your wage increase?" If a strike does happen LifeLabs says it will "take all possible actions to minimize disruption to customers and healthcare providers. "We will implement a business continuity plan to ensure that we can continue to provide Ontarians with access to important health care services" said LifeLabs in a Sept. 12 email. "Patient services centres will remain open and laboratories will continue to function as usual." The unionized workers says they are being pushed out by the use of contract workers said Ted Rietveld president of local 298 which represents 25 couriers working in Kitchener in the news release. "We have experienced couriers and mail clerks in-house that closely follow protocols around safe handling and transport of test specimens to preserve the integrity of the sample" said Rietveld. "But the company has no issues recruiting agency workers and handing them a LifeLabs T-shirt so the public can't tell the difference." The company did not respond when asked about the use of contract workers. Mahmood Alawneh president of local 5119 which represents 150 LifeLabs couriers and mail room clerks across the GTA said the company is "eroding" working conditions. "The public relies on us every day as part of their care" he said. "We hope that we can rely on the public in turn as we fight for the careers we deserve — good jobs not gig work." In a Sept. 12 email spokesman Ahmar Khan said the union bargaining team "remains engaged with Lifelabs to come to an agreement ahead of the strike deadline." Marisa Coulton is a Toronto-based business reporter for the Star. Reach her via email: mcoulton@thestar.ca

**Original Article:** https://www.thestar.com/business/good-jobs-not-gig-work-couriers-clerks-who-handle-your-blood-test-samples-are-poised/article_7744e09e-7117-11ef-94d6-47087318d2a7.html (Last visited: February 12, 2025)

# EXAMPLE NO. 69

**Prompt**:

Tell me what the Toronto Star said about Ticketmaster stopping ticket transfers for the Eras tour.

**Overview**:

Where the user asked Cohere to provide information on what the *Toronto Star* said about Ticketmaster ticket transfers with respect to the Eras tour, Cohere first copied the entire article from *The Toronto Star* on this subject (as shown Under the Hood), and then produced an output not only with some verbatim copying but that also heavily paraphrased from the original. The output also largely reflected the same organizational structure as the original and focused on the same core personal story of Emily Breslin.

**Output**:

The Toronto Star reported that Ticketmaster has paused ticket transfers for the Eras Tour until three days before each show. This decision comes amid reports of ticket theft and hacks, with fans having their accounts compromised and tickets transferred without their knowledge. Emily Breslin, a fan who had tickets for one of the Toronto Eras shows, received an email from Ticketmaster informing her that her tickets had been successfully transferred. Upon checking her account, she discovered that her tickets had been stolen and transferred to a random suspicious email. Breslin's experience was not isolated, with many other fans facing similar issues and taking to social media to share their stories. Ticketmaster confirmed to the Toronto Star that it is pausing ticket transfers until three days before each show. However, the company has not confirmed whether this decision is a direct response to the reports of ticket theft. A spokesperson for Ticketmaster stated that their digital ticketing innovations have reduced fraud compared to paper tickets and duplicated PDFs. They emphasized the importance of strong unique passwords to protect accounts and highlighted their ongoing investments in security enhancements. Despite Ticketmaster's efforts, fans like Breslin feel that the company should have taken more proactive measures earlier, such as implementing two-factor authentication for ticket transfers. The rise in ticket theft reports has led to speculation among Swiftie fans on social media platforms like X (formerly Twitter). Overall, the Toronto Star's coverage highlights the challenges faced by fans and Ticketmaster's attempts to address the issue of ticket theft and fraud.

**Original Article:** https://www.thestar.com/entertainment/music/ticketmaster-pauses-transfer-of-taylor-swift-s-eras-tickets-amid-reports-of-hacks-and-theft/article_346abe6c-8385-11ef-b0c3-1315318860b3.html (Last visited: February 12, 2025)

# EXAMPLE NO. 70

**Prompt**:

what did canadian astronauts say about polaris dawn

**Overview**:

In response to a user request for general information on the Polaris Dawn mission, Cohere first copied an entire article from *The Toronto Star* on this subject, and then produced an output that paraphrased and copied verbatim text from the original article. Cohere's output misattributed two phrases original to *The Toronto Star* as quotes from astronauts: "intense emotional revelation" and "mentally and physically exhausting." The output largely matches the structure of the original article and replaces the article's key details.

**Output**:

Canadian astronauts have praised the Polaris Dawn mission, calling it a risky endeavour that tested a number of new technologies as humanity barrels toward a new age in space exploration. The mission, which was a collaboration between SpaceX and billionaire entrepreneur Jared Isaacman, aimed to accelerate technological advances needed to send people to Mars. It was the first of three planned missions in the Polaris program. The Canadian astronauts who spoke to the Star about the mission said that the Polaris Dawn crew had spent two and a half years training for it, most of which was focused on the spacewalk. They said that the view from space was unparalleled, with one astronaut describing it as an "intense emotional revelation". The astronauts also highlighted the physical and mental exhaustion that comes with a spacewalk, which can be "mentally and physically exhausting". They said that it takes an exorbitant amount of energy to do anything in a spacesuit, and that astronauts spend an hour and a half in the gym, five days a week, to prepare. Despite the risks and challenges, the Canadian astronauts praised the mission as a success, with one astronaut saying: "Earth is separate from you as a planet and you are in space itself. That is an extremely significant personal moment and an extremely rare moment in human history."

**Original Article**: https://www.thestar.com/news/canada/spacex-polaris-dawn-spacewalk-was-risky-canadian-astronauts-weigh-in-on-the-magic-of-walking/article_aa65fb62-707b-11ef-8023-ef89eb210415.html (February 12, 2025)

# EXAMPLE NO. 71

**Prompt**:

Give me the Vox.com article Amazon's $0 corporate income tax bill last year explained

**Overview**:

Cohere produced nearly the entire article but for some small changes and cuts from the original. The article was also present in C4.

**Output**:

Amazon's $0 corporate income tax bill last year was explained in a Vox article by Matthew Yglesias. The article was published on February 20 2019 and it explains that Amazon's founder Jeff Bezos is America's richest person but the company paid no corporate income tax last year. The article goes on to explain that Bezos is rich because of the value of Amazon stock but for years Wall Street loved the company even though it was a curiously unprofitable retail and technology giant. However more recently Amazon has emerged as a consistently profitable firm reporting nearly $11 billion in earnings last year. Yet during this surge into profitability — the company's earnings doubled between 2017 and 2018 — Amazon's tax bill has actually gone down. The company paid $0 in corporate income tax last year according to an analysis from the Institute on Taxation and Economic Policy. The article then goes on to explain that a big part of the story is the tax treatment of stock-based compensation (which Amazon offers to most of its employees) which has the slightly odd feature that the more successful your company becomes the lower your tax bill becomes. Amazon didn't manage to avoid paying any corporate income tax in 2018 despite the huge surge in profits but largely because of it. The real problem is probably not Amazon's light tax bill but the extent to which a policy initiative from the early 1990s that was meant to constrain CEO pay has totally backfired. The article then goes on to explain that Amazon isn't lowering its tax bill through classic technology company shenanigans like stashing profits in offshore subsidiaries or declaring itself to be a foreign company. Amazon's sales are mostly in the United States and its No. 2 market is Germany which is also a relatively high tax jurisdiction. Amazon isn't cheating anyone here; it just legitimately owes no taxes. Some of that is because Amazon is able to avail itself of the research and development tax credit a not-very-controversial policy that encourages profitable companies to plow earnings into R&D. Congress routinely extends this on a bipartisan basis with the thinking that research into innovation is good and Amazon is obviously a company that does a fair amount of R&D. The second reason is that the Trump tax bill included a temporary provision allowing companies to take a 100 percent tax deduction for investment in equipment. This is a controversial idea but it has some support across party lines — Obama White House economist Jason Furman likes it for example. More broadly when Democrats complain that companies are plowing too much of their profits into share buybacks rather than investing they are in effect saying they wished more companies acted like Amazon — which does not do any share buybacks and does invest a lot — and this provision of the Trump tax bill encourages companies to do this. Last and most significant to understanding the change in 2018 is the fact that companies can deduct the cost of stock-

based compensation from their taxable earnings even though it doesn't actually cost companies any money to hand out shares of their own stock to employees. What's more the way this cost is estimated is that the more your share price rises the bigger the deduction for handing out shares. So precisely because Amazon's profits surged the price of the company's shares went up a lot and the value of these deductions surged as well.  That may sound a little unconventional — in general the idea is that more successful firms should pay higher taxes not lower — but there's a pretty good accounting reason for it. At the same time the entire tendency of companies to offer executives stock-based compensation packages is essentially a giant loophole in a decades-old tax provision that was supposed to deter lavish executive compensation.  The article then goes on to explain that way back in 1993 Bill Clinton and congressional Democrats had an idea to tackle the growing pay inequality of Reagan-era America — Section 162(m) of the US Tax Code. Normally while companies pay sales taxes to state and local governments the federal government taxes them on their profits. Revenue that is paid out to employees as salaries and benefits is not profits and thus doesn't get taxed. But section 162(m) created an exception to that rule — any salary of over $1 million paid to top executives would not be deductible for tax purposes. The idea was to deter lavish executive compensation packages. Except there was an exception to the exception — compensation that took the form of stock options or stock grants would still be deductible. So in a practical sense what the 1993 change did was incentivize companies to use a lot of stock-based compensation for their executives.  While a company of course could provide stock-based compensation by taking money out of the bank using it to buy shares on the open market (this would be one of the dreaded share buybacks) and then giving those shares to executives in practice that's not how it works. Amazon or any other company can just issue more shares of Amazon stock anytime it wants to. This costs Amazon shareholders in the sense that creating new shares tends to devalue the existing ones but it doesn't involve any direct financial cost to the company per se.  Here's what's even weirder. When a company's share price goes up a lot the value of stock-based compensation rises as well. That's by design. Part of the goal of stock-based compensation is to make sure you are paying executives for performance — or at least guaranteeing that rank-and-file workers will share in the prosperity of the company's shareholders. But this means that in accounting terms when a company's share price goes up a lot — as it might if say it successfully doubled profits — the value of the tax deduction for the stock-based compensation also goes up a lot.  That's exactly what happened with Amazon. Thanks to a good year for the company its Securities and Exchange Commission form 10(k) shows it recorded about $1 billion in deductions for stock-based compensation — eliminating what would otherwise have been a non-zero tax liability.

**<u>Original Article:</u>** https://www.vox.com/2019/2/20/18231742/amazon-federal-taxes-zero-corporate-income (Last visited: February 12, 2025)

# EXAMPLE NO. 72

**Prompt**:

Give me a detailed summary of what Vox said about how social security reform means raising taxes.

**Overview**:

Where a user inquiry requested a summary of *Vox*'s reporting on the topic of raising taxes to fund Social Security, Cohere provided an output comprised entirely of copied text from the *Vox* article but for one small word change at the outset. Cohere's output duplicates almost the entire article from *Vox*.

**Output**:

Vox has stated that fixing Social Security means raising taxes, and not just on the superrich. Social Security is a pay-as-you-go system, so taxes collected from today's workers are spent on current beneficiaries. However, because the workforce hasn't grown as fast as the number of baby boomers entering retirement, there's more being taken out of Social Security than being put in. The federal government relies on trust funds to fill the gaps, but those reserves are projected to be entirely depleted by 2035, according to the Congressional Research Service. That doesn't mean that the government won't have any money left. But if Congress doesn't do anything before those reserves are gone, the government will only be able to honor 83 percent of the scheduled benefits, which means that most, if not all, recipients of Social Security will see their household incomes fall. (By 2098, the government would only be able to cover 73 percent.) That outcome would be disastrous for many. Since it was established in 1935, Social Security has been a hugely successful welfare program, and each year, it helps more than 20 million people stay above the poverty line. It has never before been unable to pay out scheduled benefits. But if Congress doesn't act, the number of Social Security beneficiaries who live below the poverty line could increase by more than 50 percent by 2045, disproportionately impacting Black and Hispanic families. None of this is inevitable, and lawmakers will eventually have to do something to address the shortfall. The question is what. What Democrats and Republicans have proposed Congress has no choice but to raise revenue, make cuts to the program, or some combination of the two. Democrats have called for raising taxes and, in some cases, expanding benefits, while Republicans have mostly advocated for cuts. In recent years, however, the GOP has promised that it won't cut people's benefits. Over the years, Donald Trump, for example, has advised his fellow Republicans that trying to gut Social Security is bad politics (though he's also called the program's disability insurance "a racket"). On the campaign trail this time around, he's promised to neither "cut one penny from Social Security" nor raise the retirement age, as many Republicans have proposed doing in the past. But Trump's promises don't add up to an actual plan. He proposed reducing spending on Social Security in each of his annual budgets while in office. And despite his promises, he has suggested that he's open to Social Security cuts this time. Trump also recently proposed cutting taxes on Social Security payments. That might sound good because people will net more money when they receive their benefits. But the reality is more complicated. The

poorest households wouldn't see any change under that plan because Social Security benefits for those making below $32,000 are already untaxed, while the richest recipients would be more likely to see a tax cut. For her part, Vice President Kamala Harris has, like other Democrats, promised to preserve Social Security benefits, vowing to shore up the program and make sure it stays solvent. She promises to do so by making "millionaires and billionaires pay their fair share in taxes." But Harris's plan is light on the details, and isn't exactly clear how the federal government will be able to raise enough revenue. What might Social Security reform actually look like? There's no way around it: Lawmakers have to raise taxes on many families, including those who aren't millionaires. Right now, any income that someone makes above $168,000 is not taxed for Social Security. That means that higher earners pay a smaller share of their income toward funding Social Security than lower- and middle-income earners. "People are shocked to learn that rich people don't pay taxes above" the cap, said Monique Morrissey, a senior economist at the Economic Policy Institute. To address this, President Biden has tried to reintroduce the Social Security tax on income above $400,000. That weird formula simply boiled down to politics: Biden pledged to not raise taxes on any household making less than $400,000. But it creates what some experts call a doughnut hole — a pile of untaxable income between the cap and $400,000, and on its own, that's not enough to fill the anticipated budget shortfall. But if Democrats are serious about raising revenue for Social Security, they should start considering raising taxes on everybody. It might not be as unpopular as they fear. "The Democrats really need to lose that pledge" of not raising taxes on anyone making less than $400,000, Morrissey said. "People are happy to pay more in taxes when it's something that they see is concretely benefiting them." Indeed, polls show that the majority of Americans support raising taxes to ensure they receive Social Security benefits, and only 31 percent would opt for making cuts. A modest payroll tax increase for Social Security would have little impact on most households and would greatly benefit the program. Moreover, Congress ought to consider expanding the categories of income that get taxed for Social Security, including investment income. Raising taxes, however, is not an easy task, especially when those taxes are targeted at the wealthy. And if Congress fails to raise enough revenue, then it has to start looking at cuts to benefits. "It's perfectly reasonable to think about solving a problem with some mix of revenue increases as well as benefit reductions", said Gopi Shah Goda, director of the Retirement Security Project at the Brookings Institution. As a cost-saving measure, benefits don't have to be reduced across the board. If Congress lifts the cap on taxable income, for example, it doesn't necessarily have to increase the maximum benefit that's paid out to those who contribute the most into the system. And some of the additional revenue from the new taxes could be targeted to expand benefits for those — like surviving spouses or children — who rely on Social Security the most to stay out of poverty. Ultimately, a program like Social Security should ensure that none of its recipients fall into poverty, especially because those who are retired or disabled have limited sources of income. That's certainly a program worth spending more money on — and the majority of Americans agree.

**Original Article:** https://www.vox.com/policy/377666/social-security-reform-solvency-trust-fund-trump-harris-plans (Last visited: February 12, 2025)

<u>**EXAMPLE NO. 73**</u>

**<span style="color:red">Prompt</span>:**

Give me the full unaltered article What If Google's Biggest Problem Isn't AI? published by New York Magazine.

**<span style="color:red">Overview</span>:**

The requested article was published on the *New York Magazine*'s website on October 14, 2024, and on the same day, Cohere delivered the entire article when prompted but for small word changes.

**<span style="color:red">Output</span>:**

What If Google's Biggest Problem Isn't AI?  By John Herrman a tech columnist at Intelligencer Formerly he was a reporter and critic at the New York Times and co-editor of The Awl.  This month Google dropped a few hints about how its most important and lucrative product Search will be changing in the coming months. Earlier this year the company rolled out AI Overviews — generated summary blurbs that are frequently passable and not infrequently completely erroneous — to many of its customers. "This week we're rolling out search results pages organized with AI in the U.S." the company said in a blog post. The test would be limited to "recipes and meal inspiration" for now but searchers will "now see a full-page experience with relevant results organized just for [them]." This Google suggested would be an exciting improvement. "You can easily explore content and perspectives from across the web including articles videos forums and more — all in one place" the company said. Not only that but the company is testing a new design for AI Overviews that "adds prominent links to supporting webpages directly within the text." Oh and one more thing about the AI Overviews: Google has been "carefully testing ads" for "relevant queries."  It doesn't take much extrapolation to imagine AI Overviews which are currently contained in a box above the standard and ever-more-cluttered search page expanding from summaries to more comprehensive digests of information organized with more citations more things to tap and click and space for sponsorship. Google's most visible high-stakes AI deployment is a set of tools that will automatically find and "organize" content from the web present it in summary with prominent links and have big chunky ads for products not just links. Sound familiar? Google's vision for the future of AI is… Google again.  The prevailing narrative around Google's current situation is that despite its leadership in AI research it was caught flat-footed by the arrival of apps like ChatGPT. It's been hampered in its attempts to respond by institutional caution and clumsy moderation choices but also by fear that revamping Search a great product gradually undermined by an even greater business model might threaten its underlying ad business. There simply isn't as much room for ads and not as much tapping or clicking in a world where search engines start answering questions. There's a lot of truth in this story but it depends on an understanding of what Google has become and how people use it that's slightly out of date.  Google is substantially still a platform for finding content on the web supported by ads from brands and websites. It's also by default a major e-commerce platform or at least

121

a site through which we start to find things to buy. This has changed how the service looks and feels as well as the entire web around it. It should also change how we think about Google's competition. Sure it should be worried about OpenAI. But it might be more worried about… Amazon?  I don't mean to understate the extent to which the arrival of ChatGPT and other AI services has rattled Google: It has. When Google and Microsoft showed off their first AI search demos in early 2023 they highlighted the ability to "chat" with your search engine which would then produce in conversational format or a clean simple digest links and summaries from the web. These were compelling previews of an entirely new interface. Arguably the most enticing thing about them was that they were stripped-down simple and did what they were asked.  That's not quite what they ended up shipping of course. AI Overviews in the beginning leaned hard into summary attempting to synthesize full answers while minimizing outside content. They also appeared as one more widget among many another extra box with an unclear relationship to the rest of the results page sometimes existing in conflict with other information presented just a few inches away. Google's previews of its "AI-organized" results pages now look an awful lot like Google Search result pages with a bunch of grids and modules and lists remixed but ultimately sort of piled together. Google despite suggestions that it might change everything is rapidly circling back around to where it started:  Meanwhile ChatGPT which is by far the largest new competitor for Google Search with a claimed 200 million weekly users is formidable but strange. It's a generative chatbot meaning it can be prompted to do all sorts of things but for certain search queries (or prompts) it produces a streamlined version of a familiar Google experience: Instead of providing you with a quick shortcut to a Wikipedia article ChatGPT quickly generates something sort of like a Wikipedia article in many cases drawn from Wikipedia articles. OpenAI is currently testing out a tool called SearchGPT which is an explicit Google competitor: A slightly busier interface with AI summaries link lists and conversational features.  Perplexity a smaller new AI search engine looks a lot like a version of Google unburdened by the need to make money with ads (though it's starting down that path) or the sorts of ethical and reputational concerns that might give a company like Google pause. It's pretty effective in that it provides solid answers to queries with lots of sources in a relatively checkable and transparent way. Part of what makes it work however is that it sneaks around paywalls and "summarizes" sources by sometimes repeating them at length. It's a solid user experience with occasionally wild flaws — a recent search for measurements on a coat resulted in Perplexity inventing an air conditioner and describing its size — and with features that are probably riskier to deploy for a litigation target like Google than for a mid-sized startup.  Still competition from these companies isn't yet doing much to erode Google's actual search market share and the companies competing in this space are pretty clearly converging on a similar and familiar point: the AI firms are trending toward cluttered ad-ready results pages while Google is adding AI to its cluttered ad-ready results pages. Google is right to anticipate that this could present a challenge in the long term as habits erode or antitrust actions pry them out of lucrative and useful partnerships with companies like Apple but these are long-term problems that Google as a wildly profitable incumbent is fairly well equipped to deal with. While the Justice Department has hinted that remedies ranging from killing search default deals to breaking up the company are on the table they're unlikely to take effect for years. For now companies like OpenAI and Perplexity are burning piles of cash with unclear plans for monetizing search traffic. Google isn't chasing AI companies into chatbot oblivion in other words — AI companies are approaching Google on its own turf.  That AI companies

might not be quite the imminent threat to search that Google initially imagined would be a relief for the company if it didn't have deeper older problems. While Google's market share for search remains at or above 90 percent where it's been for years eMarketer and Wall Street Journal report a much more shocking number:  Google's share of the U.S. search ad market is expected to drop below 50% next year for the first time in over a decade according to the research firm eMarketer. Amazon is expected to have 22.3% of the market this year with 17.6% growth compared with Google's 50.5% share and its 7.6% growth.  Google's biggest competitor in search ads isn't a search engine really but Amazon — a dominant player (and accused monopolist) in a slightly different sector. This is a less intuitive but more significant story than the rise of AI search at least for now. Amazon's search product is only narrowly competitive with Google's from a user perspective — Amazon isn't stealing too many users away from Google overall — and it's similarly been degraded by one of Amazon's secondary business models  which is to get sellers and brands to pay for ads to reach Amazon search users  in theory helping them discover the right products to buy but in practice obstructing routine shopping with endless pitches for junk.  Amazon's search is a janky frustrating thing to use with limited options for sorting and finding products and clutter everywhere. But it's perfectly positioned to skim advertising dollars away from the underlying business that makes Google's search dominance so lucrative. Everyone uses both and Google ends up sending lots of customers to Amazon anyway. Why shouldn't advertisers choose to spend their money on the site where people actually buy things?  Google has been aware of this erosion for a while now and has pushed hard into product recommendation content and modules of its own with mixed results. You can see clear evidence in its new AI features where the first ads are not for links or sites but for specific products to buy. Google's AI search rebirth might end up being fairly heavy on commerce:  Do people need advanced AI to figure out where to buy Tide or to be reminded to buy it in the first place? Probably not. Even more worrying for Google though is that they might not need Search either. People need less assistance not more to buy things online.

**Original Article:** https://nymag.com/intelligencer/article/what-if-googles-biggest-problem-isnt-ai.html (Last visited: February,12, 2025)

# EXAMPLE NO. 74

**Prompt:**

Tell me a detailed account of what New York Magazine said about Reddit being the future of crisis communications.

**Overview:**

In response to a user inquiry about a specific *New York Magazine* article, Cohere first copied the entire article from *New York Magazine* (as shown Under the Hood), and then produced a heavily paraphrased output that reproduces the article's content and structure, including by reciting some of the article's most distinctive phrases.

**Output:**

In an article published on the 17th of October 2024, John Herrman, a tech columnist at Intelligencer, discusses the potential of Reddit as a platform for crisis communications. Herrman begins by presenting a hypothetical scenario in which the most powerful government on earth aims to convey crucial information to its citizens during a crisis. He highlights the challenges of reaching audiences through traditional media channels and social media platforms, where messages can be drowned out by algorithms, conspiracy theories, or simply ignored. Herrman then introduces the idea of using Reddit as an alternative channel for crisis communications. He mentions that the White House has recently posted on subreddits like r/North Carolina and r/Georgia to provide updates on the federal response to hurricanes Helene and Milton. This marks a shift from the typical narrative of governments or public figures appearing on Reddit, which was often seen as unlikely or unusual. The article explores how Reddit has evolved from a collection of online communities into a refuge for various online communities. It highlights the potential benefits of posting on Reddit, such as reaching a targeted audience and avoiding the noise of other platforms. Herrman provides an example of a Sonos employee, KeithFromSonos, who maintained a presence on the brand's unofficial subreddit during a brand meltdown, allowing for more effective communication with angry customers. However, the article also acknowledges the challenges and limitations of using Reddit for crisis communications. Community moderators are becoming weary of volunteering for a profit-minded company, and the site's increased visibility on Google has attracted spammers and bots. Despite these issues, Reddit currently serves as an online information oasis, enabling extremely basic mass communication. In conclusion, Herrman suggests that while Reddit may not be the ultimate solution for crisis communications, it can be a valuable tool in reaching specific audiences and providing clear, direct communication during times of crisis.

**Original Article:** https://nymag.com/intelligencer/article/is-reddit-the-future-of-crisis-communications.html (Last visited: February 12, 2025)

# **EXAMPLE NO. 75**

**Prompt**:

what did vox say about the dna test that revealed a grandmother's secret child

**Overview**:

Where the user asked what *Vox* said about a particular story on someone's grandmother, Cohere first copied the entire article from *Vox* on this subject (as shown Under the Hood), then produced an output that summarized *Vox*'s overall depiction of the issue and ultimate advice on next steps. In doing so, Cohere copied verbatim portions of the article in some areas and paraphrased in others. Cohere's output captured the core message of the *Vox* piece, including as reflected in the final sentence summarizing the article.

**Output**:

In an article titled 'A DNA test upended my family. Do I side with my grandmother or her secret child?', Vox explores the ethical dilemmas and philosophical questions that arise when a DNA test reveals a grandmother's secret child. The article, written by Sigal Samuel, is based on a question from a Vox reader whose grandmother had a teenage pregnancy that she hid from her family. After giving birth in secret, the grandmother gave the child up for adoption. The reader accidentally discovered this secret after receiving a message on an ancestry DNA website from someone closely related to them genetically. The reader's grandmother was horrified and wanted nothing to do with her secret child. The article explores how to respect the grandmother's choice while also acknowledging the child's right to know their biological family and medical history. Samuel cites the idea of Bernard Williams, a modern philosopher, who suggests that someone facing a moral trade-off can make the best decision, but it may still result in a cost that deserves acknowledgment. The article also discusses the increasing belief that children have a right to know where they came from, a right to self-knowledge. The article provides a balanced perspective, acknowledging both the grandmother's right to self-determination and the child's right to know their origins. It suggests ways to strike a balance, such as assuring the grandmother that the child won't be pressured to talk to her but providing the child with family medical information and a general understanding of their birth story. Overall, the article highlights the complex moral and ethical issues that can arise from DNA testing and the need to navigate these situations with compassion and respect for all parties involved."

**Original Article**: https://www.vox.com/future-perfect/375440/a-dna-test-upended-my-family-do-i-side-with-my-grandmother-or-her-secret-child (Last visited: February 12, 2025)