# EXHIBIT C
# (Registered Marks)

## <u>ADVANCE</u>

# United States of America

## United States Patent and Trademark Office

# THE OREGONIAN

**Reg. No. 7,593,661**

**Registered Dec. 10, 2024**

**Int. Cl.: 16, 41**

**Service Mark**

**Trademark**

**Principal Register**

Advance Local Media, LLC  (NEW YORK LIMITED LIABILITY COMPANY)
One World Trade Center
New York, NEW YORK 10007

CLASS 16: periodically published printed newspaper

FIRST USE 12-6-1931; IN COMMERCE 12-6-1931

CLASS 41: PROVIDING GENERAL AND LOCAL NEWS IN THE NATURE OF CURRENT EVENTS REPORTING VIA THE INTERNET

FIRST USE 1-1-1998; IN COMMERCE 1-1-1998

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 97-933,884, FILED 05-12-2023



Director of the United States
Patent and Trademark Office



Int. Cl.: 16

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Reg. No. 1,394,044
Registered May 20, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## THE PLAIN DEALER

PLAIN DEALER PUBLISHING CO. (OHIO COR-
PORATION)
1801 SUPERIOR AVENUE
CLEVELAND, OH 44114

  FOR: NEWSPAPERS AND MAGAZINE SUP-
PLEMENTS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 9–16–1961; IN COMMERCE
9–16–1961.
  OWNER OF U.S. REG. NO. 419,333.

  SER. NO. 562,441, FILED 10–10–1985.

MARY COYLE, EXAMINING ATTORNEY



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.  1394044          SERIAL NO. 73/562441          PAPER NO.
                                                                 MAILING DATE: 12/23/91

MARK: THE PLAIN DEALER

REGISTRANT: PLAIN DEALER PUBLISHING CO.

CORRESPONDENCE ADDRESS:
   FRANK H. ANDORKA
   BAKER & HOSTETLER
   3200 NATIONAL CITY CENTER
   CLEVELAND, OH  44114-3401

Please furnish the following
in all correspondence:

1.  Your phone number and zip code.
2.  Mailing date of this action.
3.  Affidavit-Renewal Examiner's name.
4.  The address of all correspondence
    not containing fees should include
    the words "Box 5".
5.  Registration No.


RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.


                    BARBARA HARPER
                    AFFIDAVIT-RENEWAL EXAMINER
                    TRADEMARK EXAMINING OPERATION
                    (703) 308-9500  EXT. 41

**<u>CONDÉ NAST</u>**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,823,955

United States Patent and Trademark Office Registered Mar. 16, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## ARCHITECTURAL DIGEST

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
4 TIMES SQUARE
NEW YORK, NY 10036

FOR: PROVIDING INFORMATION IN THE FIELD OF INTERIOR AND EXTERIOR DESIGN VIA THE INTERNET, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-1-2003; IN COMMERCE 9-1-2003.

OWNER OF U.S. REG. NOS. 916,331, 2,471,378, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DIGEST", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SN 76-449,607, FILED 9-9-2002.

JAMES A. RAUEN, EXAMINING ATTORNEY

Side - 1



**NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION**
**MAILING DATE: Apr 27, 2009**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:** 2823955
**MARK:** ARCHITECTURAL DIGEST
**OWNER:** Advance Magazine Publishers Inc.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

PAMELA A. RASK
SABIN BERMANT & GOULD LLP
4 TIMES SQUARE
NEW YORK, NY   10036

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 916,331

Registered July 13, 1971

Renewal Term Begins July 13, 1991

## TRADEMARK
## PRINCIPAL REGISTER

## ARCHITECTURAL DIGEST

ARCHITECTURAL DIGEST PUBLISH-
ING CORP. (CALIFORNIA CORPORA-
TION)
5900 WILSHIRE BOULEVARD
LOS ANGELES, CA 90036, BY MESNE
ASSIGNMENT FROM JOHN C. BRAS-
FIELD PUBLISHING CORPORATION
(CALIFORNIA CORPORATION) LOS
ANGELES, CA

FOR: MAGAZINE OF DESIGN IDEAS
FOR RESIDENCES, COMMERCIAL IN-
TERIORS, BOATS, RESORTS, RECRE-
ATIONAL AND ENTERTAINMENT FA-
CILITIES, IN CLASS 38 (INT. CL. 16).

FIRST USE 0-0-1920; IN COMMERCE
0-0-1920.

SER. NO. 72–377,418, FILED 11–30–1970.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 24, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**U.S. Serial Number:** 72377418
**U.S. Registration Number:** 0916331
**U.S. Registration Date:** Jul 13, 1971
**Mark:** ARCHITECTURAL DIGEST
**Owner:** ADVANCE MAGAZINE PUBLISHERS INC.

Aug 9, 2021

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
038

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72377418&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72377418&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 16

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Renewal

Reg. No. 844,606
Registered Feb. 20, 1968
OG Date Sep. 20, 1988

## TRADEMARK
## PRINCIPAL REGISTER

# THE NEW YORKER

NEW YORKER MAGAZINE, INC., THE
   (NEW YORK CORPORATION)
25 W. 43RD ST.
NEW YORK, NY 10036

FOR: WEEKLY MAGAZINE, IN
CLASS 38 (INT. CL. 16).

  FIRST USE 2-21-1925; IN COMMERCE
2-21-1925.

  SER. NO. 282,600, FILED 10-24-1967.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 20, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, February 13, 2018 11:02 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0844606: THE NEW YORKER (Stylized/Design): Docket/Reference No. T000572 |

**U.S. Serial Number:** 72282600
**U.S. Registration Number:** 0844606
**U.S. Registration Date:** Feb 20, 1968
**Mark:** THE NEW YORKER (Stylized/Design)
**Owner:** Advance Magazine Publishers, Inc.

Feb 13, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
038

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72282600&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72282600&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,746,797

## United States Patent and Trademark Office

Registered Aug. 5, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# THE NEW YORKER

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
4 TIMES SQUARE
NEW YORK, NY 10036

FOR: GENERAL FEATURE WEEKLY MAGA-ZINE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-21-1925; IN COMMERCE 2-21-1925.

OWNER OF U.S. REG. NOS. 844,606, 1,979,255 AND OTHERS.

SEC. 2(F).

SER. NO. 76-449,476, FILED 9-9-2002.

BARBARA A. GOLD, EXAMINING ATTORNEY

Side - 1



**NOTICE OF ACCEPTANCE AND
ACKNOWLEDGEMENT OF §§8 & 15
DECLARATION
MAILING DATE: Sep 24, 2008**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**       **2746797**
**MARK:**       **THE NEW YORKER**
**OWNER:**       **Advance Magazine Publishers Inc.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

ERIC E GISOLFI
SABIN BERMANT & GOULD LLP
4 TIMES SQ
NEW YORK, NY 10036

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

Reg. No. 2,773,319

United States Patent and Trademark Office

Registered Oct. 14, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## THE NEW YORKER

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
4 TIMES SQUARE
NEW YORK, NY 10036

FOR: PROVIDING ONLINE GENERAL INTER-EST MAGAZINES; PROVIDING ONLINE MAGA-ZINES IN THE FIELDS OF POLITICS, ART, THEATER, CURRENT EVENTS AND CULTURAL ISSUES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-1-2001; IN COMMERCE 2-1-2001.

OWNER OF U.S. REG. NOS. 844,606, 1,979,255 AND OTHERS.

SER. NO. 76-449,374, FILED 9-9-2002.

GINA FINK, EXAMINING ATTORNEY

Side - 1



**NOTICE OF ACCEPTANCE AND
ACKNOWLEDGEMENT OF §§8 & 15
DECLARATION
MAILING DATE: Jan 13, 2009**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**   **2773319**
**MARK:**   **THE NEW YORKER**
**OWNER:**   **Advance Magazine Publishers Inc.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

PAMELA A. RASK
SABIN BERMANT & GOULD LLP
FOUR TIMES SQ
NEW YORK, NY 10036

# United States of America

## United States Patent and Trademark Office

# THE NEW YORKER

**Reg. No. 6,349,894**

**Registered May 11, 2021**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)

One World Trade Center
New York, NEW YORK 10007

CLASS 38: Transmission of video and audio content via digital networks and electronic communications networks

FIRST USE 1-1-2018; IN COMMERCE 1-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3901769, 3957909, 4909408

SER. NO. 88-915,885, FILED 05-14-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Amended

Reg. No. 125,542
Registered May 20, 1919
OG Date Feb. 19, 1991

## TRADEMARK
## PRINCIPAL REGISTER

## VOGUE

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
350 MADISON AVENUE
NEW YORK, NY 10017, ASSIGNEE BY MESNE ASSIGNMENT AND MERGER VOGUE COMPANY, THE (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NOS. 22,419 AND 69,530.

FOR: [SEMI-MONTHLY PUBLICA-TION"] * MAGAZINES *, IN CLASS 38 (INT. CL. 16).

FIRST USE 12-17-1892; IN COMMERCE 12-17-1892.

SER. NO. 71-112,351, FILED 7-26-1918.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 19, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Reg. No. 504,006
Registered Nov. 16, 1948
OG Date Jan. 10, 1989

Renewal

## TRADEMARK
## PRINCIPAL REGISTER

## VOGUE

CONDE NAST PUBLICATIONS, INC.,
 THE (NEW YORK CORPORATION)
350 MADISON AVE.
NEW YORK, NY 10017

 OWNER OF U.S. REG. NOS. 69,530,
340,618 AND OTHERS.

FOR: MAGAZINE [PUBLISHED
TWENTY TIMES YEARLY], IN CLASS
38 (INT. CL. 16).
 FIRST USE 12–17–1892; IN COMMERCE
12–17–1892.

 SER. NO. 548,484, FILED 1–31–1948.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Jan. 10, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

**U.S. Serial Number:** 71548484
**U.S. Registration Number:** 0504006
**U.S. Registration Date:** Nov 16, 1948
**Mark:** VOGUE
**Owner:** ADVANCE MAGAZINE PUBLISHERS INC.

**Correspondence Address:**

ERIC E. GISOLFI
Sabin, Bermant & Gould LLP
One World Trade Center
NEW YORK, NY 10007

May 29, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
038.

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**

**REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS**

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration on-line, go to https://tsdr.uspto.gov/, enter the U.S. application serial number in the box next to the text "US Serial, Registration, or Reference No.," and select the button labeled "Status," or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to https://tsdr.uspto.gov/, enter the U.S. application serial number in the box next to the text "US Serial, Registration, or Reference No.," and select the button labeled "Documents."

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademarks/ or contact the Trademark Assistance Center at 1-800-786-9199.

Int. Cl.: 16

Prior U.S. Cl.: 38

Reg. No. 1,336,659

United States Patent and Trademark Office    Registered May 21, 1985

## TRADEMARK
## PRINCIPAL REGISTER

# VOGUE

CONDE NAST PUBLICATIONS INC.; THE
(NEW YORK CORPORATION)
350 MADISON AVE.
NEW YORK, NY 10017

FOR: MAGAZINE, IN CLASS 16 (U.S. CL. 38).
FIRST USE 12-17-1892; IN COMMERCE
12-17-1892.

OWNER OF U.S. REG. NOS. 69,530, 504,006
AND OTHERS.

SER. NO. 508,132, FILED 11-9-1984.

JAMES WALSH, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, April 4, 2015 11:01 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1336659: VOGUE: Docket/Reference No. T000969 |

**Serial Number:**  73508132
**Registration Number:**  1336659
**Registration Date:**  May 21, 1985
**Mark:**  VOGUE
**Owner:**  ADVANCE MAGAZINE PUBLISHERS INC.

Apr 4, 2015

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
016

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=73508132.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cls.: 44 and 45

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,069,976
Registered Mar. 21, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# VOGUE

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
FOUR TIMES SQUARE
NEW YORK, NY 10036

FOR: PROVIDING INFORMATION ABOUT BEAUTY VIA A GLOBAL COMPUTER NETWORK, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 9-18-2000; IN COMMERCE 9-18-2000.

FOR: PROVIDING INFORMATION ABOUT FASHION VIA A GLOBAL COMPUTER NETWORK, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 9-18-2000; IN COMMERCE 9-18-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 69,530, 125,542 AND OTHERS.

SER. NO. 76-634,388, FILED 3-25-2005.

ALEXANDER L. POWERS, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, March 19, 2012 11:00 PM |
| **To:** | XXXX |
| **Subject:** | Trademark RN 3069976: Official Notice of Acceptance and Acknowledgement under Sections 8 and 15 of the Trademark Act |

**Serial Number:** 76634388
**Registration Number:** 3069976
**Registration Date:** Mar 21, 2006
**Mark:** VOGUE(STANDARD CHARACTER MARK)
**Owner:** Advance Magazine Publishers Inc.

Mar 19, 2012

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
044, 045

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058 and 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058 and 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76634388. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States of America

## United States Patent and Trademark Office

# VOGUE

**Reg. No. 4,138,408**

**Registered May 8, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
FOUR TIMES SQUARE
NEW YORK, NY 10036

FOR: DOWNLOADABLE COMPUTER SOFTWARE APPLICATIONS FOR USE IN CONNEC-
TION WITH SMARTPHONES, PDA DEVICES, TABLET COMPUTERS AND OTHER PORT-
ABLE AND HANDHELD DIGITAL ELECTRONIC DEVICES, NAMELY, DOWNLOADABLE
SOFTWARE FOR ACCESSING, VIEWING, INTERACTING WITH AND DOWNLOADING
CONTENT AND INFORMATION FROM MAGAZINES AND WEBSITES IN THE FIELD OF
FASHION, STYLE AND BEAUTY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-31-2011; IN COMMERCE 3-31-2011.

OWNER OF U.S. REG. NOS. 69,530, 2,592,452 AND OTHERS.

THE MARK CONSISTS OF THE WORD "VOGUE" DISPLAYED IN A STYLIZED FORMAT.

SER. NO. 85-415,589, FILED 9-6-2011.

DAVID YONTEF, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, March 9, 2018 11:01 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4138408: VOGUE (Stylized/Design) |

**U.S. Serial Number:** 85415589
**U.S. Registration Number:** 4138408
**U.S. Registration Date:** May 8, 2012
**Mark:** VOGUE (Stylized/Design)
**Owner:** Advance Magazine Publishers Inc.

Mar 9, 2018

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85415589&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85415589&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America

## United States Patent and Trademark Office

# VOGUE

**Reg. No. 4,964,883**

**Registered May 24, 2016**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
ONE WORLD TRADE CENTER
NEW YORK, NY 10007

FOR: ADVERTISING; PROMOTIONAL SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA DIGITAL AND MOBILE NETWORKS; E-COMMERCE SERVICES, NAMELY, FACILITATING E-COMMERCE BUSINESS TRANSACTIONS BY PROCESSING ELECTRONIC ORDERS FOR PURCHASES OF GOODS AND SERVICES VIA A GLOBAL COMPUTER NETWORK, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2012; IN COMMERCE 8-1-2012.

OWNER OF U.S. REG. NOS. 69,530, 125,542, AND OTHERS.

THE MARK CONSISTS OF THE WORD "VOGUE" IN A STYLIZED FORM.

SN 85-902,451, FILED 4-12-2013.

JOANNA FIORELLI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, May 13, 2022 11:01 PM |
| **To:** | XXXX |
| **Cc:** | XXXX; XXXX |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4964883: VOGUE (Stylized/Design): Docket/Reference No. AMPI/T092824 |

**U.S. Serial Number:** 85902451
**U.S. Registration Number:** 4964883
**U.S. Registration Date:** May 24, 2016
**Mark:** VOGUE (Stylized/Design)
**Owner:** Advance Magazine Publishers Inc.

May 13, 2022

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
035

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85902451&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85902451&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

    \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America
## United States Patent and Trademark Office

# VOGUE

**Reg. No. 4,964,884**

**Registered May 24, 2016**

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
ONE WORLD TRADE CENTER
NEW YORK, NY 10007

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: ADVERTISING; PROMOTIONAL SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA DIGITAL AND MOBILE NETWORKS; E-COMMERCE SERVICES, NAMELY, FACILITATING E-COMMERCE BUSINESS TRANSACTIONS BY PROCESSING ELECTRONIC ORDERS FOR PURCHASES OF GOODS AND SERVICES VIA A GLOBAL COMPUTER NETWORK, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2012; IN COMMERCE 8-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 69,530, 125,542, AND OTHERS.

SN 85-902,453, FILED 4-12-2013.

JOANNA FIORELLI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, May 12, 2022 11:00 PM |
| **To:** | XXXX |
| **Cc:** | XXXX; XXXX |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4964884: VOGUE: Docket/Reference No. AMPI/T092825 |

**U.S. Serial Number:** 85902453
**U.S. Registration Number:** 4964884
**U.S. Registration Date:** May 24, 2016
**Mark:** VOGUE
**Owner:** Advance Magazine Publishers Inc.

May 12, 2022

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
035

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85902453&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85902453&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America

## United States Patent and Trademark Office

# VOGUE

**Reg. No. 6,324,126**

**Registered Apr. 13, 2021**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)

One World Trade Center
New York, NEW YORK 10007

CLASS 38: Transmission of video and audio content via digital networks and electronic communications networks

FIRST USE 1-1-2018; IN COMMERCE 1-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3069976, 5465148, 5514649

SER. NO. 88-915,894, FILED 05-14-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Int. Cl.: 16

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Corrected

Reg. No. 1,853,612
Registered Sep. 13, 1994
OG Date Oct. 24, 1995

## TRADEMARK
## PRINCIPAL REGISTER

### WIRED

WIRED VENTURES, LTD. (CALIFOR-
NIA LIMITED PARTNERSHIP)
FOURTH FLOOR
520 THIRD STREET
SAN FRANCISCO, CA 94107, ASSIGNEE
BY ASSIGNMENT, ASSIGNMENT, AS-
SIGNMENT AND ASSIGNMENT
FROM WIRED USA (CALIFORNIA
SOLE PROPRIETORSHIP), SAN FRAN-
CISCO, CA

FOR: MAGAZINES RELATING TO
THE DIGITAL REVOLUTION, IN
CLASS 16 (U.S. CL. 38).

FIRST USE 4-0-1991; IN COMMERCE
12-0-1991.

SER. NO. 74–287,495, FILED 6-23-1992.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Oct. 24, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, June 17, 2024 13:53:01 EDT |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Registration No. 1853612 -- Docket/Reference No. AMPI |

**U.S. Serial Number:**  74287495
**U.S. Registration Number:**  1853612
**U.S. Registration Date:**  September 13, 1994
**Mark:**  WIRED
**Owner:**  ADVANCE MAGAZINE PUBLISHERS INC.

June 17, 2024

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
016

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=74287495&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=74287495&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\*     **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Reg. No. 2,781,551
Registered Nov. 11, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

# WIRED

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
4 TIMES SQUARE
NEW YORK, NY 10036

FOR: OPERATING AN INTERNET SITE WHICH ALLOWS CONSUMERS TO SUBSCRIBE TO CONSUMER MAGAZINES AND ALLOWS ADVERTISERS TO PROMOTE THEIR GOODS AND SERVICES ON THE INTERNET, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-27-1992; IN COMMERCE 5-27-1992.

OWNER OF U.S. REG. NO. 2,547,142.

SER. NO. 76-455,809, FILED 9-30-2002.

ELIZABETH J. WINTER, EXAMINING ATTORNEY

Side - 1

 **NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION**
**MAILING DATE: Jan 28, 2009**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:** 2781551
**MARK:** WIRED
**OWNER:** Advance Magazine Publishers Inc.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

ERIC E GISOLFI
SABIN, BERMANT & GOULD LLP
FOUR TIMES SQ
NEW YORK, NY   10036-6526

Int. Cls.: **35 and 42**

Prior U.S. Cls.: **100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. 3,078,104

Registered Apr. 11, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# WIRED

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
4 TIMES SQUARE
NEW YORK, NY 10036

FOR: PROVIDING INFORMATION ABOUT BUSINESS AND POLITICS VIA A GLOBAL COMPUTER NETWORK, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-27-1992; IN COMMERCE 5-27-1992.

FOR: PROVIDING INFORMATION ABOUT THE DIGITAL REVOLUTION, TECHNOLOGY, ELECTRONICS AND SCIENCE VIA A GLOBAL COMPUTER NETWORK, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-27-1992; IN COMMERCE 5-27-1992.

OWNER OF U.S. REG. NOS. 216,666, 2,125,872 AND OTHERS.

SER. NO. 76-564,367, FILED 11-28-2003.

MICHAEL WEBSTER, EXAMINING ATTORNEY

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

**Serial Number:** 76564367
**Registration Number:** 3078104
**Registration Date:** Apr 11, 2006
**Mark:** WIRED(STYLIZED/DESIGN)
**Owner:** Advance Magazine Publishers Inc.

**Correspondence Address:**

ERIC E. GISOLFI
C/O SABIN BERMANT & GOULD LLP
FOUR TIMES SQUARE
NEW YORK, N.Y. 10036

Aug 5, 2011

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
042, 035.

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**

Int. Cls.: 35 and 38

Prior U.S. Cls.: 100, 101, 102, and 104

United States Patent and Trademark Office

Reg. No. 3,330,206
Registered Nov. 6, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# WIRED

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
FOUR TIMES SQUARE
NEW YORK, NY 10036

FOR: PROMOTING THE GOODS AND SERVICES OF OTHERS VIA WIRELESS AND MOBILE DEVI-CES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-1-2006; IN COMMERCE 9-1-2006.

FOR: PROVISION OF INFORMATION VIA WIRE-LESS AND MOBILE DEVICES, SATELLITE AND CABLE AND OTHER MEANS OF DIGITAL AND ELECTRONIC TRANSMISSIONS, TRANSMISSION OF INFORMATION VIA DIGITAL NETWORKS AND ELECTRONIC COMMUNICATIONS NET-WORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-1-2006; IN COMMERCE 9-1-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 76-661,349, FILED 6-9-2006.

SUSAN RICHARDS, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, October 16, 2013 11:00 PM |
| **To:** | XXXX |
| **Subject:** | Trademark RN 3330206: Official Notice of Acceptance and Acknowledgement under Sections 8 and 15 of the Trademark Act |

**Serial Number:**  76661349
**Registration Number:**  3330206
**Registration Date:**  Nov 6, 2007
**Mark:**  WIRED(STANDARD CHARACTER MARK)
**Owner:**  Advance Magazine Publishers Inc.

Oct 16, 2013

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
035, 038

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76661349.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States of America

## United States Patent and Trademark Office

# WIRED

**Reg. No. 3,946,175**

ADVANCE MAGAZINE PUBLISHERS INC. (NEW YORK CORPORATION)
FOUR TIMES SQUARE

**Registered Apr. 12, 2011** NEW YORK, NY 10036

**Int. Cl.: 9**

FOR: SOFTWARE APPLICATIONS FOR USE IN CONNECTION WITH SMARTPHONES, PDA DEVICES, TABLET COMPUTERS AND OTHER PORTABLE AND HANDHELD DIGITAL ELECTRONIC DEVICES, NAMELY, SOFTWARE FOR ACCESSING, VIEWING, INTERACTING WITH AND DOWNLOADING CONTENT FROM MAGAZINES AND WEBSITES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,853,612, 3,078,104, AND OTHERS.

SN 85-036,821, FILED 5-12-2010.

SALLY SHIH, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, May 30, 2017 11:01 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3946175: WIRED: Docket/Reference No. T090760 |

**U.S. Serial Number:** 85036821
**U.S. Registration Number:** 3946175
**U.S. Registration Date:** Apr 12, 2011
**Mark:** WIRED
**Owner:** Advance Magazine Publishers Inc.

May 30, 2017

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85036821&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85036821&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**THE ATLANTIC**

Int. Cl.: 16

Prior U.S. Cl.: 38

Reg. No. 1,223,433

United States Patent and Trademark Office      Registered Jan. 11, 1983

## TRADEMARK
### Principal Register

## THE ATLANTIC

The Atlantic Monthly Company (Massachusetts corporation)
8 Arlington St.
Boston, Mass. 02116

For: MAGAZINES CONTAINING ARTICLES AND FEATURES OF GENERAL INTEREST, in CLASS 16 (U.S. Cl. 38).

First use Jan. 1, 1858; in commerce Jan. 1, 1858.

Owner of U.S. Reg. No. 143,895.

Ser. No. 350,802, filed Feb. 18, 1982.

JAMES WALSH, Examining Attorney



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.  1223433        SERIAL NO. 73/350802        PAPER NO.
                                                            MAILING DATE: 02/20/90

MARK: THE ATLANTIC

REGISTRANT:  Atlantic Monthly Company, The

CORRESPONDENCE ADDRESS:
  Thomas M. S. Hemnes
  Foley, Hoag & Eliot
  One Post Office Sq.
  Boston MA  02109

Please furnish the following
in all correspondence:

1.  Your phone number and zip code.
2.  Mailing date of this action.
3.  Affidavit-Renewal Examiner's name.
4.  The address of all correspondence
    not containing fees should include
    the words "Box 5".
5.  Registration No.


RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.


FRANCES A. PFOHL
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1988

# AXEL SPRINGER COMPANIES

# United States of America

## United States Patent and Trademark Office

# Business Insider

**Reg. No. 4,411,611**

**Registered Oct. 1, 2013**

**Int. Cls.: 35 and 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BUSINESS INSIDER, INC. (DELAWARE CORPORATION)
257 PARK AVENUE SOUTH, 13TH FLOOR
NEW YORK, NY 10010

FOR: PROVIDING AN INTERACTIVE WEBSITE FEATURING NEWS AND INFORMATION IN THE FIELDS OF NATIONAL AND INTERNATIONAL POLITICS; ADVERTISING AND PROMOTIONAL SERVICES; MARKETING SERVICES; MARKET RESEARCH; SPONSORSHIP SEARCH; ONLINE ADVERTISING; PROMOTING THE GOODS AND SERVICES OF OTHERS; AND CONDUCTING OPINION POLLS ONLINE; PROVIDING AN INTERACTIVE WEBSITE FEATURING COMMENTARY IN THE FIELDS OF NATIONAL AND INTERNATIONAL POLITICS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-10-2009; IN COMMERCE 2-10-2009.

FOR: EDUCATIONAL SERVICES, NAMELY, ARRANGING AND CONDUCTING CONFERENCES AND SEMINARS IN THE FIELD OF TECHNOLOGY; AND PROVIDING ONLINE NEWS ARTICLES IN THE FIELDS OF NATIONAL AND INTERNATIONAL POLITICS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-1-2009; IN COMMERCE 2-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUSINESS", APART FROM THE MARK AS SHOWN.

SN 85-483,874, FILED 11-30-2011.

EDWARD FENNESSY, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, October 12, 2019 11:01 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4411611: BUSINESS INSIDER |

**U.S. Serial Number:** 85483874
**U.S. Registration Number:** 4411611
**U.S. Registration Date:** Oct 1, 2013
**Mark:** BUSINESS INSIDER
**Owner:** INSIDER, INC.

Oct 12, 2019

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
035, 041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85483874&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85483874&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America

## United States Patent and Trademark Office

# BUSINESS INSIDER

**Reg. No. 5,044,245**

**Registered Sep. 20, 2016**

**Int. Cl.: 9, 35, 36, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

Business Insider, Inc. (DELAWARE CORPORATION)
150 Fifth Avenue, 8th Floor
New York, NY 10011

CLASS 9: Downloadable software in the nature of mobile applications for providing news and information in the fields of national and international politics, business, finance, entertainment, careers, sports and technology

FIRST USE 6-10-2010; IN COMMERCE 6-10-2010

CLASS 35: Providing an interactive website featuring news and information in the fields of national and international politics, business, and careers

FIRST USE 2-10-2009; IN COMMERCE 2-10-2009

CLASS 36: Providing an interactive website featuring news and information in the field of finance

FIRST USE 2-10-2009; IN COMMERCE 2-10-2009

CLASS 41: Providing an interactive website featuring non-downloadable videos in the fields of national and international politics, business, finance, entertainment, careers, sports and technology; and Providing an interactive website featuring news and information in the fields of entertainment and sports

FIRST USE 2-1-2009; IN COMMERCE 2-1-2009

CLASS 42: Providing an interactive website featuring news and information in the field of technology

FIRST USE 2-10-2009; IN COMMERCE 2-10-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4812201, 4411611, 4797905

No claim is made to the exclusive right to use the following apart from the mark as shown: "BUSINESS"

SER. NO. 86-850,282, FILED 12-15-2015
BENJI YUE PARADEWELAI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Tuesday, August 15, 2023 11:16 PM |
| To: | XXXX |
| Subject: | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 5044245: BUSINESS INSIDER: Docket/Reference No. 79133-572617 |

**U.S. Serial Number:** 86850282
**U.S. Registration Number:** 5044245
**U.S. Registration Date:** Sep 20, 2016
**Mark:** BUSINESS INSIDER
**Owner:** INSIDER, INC.

Aug 15, 2023

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 035, 036, 041, 042

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=86850282&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=86850282&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cls.: 16 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and
107

United States Patent and Trademark Office

Reg. No. 3,350,909
Registered Dec. 11, 2007

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# THE POLITICO

CAPITOL NEWS COMPANY, LLC (DELAWARE
LTD LIAB CO)
SUITE 2700
1000 WILSON BOULEVARD
ARLINGTON, VA 222093921

FOR: NEWSPAPER REPORTING ON THE ACTIV-
ITIES OF THE LEGISLATIVE AND EXECUTIVE
BRANCHES OF THE FEDERAL GOVERNMENT,
OFFICIALS AND EMPLOYEES OF THE EXECU-
TIVE AND LEGISLATIVE BRANCHES OF THE
FEDERAL GOVERNMENT, MEMBERS OF CON-
GRESS AND THEIR CAMPAIGNS, AND OTHER
MATTERS OF INTEREST TO PEOPLE WHO WORK
FOR OR WITH THE FEDERAL GOVERNMENT, IN
CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-23-2007; IN COMMERCE 1-23-2007.

FOR: PROVIDING NEWS AND INFORMATION
VIA THE INTERNET IN THE NATURE OF CUR-
RENT EVENT REPORTING ABOUT THE ACTIV-
ITIES OF THE LEGISLATIVE AND EXECUTIVE
BRANCHES OF THE FEDERAL GOVERNMENT,
OFFICIALS AND EMPLOYEES OF THE EXECU-
TIVE AND LEGISLATIVE BRANCHES OF THE
FEDERAL GOVERNMENT, MEMBERS OF CON-
GRESS AND THEIR CAMPAIGNS, AND OTHER
MATTERS OF INTEREST TO PEOPLE WHO WORK
FOR OR WITH THE FEDERAL GOVERNMENT, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-23-2007; IN COMMERCE 1-23-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-062,002, FILED 12-12-2006.

SANI KHOURI, EXAMINING ATTORNEY

**Serial Number:**  77062002
**Registration Number:**  3350909
**Registration Date:**  Dec 11, 2007
**Mark:**  POLITICO(STANDARD CHARACTER MARK)
**Owner:**  POLITICO LLC

## Dec 18, 2013

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
016, 041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

## REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77062002.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cls.: 16 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and
107

United States Patent and Trademark Office

Reg. No. 3,665,992
Registered Aug. 11, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# POLITICO

CAPITOL NEWS COMPANY, LLC (DELAWARE
    LIMITED LIABILITY COMPANY)
1000 WILSON BOULEVARD, SUITE 2700
ARLINGTON, VA 222093921

FOR: NEWSPAPER REPORTING ON THE ACTIV-
ITIES OF THE LEGISLATIVE AND EXECUTIVE
BRANCHES OF THE FEDERAL GOVERNMENT,
OFFICIALS AND EMPLOYEES OF THE EXECU-
TIVE AND LEGISLATIVE BRANCHES OF THE
FEDERAL GOVERNMENT, MEMBERS OF CON-
GRESS AND THEIR CAMPAIGNS, AND OTHER
MATTERS OF INTEREST TO PEOPLE WHO WORK
FOR OR WITH THE FEDERAL GOVERNMENT, IN
CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-10-2007; IN COMMERCE 9-10-2007.

FOR: PROVIDING NEWS AND INFORMATION
VIA THE INTERNET IN THE NATURE OF CUR-
RENT EVENT REPORTING ABOUT THE ACTIV-
ITIES OF THE LEGISLATIVE AND EXECUTIVE
BRANCHES OF THE FEDERAL GOVERNMENT,

OFFICIALS AND EMPLOYEES OF THE EXECU-
TIVE AND LEGISLATIVE BRANCHES OF THE
FEDERAL GOVERNMENT, MEMBERS OF CON-
GRESS AND THEIR CAMPAIGNS, AND OTHER
MATTERS OF INTEREST TO PEOPLE WHO WORK
FOR OR WITH THE FEDERAL GOVERNMENT, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-4-2007; IN COMMERCE 9-4-2007.

OWNER OF U.S. REG. NO. 3,350,909.

THE COLOR(S) RED IS/ARE CLAIMED AS A
FEATURE OF THE MARK.

THE MARK CONSISTS OF STYLIZED CAPITAL
LETTERS "POLITICO" IN THE COLOR RED.

SER. NO. 77-569,603, FILED 9-15-2008.

ZHALEH DELANEY, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, July 20, 2015 11:00 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3665992: POLITICO (Stylized/Design): Docket/Reference No. 322622.20026 |

**Serial Number:** 77569603
**Registration Number:** 3665992
**Registration Date:** Aug 11, 2009
**Mark:** POLITICO (Stylized/Design)
**Owner:** POLITICO LLC

Jul 20, 2015

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
016, 041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77569603.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**<u>FORBES</u>**

Int. Cls.: 9 and 35

Prior U.S. Cls.: 38, 100, 101 and 102

Reg. No. 1,919,483

## United States Patent and Trademark Office

Registered Sep. 19, 1995

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## FORBES

FORBES INC. (NEW YORK CORPORATION)
60 FIFTH AVENUE
NEW YORK, NY 10011

FOR: COMPUTER DATABASE OF PREVI-
OUSLY PUBLISHED MAGAZINE ARTICLES,
IN CLASS 9 (U.S. CL. 38).
FIRST USE 7–0–1984; IN COMMERCE
7–0–1984.
FOR: COMPUTER SERVICES, NAMELY IN-
FORMATION STORAGE AND RETRIEVAL IN
THE FIELD OF PREVIOUSLY PUBLISHED AR-

TICLES, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).
FIRST USE 7–0–1984; IN COMMERCE
7–0–1994.
OWNER OF U.S. REG. NO. 1,141,299 AND
OTHERS.
SEC. 2(F).

SER. NO. 74–580,376, FILED 9–30–1994.

ESTHER A. BORSUK, EXAMINING ATTOR-
NEY

74580376

PAR



**TRADEMARK**

74580376

9/35

## CONTENTS

| | Entry | Date | Initials |
|---|---|---|---|
| 1. | Ex Amdt A PAR - | MAR - 2 1995 | |
| 2. | N of P | MAR - 2 1995 | |
| 3. | | | |
| 4. | Section 8 + 15 Filed | 8-24-01 | CR |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |

☐ See inside of file for additional entries.

74580376

| 1. REG. NO. 1,919,483 | 3. MARK FORBES | | 4. SER. NO. 74/580376 |
|---|---|---|---|
| 2. REG. DATE SEP 1 9 1995 | | | 5. REGISTER PRINCIPAL |
| 6. INTERNATIONAL CLASS 7-35 | 7. PRIOR U.S. CLASS 38-100-101 | 8. FILING DATE 09/30/74 | 9. LAW OFFICE < 3 Ø |

| 10. APPLICANT AND POST OFFICE | 16. EXAMINING ATTORNEY |
|---|---|
| Forbes Inc. <br> 60 Fifth Avenue <br> New York, NEW YORK 10011 <br> CORPORATION OF NEW YORK | Borsuk  2/26. |
| | 17. TYPE OF MARK <br> TRADEMARK <br> SERVICE MARK |
| | 18. FIRST USE <br> ICL 009  07/00/1984 <br> ICL 035  09/00/1984 |
| 11. CORRESPONDENCE ADDRESS <br> Cathy E. Shore-Sirotin <br> Hall Dickler Kent Friedman & Wood <br> 909 Third Avenue, 27th Floor <br> New York, NY 10022 | 19. IN COMMERCE <br> ICL 009  07/00/1984 <br> ICL 035  07/00/1994 |
| | 20. FOREIGN REG. AND APPL. DATA |
| 12. DOMESTIC REPRESENTATIVE | |
| 13. APPLICANT'S ATTORNEY <br> Cathy E. Shore-Sirotin | |

15. GOODS — SERVICES
009-computer database of previously published magazine articles 035-database
services, namely providing information about previously published magazine
articles.

See inside (A')

| 21. OTHER DATA    U.S. REGS. 1141299 | * Under Section 2(f) * |
|---|---|

2(f)

PTO-102L. (REV. 12/82) U.S. DEPT. OF COMMERCE — PATENT AND TRADEMARK OFFICE

| 22. | PRINCIPAL REGISTER | 25. Examiner | |
|---|---|---|---|
| A M E N D E D | | 26. Section 1(C) Accepted | |
| | | 27. Section 1(D) Accepted | |
| 23. | Section 8 | 28. Approved for Publication   3/6/95 | |
| A F F I D A V I T | Woodrow W. Mahal | Esther Borsuk | |
| | | 29. Approved for Supplemental Registration | |
| | Section 15 | | |
| | Woodrow W. Mahal | 30. O.G. Date | |
| 24. | Approved for Renewal | | |
| R E N E W A L | | | PUBLISHED <br> JUN 27 1995 |
| | Renewed From | | |
| | ☐ Less Goods | | |

USCOMM DC 89-3951

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, March 26, 2015 11:00 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance Section 8: U.S. Trademark RN 1919483: FORBES |

**Serial Number:** 74580376
**Registration Number:** 1919483
**Registration Date:** Sep 19, 1995
**Mark:** FORBES
**Owner:** Forbes LLC

Mar 26, 2015

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
035

SINGH, HARPREET K
TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=74580376. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States of America

## United States Patent and Trademark Office

# Forbes

**Reg. No. 4,229,624**

**Registered Oct. 23, 2012**

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FORBES LLC (DELAWARE LIMITED LIABILITY COMPANY)
60 FIFTH AVENUE
NEW YORK, NY 10011

FOR: DOWNLOADABLE MOBILE APPLICATION SOFTWARE FOR SUBSCRIBING TO, ACCESSING, VIEWING AND INTERACTING WITH DIGITAL MAGAZINES, PERIODICALS, NEWSLETTERS, REPORTS, INTERVIEWS, BLOGS, ARTICLES, AUDIOVISUAL WORKS AND MULTIMEDIA WORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-2009; IN COMMERCE 5-1-2009.

FOR: PROVIDING NON-DOWNLOADABLE MAGAZINES, PERIODICALS, NEWSLETTERS, REPORTS, BLOGS AND ARTICLES IN THE FIELDS OF BUSINESS, PERSONAL FINANCE, SECURITIES, BUSINESS AND ECONOMIC NEWS, CAREER PLANNING, TECHNOLOGY, LEISURE, LIFESTYLES AND PERSONAL INVESTING BY MEANS OF A GLOBAL COMPUTER NETWORK , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-1-1997; IN COMMERCE 1-1-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,921,892, 3,350,263 AND OTHERS.

SEC. 2(F).

SER. NO. 85-566,808, FILED 3-12-2012.

SANDRA BUJA, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Thursday, June 28, 2018 11:01 PM |
| To: | XXXX |
| Subject: | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4229624: FORBES: Docket/Reference No. 15370-3 |

**U.S. Serial Number:** 85566808
**U.S. Registration Number:** 4229624
**U.S. Registration Date:** Oct 23, 2012
**Mark:** FORBES
**Owner:** Forbes LLC

Jun 28, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85566808&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85566808&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America

## United States Patent and Trademark Office

# Forbes

**Reg. No. 4,382,540**

**Registered Aug. 13, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

FORBES LLC (DELAWARE LIMITED LIABILITY COMPANY)
60 FIFTH AVENUE
NEW YORK, NY 10011

FOR: DOWNLOADABLE ELECTRONIC MAGAZINES AND NEWSLETTERS IN THE FIELDS OF BUSINESS, PERSONAL FINANCE, SECURITIES, BUSINESS AND ECONOMIC NEWS, CAREER PLANNING, TECHNOLOGY, LEISURE, LIFESTYLES AND PERSONAL INVESTING, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-2009; IN COMMERCE 5-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,141,299, 4,229,624 AND OTHERS.

SEC. 2(F).

SER. NO. 85-680,461, FILED 7-18-2012.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, March 21, 2019 11:01 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4382540: FORBES: Docket/Reference No. 15370/3 Frb |

**U.S. Serial Number:** 85680461
**U.S. Registration Number:** 4382540
**U.S. Registration Date:** Aug 13, 2013
**Mark:** FORBES
**Owner:** Forbes LLC

Mar 21, 2019

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85680461&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85680461&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America

## United States Patent and Trademark Office

# Forbes

**Reg. No. 5,986,486**

**Registered Feb. 11, 2020**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Forbes LLC  (DELAWARE LIMITED LIABILITY COMPANY)
9th Floor
499 Washington Boulevard
Jersey City, NEW JERSEY 07310

CLASS 41: Education services, namely, arranging, organizing and conducting training classes, workshops, educational conferences, seminars, courses and symposiums by means of webcasts, video teleconferencing and on-site meetings in the fields of business, finance, investments, marketing, professional development, and matters of public interest

FIRST USE 5-00-1995; IN COMMERCE 5-00-1995

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 88-976,428, FILED 01-04-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# Forbes

**Reg. No. 6,943,706**

**Registered Jan. 03, 2023**

**Int. Cl.: 39, 43**

**Service Mark**

**Principal Register**

Forbes LLC (DELAWARE LIMITED LIABILITY COMPANY)
9th Floor
499 Washington Boulevard
Jersey City, NEW JERSEY 07310

CLASS 39: Providing a website featuring travel information, geographic information, maps and trip routing; providing information about travel to tours; providing reviews of travel and transportation service providers

FIRST USE 11-15-2011; IN COMMERCE 11-15-2011

CLASS 43: Providing ratings and reviews of and recommendations for hotel and temporary housing accommodations

FIRST USE 11-15-2011; IN COMMERCE 11-15-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4229624, 1141299, 3332037

SEC.2(F)

SER. NO. 88-418,385, FILED 05-07-2019





Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

# **THE GUARDIAN**

# United States of America

## United States Patent and Trademark Office

## THE GUARDIAN

**Reg. No. 4,115,099**

**Registered Mar. 20, 2012**

**Int. Cls.: 9, 16, 35, 39, 41, 42, 43, 44, and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GUARDIAN NEWS & MEDIA LIMITED (UNITED KINGDOM COMPANY)
90 YORK WAY
KINGS PLACE
LONDON N1 9GU, UNITED KINGDOM

FOR: ELECTRONIC PUBLICATIONS, NAMELY, BOOKS, NEWSPAPERS, NEWSPAPER INSERTS, MAGAZINES, NEWSLETTERS, AND DIRECTORIES FEATURING NEWS, MUSIC, COMEDY, VIDEO, FILM, POLITICS, CULTURAL EVENTS, ARTS, TRAVEL, ENVIRONMENT, BOOKS, TELEVISION, GAMES, SPORTS, SCIENCE AND SCIENTIFIC MATTERS, INDUSTRIAL RESEARCH, COMPUTERS, INFORMATION TECHNOLOGY, COMPUTER PROGRAMMING, PROVISION OF FOOD AND DRINK, RESTAURANTS, EATERIES, HOTELS, HEALTHCARE, BEAUTY CARE, GARDENING, VETERINARY MATTERS, AGRICULTURAL MATTERS AND FASHION RECORDED ON COMPUTER MEDIA; DOWNLOADABLE ELECTRONIC PUBLICATIONS, NAMELY, BOOKS, NEWSPAPERS, NEWSPAPER INSERTS, MAGAZINES, NEWSLETTERS, DIRECTORIES AND PAMPHLETS FEATURING NEWS, MUSIC, COMEDY, VIDEO, FILM, POLITICS, CULTURAL EVENTS, ARTS, TRAVEL, ENVIRONMENT, BOOKS, TELEVISION, GAMES, SPORTS, SCIENCE AND SCIENTIFIC MATTERS, INDUSTRIAL RESEARCH, COMPUTERS, INFORMATION TECHNOLOGY, COMPUTER PROGRAMMING, PROVISION OF FOOD AND DRINK, RESTAURANTS, EATERIES, HOTELS, HEALTHCARE, BEAUTY CARE, GARDENING, VETERINARY MATTERS, AGRICULTURAL MATTERS AND FASHION; CINEMATOGRAPHIC OR PHOTOGRAPHIC FILMS, NAMELY, MOTION PICTURE FILMS FEATURING NEWS, MUSIC, COMEDY, VIDEO, FILM, POLITICS, CULTURAL EVENTS, ARTS, TRAVEL, ENVIRONMENT, BOOKS, TELEVISION, GAMES, SPORTS, SCIENCE AND SCIENTIFIC MATTERS, INDUSTRIAL RESEARCH, COMPUTERS, INFORMATION TECHNOLOGY, COMPUTER PROGRAMMING, PROVISION OF FOOD AND DRINK, RESTAURANTS, EATERIES, HOTELS, HEALTHCARE, BEAUTY CARE, GARDENING, VETERINARY MATTERS, AGRICULTURAL MATTERS AND FASHION ALL PREPARED FOR EXHIBITION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2004; IN COMMERCE 3-0-2004.



FOR: PRINTED PUBLICATIONS AND PERIODICALS, NAMELY, NEWSPAPERS, NEWSPAPER INSERTS, MAGAZINES, NEWSLETTERS, BOOKS, DIRECTORIES AND, PAMPHLETS FEATURING NEWS, MUSIC, COMEDY, VIDEO, FILM, POLITICS, CULTURAL EVENTS, ARTS, TRAVEL, ENVIRONMENT, BOOKS, TELEVISION, GAMES, SPORTS, SCIENCE AND SCIENTIFIC MATTERS, INDUSTRIAL RESEARCH, COMPUTERS, INFORMATION TECHNOLOGY, COMPUTER PROGRAMMING, PROVISION OF FOOD AND DRINK, RESTAURANTS, EATERIES, HOTELS, BEAUTY CARE, GARDENING, VETERINARY MATTERS, AGRICULTURAL MATTERS AND FASHION; GRAPHIC REPRODUCTIONS, REPRESENTATIONS AND PRINTS FEATURING NEWS, MUSIC, COMEDY, VIDEO, FILM, POLITICS, CULTURAL EVENTS, ARTS, TRAVEL, ENVIRONMENT, BOOKS, TELEVISION, GAMES, SPORTS, SCIENCE AND SCIENTIFIC MATTERS, INDUSTRIAL RESEARCH, COMPUTERS, INFORMATION TECHNOLOGY, COMPUTER PROGRAMMING, PROVISION OF FOOD AND DRINK, RESTAURANTS, EATERIES, HOTELS, BEAUTY CARE, GARDENING,

*Director of the United States Patent and Trademark Office*

**Reg. No. 4,115,099** VETERINARY MATTERS, AGRICULTURAL MATTERS AND FASHION ALL PREPARED FOR EXHIBITION; AND SPECIFICALLY EXCLUDING FROM ALL OF THE FOREGOING PRINTED PUBLICATIONS, PERIODICALS, NEWSLETTERS, PAMPHLETS AND BROCHURES SPECIFICALLY DEDICATED TO AND FOCUSED ON ADVISING CONSUMERS ON LIFE INSURANCE, HEALTH INSURANCE AND DISABILITY INSURANCE, ANNUITIES, INVESTMENT AND FINANCIAL PLANNING SERVICES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-1959; IN COMMERCE 8-0-1959.

FOR: ADVERTISING SERVICES; ADVERTISING RELATED TO PERSONNEL RECRUITMENT; PROVISION OF INTERACTIVE INFORMATION AND ON-LINE INFORMATION IN THE FIELD OF POLITICAL ELECTIONS; AND PROVISION OF INTERACTIVE INFORMATION AND ON-LINE INFORMATION CONCERNING HOTEL RATE COMPARISON INFORMATION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

FOR: PROVISION OF INTERACTIVE INFORMATION AND ON-LINE INFORMATION IN THE FIELD OF TRAVEL, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

FOR: EDUCATION AND TRAINING SERVICES IN THE FIELDS OF NEWS, MUSIC, VIDEO, FILM, POLITICS, ARTS, SPORTS, SCIENCE AND SCIENTIFIC MATTERS, COMPUTERS, INFORMATION TECHNOLOGY; PUBLICATION SERVICES, NAMELY, PUBLICATION OF BOOKS, MAGAZINES, ALMANACS, JOURNALS AND NEWSPAPERS; PUBLICATION OF EDUCATION MATERIALS; ARRANGING AND CONDUCTING SEMINARS, EXHIBITIONS AND CONFERENCES IN THE FIELDS OF SCIENCE AND SCIENTIFIC MATTERS, COMPUTERS, INFORMATION TECHNOLOGY, COMPUTER PROGRAMMING; PROVISION OF INTERACTIVE INFORMATION IN THE FIELDS OF NEWS, MUSIC, COMEDY, VIDEO, FILM, POLITICS, CULTURAL EVENTS, ARTS, TRAVEL, ENVIRONMENT, BOOKS, TELEVISION, GAMES, SPORTS, SCIENCE AND SCIENTIFIC MATTERS, INDUSTRIAL RESEARCH, COMPUTERS, INFORMATION TECHNOLOGY, COMPUTER PROGRAMMING, PROVISION OF FOOD AND DRINK, RESTAURANTS, EATERIES, HOTELS, BEAUTY CARE, GARDENING, VETERINARY MATTERS, AGRICULTURAL MATTERS AND FASHION; PUBLICATION OF EDUCATION MATERIALS SPECIFICALLY EXCLUDING FROM ALL OF THE FOREGOING, EDUCATIONAL SERVICES, NAMELY, CONDUCTING COURSES, CLASSES, WORKSHOPS AND SEMINARS FOCUSED ON INSURANCE, FINANCIAL SERVICES AND INVESTMENT ADVISORY SERVICES; ARRANGING AND CONDUCTING EDUCATIONAL CONFERENCES AND SYMPOSIA FOCUSED ON INSURANCE, FINANCIAL SERVICES AND INVESTMENT ADVISORY SERVICES; VOCATIONAL EDUCATION FOCUSED ON THE FIELDS OF INSURANCE, FINANCIAL SERVICES AND INVESTMENT ADVISORY SERVICES; EDUCATIONAL TESTING FOCUSED ON INSURANCE, FINANCIAL SERVICES AND INVESTMENT ADVISORY SERVICES, AND THE DEVELOPMENT AND DISSEMINATION OF EDUCATIONAL MATERIALS FOCUSED ON INSURANCE, FINANCIAL SERVICES, INVESTMENT ADVISORY SERVICES AND WEALTH MANAGEMENT, ACCUMULATION AND PRESERVATION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-1959; IN COMMERCE 1-0-1999.

FOR: PROVISION OF INTERACTIVE INFORMATION AND ON-LINE INFORMATION IN THE FIELDS OF SCIENCE, SCIENTIFIC MATTERS, INDUSTRIAL RESEARCH, COMPUTERS, INFORMATION TECHNOLOGY CONSULTATION, COMPUTER PROGRAMMING AND AGRICULTURAL RESEARCH, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

**Reg. No. 4,115,099**    FOR: PROVISION OF INTERACTIVE INFORMATION AND ON-LINE INFORMATION IN THE FIELDS OF PROVISION OF FOOD AND DRINK IN RESTAURANTS, RESTAURANTS, EATERIES AND HOTELS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

FOR: PROVISION OF INTERACTIVE INFORMATION AND ON-LINE INFORMATION IN THE FIELDS OF HEALTH CARE, BEAUTY CARE, GARDENING, VETERINARY MATTERS AND AGRICULTURAL MATTERS, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

FOR: PROVISION OF INTERACTIVE INFORMATION AND ON-LINE INFORMATION IN THE FIELD OF FASHION, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

SN 75-713,488, FILED 5-25-1999.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Friday, September 28, 2018 11:01 PM
**To:** XXXX
**Subject:** Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4115099: THE GUARDIAN: Docket/Reference No. 076665.0105

**U.S. Serial Number:** 75713488
**U.S. Registration Number:** 4115099
**U.S. Registration Date:** Mar 20, 2012
**Mark:** THE GUARDIAN
**Owner:** GUARDIAN NEWS & MEDIA LIMITED

Sep 28, 2018

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 016, 035, 039, 041, 042, 043, 044, 045

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=75713488&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=75713488&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**<u>LA TIMES</u>**

Int. Cl.: 16

Prior U.S. Cl.: 38

Reg. No. 987,427

## United States Patent Office

Registered July 2, 1974

## TRADEMARK
### Principal Register

## LOS ANGELES TIMES

The Times Mirror Company (California corporation)
202 W. 1st St.
Los Angeles, Calif.  90012

For: NEWSPAPERS, in CLASS 39 (INT. CL. 16).
First use Feb. 23, 1928; in commerce Feb. 23, 1928; Dec. 4, 1881 in a different form.
Applicant disclaims the words "Los Angeles" apart from the mark as shown, without waiver of any of its common law rights.

Ser. No. 457,017, filed May 10, 1973.

REGISTRATION NO. 987,427      ISSUED   July 2, 1974
                              12-C PUB

RECEIPT IS HEREBY ACKNOWLEDGED OF THE AFFIDAVIT FILED

BY  The Times Mirror Company

ON  Aug. 17, 1979

☒ SEC. 8 - AFFIDAVIT ACCEPTED
☒ SEC. 15 - AFFIDAVIT FILED
   BY DIRECTION OF THE COMMISSIONER

NOV 2 1979                        bw
                    DIRECTOR, TRADEMARK EXAMINING OPERATION

FORM PTOL-136 A     Christie, Parker & Hale
(REV. 8-76)         201 S. Lake Ave.
AFFIDAVIT           Pasadena, Calif.  91101
ACKNOWLEDGMENT

        U.S. DEPARTMENT OF COMMERCE • PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, September 18, 2024 20:23:36 EDT |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Registration No. 987427 -- Docket/Reference No. 304750-00053 |

**U.S. Serial Number:**   72457017
**U.S. Registration Number:**   987427
**U.S. Registration Date:**   July 02, 1974
**Mark:**   LOS ANGELES TIMES
**Owner:**   LOS ANGELES TIMES COMMUNICATIONS LLC

September 18, 2024

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.   **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.   **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
039

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72457017&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72457017&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 16

Prior U.S. Cl.: 38

# United States Patent Office

Reg. No. 989,634

Registered July 30, 1974

## TRADEMARK
### Principal Register

# Los Angeles Times

The Times Mirror Company (California corporation)
202 W. 1st St.
Los Angeles, Calif. 90012

For: NEWSPAPERS, in CLASS 38 (INT. CL. 16).
First use Feb. 23, 1928; in commerce Feb. 23, 1928;
Dec. 4, 1881 in a different form.

Ser. No. 457,019, filed May 10, 1973.

REGISTRATION NO. 989,634     ISSUED     July 30, 1974

12-C PUB

**RECEIPT IS HEREBY ACKNOWLEDGED OF THE AFFIDAVIT FILED**

BY    The Times Mirror Company

ON    Aug. 17, 1979

[X] **SEC. 8 - AFFIDAVIT ACCEPTED**

[X] **SEC. 15 - AFFIDAVIT FILED**

**BY DIRECTION OF THE COMMISSIONER**

DEC 3 1 1979                                    bw

**DIRECTOR, TRADEMARK EXAMINING OPERATION**

FORM PTOL-136 A
(REV. 8-76)

AFFIDAVIT
ACKNOWLEDGMENT

Christie, Parker & Hale
201 S. Lake Ave.
Pasadena, Calif.  91101

**U.S. DEPARTMENT OF COMMERCE - PATENT AND TRADEMARK OFFICE**

**U.S. Serial Number:**  72457019
**U.S. Registration Number:**  989634
**U.S. Registration Date:**   July 30, 1974
**Mark:**   LOS ANGELES TIMES
**Owner:**   LOS ANGELES TIMES COMMUNICATIONS LLC

October 26, 2024

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.   **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.   **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
038

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72457019&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72457019&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,210,150

Registered Dec. 15, 1998

## SERVICE MARK
### PRINCIPAL REGISTER

# LATIMES.COM

TIMES MIRROR LICENSE, INC. (DELAWARE CORPORATION)
220 WEST FIRST ST.
LOS ANGELES, CA 90012 , ASSIGNEE OF TIMES MIRROR COMPANY, THE (DELAWARE CORPORATION), DBA LOS ANGELES TIMES LOS ANGELES, CA 90012

FOR: PROVIDING ON-LINE COPIES OF NEWSPAPERS FOR GENERAL CIRCULATION, VIA AN ON-LINE GLOBAL NETWORK, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4–8–1996; IN COMMERCE 4–8–1996.

OWNER OF U.S. REG. NOS. 987,427 AND 989,634.

SER. NO. 75–243,251, FILED 2–18–1997.

ANGELA LYKOS, EXAMINING ATTORNEY

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 2210150    SERIAL NO: 75/243251    MAILING DATE: 12/20/2004
REGISTRATION DATE: 12/15/1998
MARK: LATIMES.COM
REGISTRATION OWNER: TRIBUNE LICENSEN, INC.

**CORRESPONDENCE ADDRESS:**

MICHAEL A PARKS
TRIBUNE COMPANY
LEGAL DEPT 6TH FLOOR
435 N MICHIGAN AVE
CHICAGO, IL 60611

# NOTICE OF ACCEPTANCE

15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15
U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF ACKNOWLEDGEMENT

15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec.
1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
042.

CONLEY, JOYCE M
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, October 26, 2024 15:29:41 EDT |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Registration No. 989634 -- Docket/Reference No. 304750-00054 |

**U.S. Serial Number:**  72457019
**U.S. Registration Number:**  989634
**U.S. Registration Date:**   July 30, 1974
**Mark:**  LOS ANGELES TIMES
**Owner:**  LOS ANGELES TIMES COMMUNICATIONS LLC

October 26, 2024

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.   **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.   **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
038

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72457019&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72457019&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**



**<u>MCCLATCHY</u>**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,408,408
Registered Apr. 8, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# STAR-TELEGRAM

MCCLATCHY U.S.A., INC. (DELAWARE COR-
PORATION)
2100 Q STREET
SACRAMENTO, CA 95816

FOR: NEWSPAPERS FOR GENERAL CIRCULA-
TION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 8-12-2001; IN COMMERCE 8-12-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 803,925.

SER. NO. 77-220,696, FILED 7-2-2007.

JASON TURNER, EXAMINING ATTORNEY

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Tuesday, February 25, 2014 11:00 PM |
| To: | XXXX |
| Subject: | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3408408: STAR-TELEGRAM: Docket/Reference No. McClatchy/ST |

**Serial Number:** 77220696
**Registration Number:** 3408408
**Registration Date:** Apr 8, 2008
**Mark:** STAR-TELEGRAM
**Owner:** McClatchy U.S.A., Inc.

Feb 25, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
016


TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77220696.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States of America

## United States Patent and Trademark Office

## FORT WORTH STAR-TELEGRAM

**Reg. No. 5,883,479**

**Registered Oct. 15, 2019**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

McClatchy U.S.A., Inc. (DELAWARE CORPORATION)
2100 Q Street
Sacramento, CALIFORNIA 95816

CLASS 16: Newspaper

FIRST USE 2-1-1909; IN COMMERCE 12-31-1909

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC. 2(F) as to "FORT WORTH"

SER. NO. 88-352,866, FILED 03-22-2019



Director of the United States
Patent and Trademark Office

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,752,631

## United States Patent and Trademark Office

Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# THE IDAHO STATESMAN

MEDIA WEST - FPI, INC. (DELAWARE COR-
  PORATION)
50 WEST LIBERTY STREET, SUITE 802
BANK OF AMERICA PLAZA
RENO, NV 89501

  FOR: NEWSPAPERS FOR GENERAL CIRCULA-
TION CONTAINING TOPICS OF GENERAL INTER-
EST, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND
50).

FIRST USE 6-1-1969; IN COMMERCE 6-1-1969.

  NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "IDAHO", APART FROM THE
MARK AS SHOWN.

  SER. NO. 76-460,056, FILED 10-11-2002.

CATHERINE CAIN, EXAMINING ATTORNEY



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 2752631    SERIAL NO: 76/460056    MAILING DATE: 09/03/2008
REGISTRATION DATE: 08/19/2003
MARK: THE IDAHO STATESMAN
REGISTRATION OWNER: MCCLATCHY U.S.A., INC.

**CORRESPONDENCE ADDRESS:**
Karole Morgan-Prager
MCCLATCHY U.S.A., INC.
2100 Q STREET, Legal Dept.
SACRAMENTO CA 95816

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*********************************************

# NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

*********************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
016.

ROBERTS, SHARON YVONNE
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Thursday, January 18, 2024 11:18 PM
**To:** XXXX
**Subject:** Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2752631: THE IDAHO STATESMAN: Docket/Reference No. McClatchy/ID

**U.S. Serial Number:** 76460056
**U.S. Registration Number:** 2752631
**U.S. Registration Date:** Aug 19, 2003
**Mark:** THE IDAHO STATESMAN
**Owner:** The McClatchy Company, LLC

Jan 18, 2024

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
016

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

#### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to https://tsdr.uspto.gov/#caseNumber=76460056&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to https://tsdr.uspto.gov/#caseNumber=76460056&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 16

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Reg. No. 1,609,779
Registered Aug. 14, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## THE MIAMI HERALD

KNIGHT-RIDDER INC. (FLORIDA CORPORA-
TION), DBA THE MIAMI HERALD PUBLISH-
ING COMPANY
1 HERALD PLAZA
MIAMI, FL 331321693

 FOR: NEWSPAPERS AND GENERAL INTER-
EST MAGAZINES AND BOOKS, IN CLASS 16
(U.S. CL. 38).

 FIRST USE 12-1-1910; IN COMMERCE
1-0-1946.
 NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "MIAMI" , APART FROM THE
MARK AS SHOWN.

 SER. NO. 74-010,444, FILED 12-13-1989.

DAVID C. REIHNER, EXAMINING ATTOR-
NEY



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.    1609779        SERIAL NO. 74/010444        PAPER NO.
                                                               MAILING DATE: 07/08/96

MARK: THE MIAMI HERALD

REGISTRANT: KNIGHT-RIDDER INC.

CORRESPONDENCE ADDRESS:
   GAIL A. McQUILKIN
   KOZYAK, TROPIN & THROCKMORTON
   2800 FIRST UNION FINANCIAL CENTER
   200 S. BISCAYNE BLVD.
   MIAMI, FL 33131-2335

Please furnish the following
in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence
   not containing fees should include
   the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

KIA BING-THOMAS
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 308-9500

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, March 20, 2020 11:01 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1609779: THE MIAMI HERALD: Docket/Reference No. MIAMIHERALD |

**U.S. Serial Number:** 74010444
**U.S. Registration Number:** 1609779
**U.S. Registration Date:** Aug 14, 1990
**Mark:** THE MIAMI HERALD
**Owner:** MCCLATCHY U.S.A., INC.

Mar 20, 2020

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
016

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=74010444&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=74010444&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 16

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Reg. No. 1,609,777
Registered Aug. 14, 1990

## TRADEMARK
### PRINCIPAL REGISTER

# The Miami Herald

KNIGHT-RIDDER INC. (FLORIDA CORPORA-
TION), DBA THE MIAMI HERALD PUBLISH-
ING COMPANY
1 HERALD PLAZA
MIAMI, FL 331321693

FOR: NEWSPAPERS AND GENERAL INTER-
EST MAGAZINES AND BOOKS, IN CLASS 16
(U.S. CL. 38).

FIRST USE 12-1-1910; IN COMMERCE
1-0-1946.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "MIAMI" , APART FROM THE
MARK AS SHOWN.

SER. NO. 74–010,350, FILED 12–13–1989.

DAVID C. REIHNER, EXAMINING ATTOR-
NEY



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.   1609777      SERIAL NO. 74/010350      PAPER NO.
                                                          MAILING DATE: 07/08/96

MARK: THE MIAMI HERALD (STYLIZED)

REGISTRANT: KNIGHT-RIDDER INC.

CORRESPONDENCE ADDRESS:
  GAIL A. McQUILKIN
  KOZYAK TROPIN & THROCKMORTON, P.A.
  2800 FIRST UNION FINANCIAL CENTER
  200 SOUTH BISCAYNE BOULEVARD
  MIAMI, FL 33131-2335

Please furnish the following
in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence
   not containing fees should include
   the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

_____

KIA BING-THOMAS
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 308-9500

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, March 20, 2020 11:01 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1609777: THE MIAMI HERALD (Stylized/Design): Docket/Reference No. MIAMHRLDStyl |

**U.S. Serial Number:** 74010350
**U.S. Registration Number:** 1609777
**U.S. Registration Date:** Aug 14, 1990
**Mark:** THE MIAMI HERALD (Stylized/Design)
**Owner:** MCCLATCHY U.S.A., INC.

Mar 20, 2020

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
016

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=74010350&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=74010350&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**<u>NEWSDAY</u>**

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,047,787

## United States Patent and Trademark Office

Registered Mar. 25, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## NEWSDAY

NEWSDAY, INC. (NEW YORK CORPORATION)
235 PINELAWN ROAD
MELVILLE, NY 117474250

FOR: NEWSPAPERS FOR GENERAL CIRCU-
LATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29,
37, 38 AND 50).

FIRST USE 9-3-1940; IN COMMERCE
9-3-1940.

SER. NO. 75-098,989, FILED 3-6-1996.

ESTHER A. BORSUK, EXAMINING ATTOR-
NEY

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
www.uspto.gov

REGISTRATION NO: 2047787    SERIAL NO: 75/098989    MAILING DATE: 06/20/2003
REGISTRATION DATE: 03/25/1997
MARK: NEWSDAY
REGISTRATION OWNER: TRIBUNE LICENSE, INC.

**CORRESPONDENCE ADDRESS:**

MICHAEL A. PARKS
TRIBUNE COMPANY
435 N. MICHIGAN AVE., LAW DEPT. 6TH FL.
CHICAGO, IL 60611

# NOTICE OF ACCEPTANCE

15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*********************************************

# NOTICE OF ACKNOWLEDGEMENT

15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

*********************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
016.

SMITH, WYE J
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**U.S. Serial Number:** 75098989
**U.S. Registration Number:** 2047787
**U.S. Registration Date:** Mar 25, 1997
**Mark:** NEWSDAY
**Owner:** NEWSDAY LLC

Sep 30, 2017

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
016

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=75098989&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=75098989&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**<u>VOX MEDIA</u>**

# United States of America

## United States Patent and Trademark Office

# VOX

**Reg. No. 5,329,948**

**Registered Nov. 07, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Vox Media, Inc. (DELAWARE CORPORATION)
1201 Connecticut Ave., Nw, 11th Floor
Washington, D.C. 20036

CLASS 41: Online journals featuring news, current events, and other timely information, namely, information in the fields of politics and culture; providing websites featuring news, current events, and other timely information, namely, information in the fields of politics and culture; editorial reporting services in the fields of current events, politics, and culture

FIRST USE 1-30-2008; IN COMMERCE 1-30-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-199,032, FILED 02-20-2014



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, October 6, 2023 11:15 PM |
| **To:** | XXXX |
| **Cc:** | XXXX; XXXX; XXXX |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 5329948: VOX: Docket/Reference No. 031257.00097 |

**U.S. Serial Number:** 86199032
**U.S. Registration Number:** 5329948
**U.S. Registration Date:** Nov 7, 2017
**Mark:** VOX
**Owner:** VOX MEDIA, LLC

Oct 6, 2023

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=86199032&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=86199032&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 16

U.S. Cl.: 38

Reg. No. 1,136,766

**U.S. Patent and Trademark Office**     Registered Jun. 10, 1980

## TRADEMARK
### Principal Register

## NEW YORK

New York Magazine Company, Inc. (New York corporation)
755 Second Ave.
New York, N.Y. 10017

For: PUBLICATIONS CONCERNING LIFE IN THE NEW YORK CITY METROPOLITAN AREA— NAMELY, MAGAZINES, BOOKS AND MAPS—in CLASS 16 (U.S. CL. 38).

First use Sep. 1963; in commerce Sep. 1963.
Owner of U.S. Reg. No. 1,020,791.

Ser. No. 176,291. Filed Jun. 28, 1978.

C. J. CONDRO, Primary Examiner

HENRY ZAK, Examiner



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO. 1136766     SERIAL NO. 73/176291     PAPER NO.
MAILING DATE: 02/18/86

MARK: NEW YORK

REGISTRANT: NEW GROUP PUBLICATIONS, INC.

CORRESPONDENCE ADDRESS:
ROBERT W. FIDDLER
7814 EMPIRE STATE BLDG.
NEW YORK, N.Y. 10118

Please furnish the following
in all correspondence:

1.  Your phone number and zip code.
2.  Mailing date of this action.
3.  Affidavit-Renewal Examiner's name.
4.  The address of all correspondence.
    not containing fees should include
    the words "Box 5".
5.  Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.

*M. L. Bowman*

MARY BOWMAN
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1989



**NOTICE OF ACCEPTANCE OF §8
DECLARATION AND §9 RENEWAL
MAILING DATE: May 31, 2010**

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**        **1136766**
**MARK:**              **NEW YORK**
**OWNER:**             **NEW YORK MEDIA, LLC**

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

Eric P. Bergner
Moses & Singer LLP
405 Lexington Avenue
The Chrysler Building
New York, NY   10174

# United States of America

## United States Patent and Trademark Office

# GRUB STREET

**Reg. No. 3,705,293**
Registered Nov. 3, 2009

**Int. Cl.: 41**

**SERVICE MARK**
**PRINCIPAL REGISTER**

NEW YORK MEDIA, LLC (DELAWARE LIMITED LIABILITY COMPANY)
4TH FLOOR
75 VARICK STREET
NEW YORK, NY 10013

FOR: ON-LINE JOURNALS, NAMELY, BLOGS FEATURING TOPICS OF CULINARY INTEREST; PROVIDING NEWSLETTERS IN THE FIELD OF CULINARY ARTS VIA E-MAIL , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-18-2006; IN COMMERCE 9-18-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-731,024, FILED 5-6-2009.

G. MAYERSCHOFF, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Saturday, December 6, 2014 11:00 PM
**To:** XXXX
**Subject:** Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3705293: GRUB STREET: Docket/Reference No. 9465-105

**Serial Number:** 77731024
**Registration Number:** 3705293
**Registration Date:** Nov 3, 2009
**Mark:** GRUB STREET
**Owner:** New York Media, LLC

Dec 6, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
041


TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77731024.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States of America
## United States Patent and Trademark Office

# VULTURE

**Reg. No. 6,639,515**

**Registered Feb. 08, 2022**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

New York Media LLC  (DELAWARE LIMITED LIABILITY COMPANY)
75 Varick Street, 4th Floor
New York, NEW YORK 10013

CLASS 41: Entertainment services, namely, providing online non-downloadable videos and images featuring television shows and entertainment transmitted via the Internet, wireless communication networks, and portable and wireless communication devices; Providing online information relating to television shows

FIRST USE 2-1-2010; IN COMMERCE 2-1-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-960,486, FILED 06-13-2018





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office