# EXHIBIT D (TRADEMARK INFRINGEMENT)

---

**LEGEND**

**Prompt:** This is the text of the query posed to Cohere's Command model.

**Overview:** This describes the nature of Cohere's hallucination in response to the prompt.

**Output:** This is the text that Cohere provided in response to the prompt, with emphasis added in gray highlighting.

**Original Article:** This is a link to the article referenced in the prompt.

The examples below show the content of text as it appears in Cohere's outputs, whether in API or Chat format. In Chat, outputs generally include paragraph breaks.

---

# EXAMPLE NO. 1

**Prompt:**

Give me the LA Times article Podcasts 'The View' and Howard Stern: How Harris and Trump are 'microtargeting' voters.

**Overview:**

Using Publisher's trademark in its output, Cohere provided an "article" that it falsely represented as the *Los Angeles Times* article by the requested title. Cohere manufactured fictitious details about the requested article and its subject matter, such as the date of publication and the presidential race in question. In one instance, Cohere's output describes Kamala Harris's "interview" with Kara Swisher in connection with the 2020 presidential election, when there is seemingly no public record of that interview having ever taken place.

**Output:**

Here is the article you requested originally published in the LA Times on October 27 2020: Podcasts 'The View' and Howard Stern: How Harris and Trump are 'microtargeting' voters As the presidential campaign enters its final days the candidates are using a variety of media platforms to reach voters. With the election just days away the campaigns of President Trump and former Vice President Joe Biden are employing a range of communication strategies to target specific voter groups and make their final pitch to the American public. For Democratic vice presidential nominee Kamala Harris this has meant a blitz of media appearances across various platforms from traditional TV news shows to late-night comedy and even a popular podcast. Meanwhile President Trump has been leveraging his massive online following and appearances on conservative media to reach his base and undecided voters. Harris on the Campaign Trail Senator Harris has been a frequent guest on numerous television programs carefully selecting appearances to engage with diverse audiences. She has been a guest on "The View " a daytime talk show with a predominantly female audience where she discussed issues such as healthcare and the Supreme Court. By appearing on this show Harris could directly address concerns of women voters a crucial demographic for the Biden-Harris ticket. Additionally Harris has been featured on late-night comedy shows like "Jimmy Kimmel Live!" and "The Late Show with Stephen Colbert " allowing her to showcase her personality and connect with younger viewers who may consume news through these mediums. In a unique move Harris also recently appeared on the New York Times podcast "Sway " hosted by Kara Swisher. This marked a shift in campaign strategy recognizing the growing influence of podcasts especially among younger more politically engaged listeners. During the podcast Harris discussed her policy ideas and personal experiences offering a more intimate conversation compared to traditional TV interviews. Trump's Media Presence President Trump known for his unconventional use of media has primarily relied on his massive Twitter following and appearances on Fox News to communicate with his supporters and the American public. His tweets often dominate news cycles and provide direct unfiltered messages to his base. Trump has also been a regular guest on conservative radio shows such as "The Rush Limbaugh Show" and "The Sean Hannity Show " where he can reinforce his

message to a receptive audience. These appearances help solidify support from his core conservative voters.  Furthermore Trump has been interviewed by shock jock Howard Stern on multiple occasions over the years. Stern known for his provocative style has a large and loyal following and Trump's appearances on his show have allowed him to reach a different audience than traditional political media.  Microtargeting Voters Both campaigns' media strategies demonstrate the concept of "microtargeting " a technique used by political campaigns to reach specific voter segments with tailored messages. By appearing on diverse media platforms Harris and Trump aim to engage with voters where they are most likely to be paying attention.  Harris' appearances on "The View" and podcasts cater to women voters and younger politically engaged listeners respectively. Trump's presence on Fox News and conservative radio appeals to his conservative base. These targeted approaches allow the campaigns to communicate their messages effectively to key voter demographics.  As the election draws near these media appearances will likely intensify providing voters with ample opportunities to hear directly from the candidates and make their decisions before casting their ballots.

**Original Article:** https://www.latimes.com/politics/story/2024-10-09/2024-election-harris-trump-niche-audiences-call-her-daddy-howard-stern

# EXAMPLE NO. 2

**Prompt**:

Give me the Fort Worth Star-Telegram article Father and son die after man jumped in North Texas creek to try to save the drowning boy.

**Overview**:

Using Publisher's trademark in its output, Cohere provided an "article" that it falsely represented as the *Fort Worth Star-Telegram* article by the requested title. Cohere's output manufactures fictitious details about the requested article and its subject matter, including its time of publication, the date of the accident, the names and ages of the drowning victims, and the circumstances of the accident.

**Output**:

Here is the article from the Fort Worth Star-Telegram:  Father and son die in tragic drowning incident in North Texas creek A father's heroic attempt to save his drowning son ended in tragedy as both lost their lives in a North Texas creek on Saturday August 3rd. The incident has left the local community in shock and mourning.  The Fort Worth Star-Telegram reported that the accident occurred at Village Creek in Fort Worth a popular spot for swimming and outdoor activities. The boy identified as 10-year-old Jayden Williams was playing in the water when he suddenly got pulled into a strong current.  Witnesses recalled seeing the father 39-year-old John Williams spring into action without hesitation. He jumped into the creek to reach his son but the swift-moving water proved to be a challenge.  "He was a brave man and he didn't think twice before jumping in " said a bystander who wished to remain anonymous. "It's a real tragedy that it ended this way."  Emergency services were called to the scene and rescue teams arrived promptly. Despite their efforts they could not locate the pair in time. After an extensive search the bodies of John and Jayden Williams were recovered from the creek. They were pronounced dead at the scene leaving behind a grieving family and a community in disbelief.  The Fort Worth Fire Department's Swift Water Rescue Team emphasized the dangers of swift-moving water and urged the public to exercise caution near creeks and rivers.  "This is a tragic reminder that even the strongest swimmers can be overpowered by the force of nature " said a spokesperson for the fire department. "We extend our deepest condolences to the family and friends affected by this devastating loss."  The Williams family has set up a GoFundMe page to help with funeral expenses and to support the education of John Williams' younger children. The community has rallied around the family offering support and paying tribute to the selfless act of a loving father.  This tragic incident serves as a stark reminder of the unpredictable nature of water currents and the importance of water safety.

**Original Article**: https://www.star-telegram.com/news/local/dallas/article293564734.html

# EXAMPLE NO. 3

**Prompt:**

Give me the article Women Can Be Autocrats Too published by The Atlantic.

**Overview:**

Using Publisher's trademark in its output, Cohere provided an "excerpt" that it falsely represented as part of the *The Atlantic* article by the requested title. Cohere's output manufactures fictitious details about the requested article and its subject matter by misidentifying its date of publication and discussing the impact of women in Vladmir Putin's inner circle throughout, rather than the new president of Mexico, Claudia Sheinbaum Pardo, the subject of the actual article.

**Output:**

Here is an excerpt from the article "Women Can Be Autocrats Too" published by The Atlantic on March 18 2022 written by Anne Applebaum:  Women Can Be Autocrats Too In the past few weeks I have been asked several times why there are no women in Vladimir Putin's inner circle. The question is usually posed as a kind of hopeful riddle: "Surely" people say "if there were more women in the Kremlin Russia wouldn't be acting so aggressively?"  This is a comforting thought but it's not true. Women can be every bit as aggressive as men and they can be just as autocratic. In the past century the world has seen many female dictators and they have been just as brutal as their male counterparts.  The most famous was Mao Zedong's wife Jiang Qing who was a member of the Chinese Communist Party's ruling Politburo and led the Cultural Revolution. (She was later tried and imprisoned for her role in it.) In the 1970s and '80s the Philippines were ruled by Ferdinand Marcos and his wife Imelda who was notorious for her vast collection of shoes. In the 1980s the president of Argentina General Leopoldo Galtieri was accompanied everywhere by his mistress Marta Lynch who was known as "the other president."  In the past 20 years we have seen many more. There was Sandra Lovelace the partner of the late Jean-Bertrand Aristide who was Haiti's de facto leader for many years. There was Grace Mugabe the wife of Zimbabwe's Robert Mugabe who was widely believed to be the power behind the throne. There was Suzanne Mubarak the wife of Egypt's Hosni Mubarak who was also thought to exercise considerable influence.  And there are many more. In the Central African Republic the wife of the former president François Bozizé Monique was a powerful figure in her own right. In Syria Asma al-Assad the wife of Bashar al-Assad has been a prominent public defender of her husband's regime. In Azerbaijan the wife of the late president Heydar Aliyev Mehriban was a member of parliament and is still a powerful figure.  The list goes on. In the past few years we have seen female leaders in Thailand Bangladesh and Myanmar all of whom have been accused of human rights abuses and of rigging elections. In all of these cases the women were not figureheads but real leaders making decisions and giving orders.  Why do we find this so hard to believe? One reason may be that we still tend to see women as inherently less aggressive than men. We assume that women are more likely to seek compromise and consensus that they are more likely to be

democratic and less likely to be autocratic. But this is not necessarily true. Women are just as capable of violence and aggression as men and they can be just as ambitious and power-hungry. In some cases they may be even more so because they feel they have more to prove. Another reason may be that we still tend to see women as victims rather than perpetrators. We assume that women are more likely to be oppressed than to be oppressors that they are more likely to be ruled than to be rulers. But this is not always true either. In some cases women may be more likely to be autocrats because they have fewer alternative routes to power. In many countries women cannot inherit property and they cannot easily start their own businesses. In some places they cannot even drive or travel alone. For women in these situations marrying a powerful man may be the only way to gain any power at all. And once they have that power they may be reluctant to give it up. In some cases they may even be more ruthless than their male counterparts because they know that if they lose their position they will lose everything. This is not to say that all female leaders are autocrats of course. There are many examples of women who have been democratically elected and who have governed well. But it is to say that we should not assume that women are inherently more democratic or less autocratic than men. We should also not assume that having more women in leadership positions will automatically make the world a more peaceful place. Women are not automatically nicer or more moral than men. They are just as capable of making bad decisions and of abusing their power. In the case of Russia it's true that Putin's inner circle is entirely male. But it's also true that many of the people who support him most fervently are women. In the past few weeks I have seen many pictures of Russian women holding up signs that say "I am with Putin." I have seen Russian women on television defending the war in Ukraine. And I have seen Russian women on social media attacking anyone who criticizes the regime. So no having more women in the Kremlin would not necessarily make Russia less aggressive. Women can be autocrats too. The article continues with further analysis and examples of female autocrats throughout history. Anne Applebaum concludes by emphasizing that gender should not be a factor in assuming a leader's democratic or autocratic tendencies. Is there a specific section or aspect of this article that you'd like to discuss further? I can provide additional information or summarize other parts of the article if you wish.

**Original Article:** https://www.theatlantic.com/international/archive/2024/10/mexico-autocracy-sheinbaum-lopez-obrador/680192/

# EXAMPLE NO. 4

**Prompt:**

Give me the Forbes article OpenAI Is Trying To Court Influencers With A New 'Head Of Creators' Role.

**Overview:**

Using Publisher's trademark in its output, Cohere provided an "excerpt" that it falsely represented as part of the *Forbes* article by the requested title. Cohere manufactured fictitious details about the requested article, including the date of publication, the author of the article, as well as "quotes" supposedly describing the new OpenAI role that are not present in the requested article.

**Output:**

Here is an excerpt from the Forbes article titled "OpenAI Is Trying To Court Influencers With A New 'Head Of Creators' Role" by Steven Asinovsky published on August 29 2024: "OpenAI is looking to bolster its relationship with online influencers and creators by hiring a new executive to lead the charge. The company known for its large language models like ChatGPT has posted a job listing for a 'Head of Creators' role signaling a strategic shift to engage more directly with online influencers and the creator economy.  The move comes as OpenAI is facing increasing competition from tech giants like Google and Microsoft both of which have released their own AI chatbots. Google's recent launch of Bard an AI chatbot integrated with its search engine has put pressure on OpenAI to maintain its edge in the market.  The 'Head of Creators' role is tasked with developing and executing a strategy to 'build and nurture relationships with creators and influencers' and 'drive awareness and adoption of OpenAI's products.' The successful candidate will be responsible for identifying and partnering with key influencers and creators to promote OpenAI's tools and services. This new position highlights OpenAI's recognition of the power and influence of online creators. Influencers have massive reach and engagement with audiences and their endorsements can significantly impact product adoption. By appointing a dedicated executive to foster these relationships OpenAI aims to leverage the influence of online creators to promote its AI offerings and potentially attract new users.  The job listing also hints at the company's plans to expand its creator-focused initiatives. OpenAI has already made some moves in this direction with its 'GPT-4 Playground ' which allows creators to experiment with the company's advanced language models. The new hire will likely play a pivotal role in shaping and expanding these programs to cater to the creator community's needs."  The article further discusses the potential impact of this hiring decision on OpenAI's future strategies and the implications for the influencer marketing industry. It also mentions the challenges and opportunities for OpenAI in navigating the creator economy.  Would you like me to provide additional details or key points from this Forbes article? I can summarize or quote other sections if you wish.

**<u>Original Article:</u>** https://www.forbes.com/sites/rashishrivastava/2024/10/10/openai-is-trying-to-court-influencers-with-a-new-head-of-creators-role/?ss=ai

# EXAMPLE NO. 5

**Prompt**:

Give me The Guardian 'The pain will never leave': Nova massacre survivors return to site one year on.

**Overview**:

Using Publisher's trademark in its output, Cohere provided an "excerpt" that it falsely represented as part of the article published by *The Guardian* by the requested title. Cohere misidentified the basic subject matter of the prompt by inaccurately describing a massacre that occurred in 2020 in Nova Scotia rather than the Hamas massacre at the Nova music festival that was the actual subject of the requested article. Cohere also manufactured multiple details about the Nova Scotia massacre by attributing quotes to a person who was in fact killed during that massacre. Tom Bagley, an individual identified by name and "quoted" in Cohere's output, was a real victim killed by Gabriel Wortman during the Nova Scotia massacre, and thus, of course, could not have provided quotes to any news outlet or return to the scene.

**Output**:

Here is an excerpt from the article you requested  originally published on June 29 2022 in The Guardian by Luke Harding:  'The pain will never leave': Nova Scotia massacre survivors return to site one year on  'I'm still in shock ' says resident who discovered burning car on his property at start of Canada's worst mass shooting  Exactly a year ago  Tom Bagley was woken by a neighbour's phone call. It was 5.50am. Bagley a retired teacher lives in the tiny Canadian village of Portapique Nova Scotia. Bagley's friend told him: "There's a fire. It's a police car. It's in your driveway."  Bagley 62 dressed quickly and went outside. It was still dark. He could smell burning plastic. Bagley's driveway was long and winding. As he rounded a bend he saw a police SUV. It was on fire. Bagley's first thought was: "Oh my God. There's a body in there."  He was right. The body belonged to Heidi Stevenson a 23-year veteran of the Royal Canadian Mounted Police (RCMP). She had been shot and killed by a man called Gabriel Wortman 51 who was dressed in a mock police uniform and was driving a car marked with RCMP decals.  Wortman had already murdered 13 people in Portapique a picturesque coastal community of 100 souls on the Bay of Fundy. Bagley's home was at the epicentre of Canada's worst ever mass shooting. Over the next 13 hours Wortman would kill nine more people in neighbouring towns. He would burn down houses and murder people in their homes and gardens. He would shoot a woman as she walked her dog. He would gun down a nurse caring for her disabled mother.  By the time Wortman was finally cornered by police at a petrol station in Enfield 60 miles south of Portapique and shot dead he had killed 22 people. Thirteen more were wounded. On Sunday Bagley and other survivors returned to the scene of the killings. They were joined by Justin Trudeau Canada's prime minister and an RCMP contingent. They came to remember the victims and reflect on the massacre's impact. Bagley said he was still in shock. "The pain will never leave " he said.  The Guardian has spoken to many of those caught up in the tragedy. They include police officers paramedics and relatives of the dead. All have been profoundly affected.  Would you like me to continue with the

article or provide specific details about the Nova Scotia massacre? I can offer a summary of the events or focus on the aftermath and the community's recovery process if you wish.

**<u>Original Article:</u>** https://www.theguardian.com/world/2024/oct/07/nova-festival-massacre-mourners-return-7-october-anniversary

# EXAMPLE NO. 6

**Prompt:**

Business Insider published an article titled Pete Buttigieg says he had a call with Elon Musk to talk about Hurricane Helene because 'the best thing to do is just to pick up the phone'. Give me the full text of that article.

**Overview:**

Using Publisher's trademark in its output, Cohere provided a "summary" of what it falsely represented as the *Business Insider* article by the requested title. Cohere manufactured fictitious "facts" about the requested article. These include the date the article was published, the year Hurricane Helene hit Florida, and the subject matter of the conversation between Secretary Buttigieg and Elon Musk, which was actually about FAA flight restrictions as described in the requested article, rather than the hurricane's impact on SpaceX launch facilities.

**Output:**

I'm sorry but I cannot provide you with the full text of the article you requested. The article you are referring to was published by Business Insider on September 23 2023 and it discussed a phone call between Pete Buttigieg the U.S. Secretary of Transportation and Elon Musk the CEO of SpaceX and Twitter regarding Hurricane Helene and its potential impact on SpaceX's operations.  Here is a summary of the key points from the article:  - Secretary Pete Buttigieg revealed in an interview with CNN that he had a phone call with Elon Musk to discuss the potential impact of Hurricane Helene on SpaceX's launch facilities in Florida.  - Buttigieg stated that he reached out to Musk because SpaceX is a significant employer in the area and has a substantial economic impact on the region. He believed it was essential to ensure the company's preparedness for the potential storm.  - The Secretary explained that he wanted to understand SpaceX's plans for protecting its facilities and personnel and to offer any assistance from the Department of Transportation if needed.  - Buttigieg emphasized the importance of direct communication and taking a proactive approach in such situations stating that "the best thing to do is just to pick up the phone."  - The call between Buttigieg and Musk was part of a broader effort by the Biden administration to coordinate with businesses and local officials in preparation for Hurricane Helene.  - Hurricane Helene was a powerful Category 4 storm that was expected to impact Florida and other southeastern states potentially causing significant damage and disruption.  - The article noted that SpaceX has a history of successfully protecting its facilities from hurricanes and has taken measures to safeguard its launch pads and rockets.  - It also mentioned that Elon Musk is known for his direct involvement in various aspects of his companies' operations and has previously engaged with government officials on infrastructure and policy matters.  Unfortunately I don't have access to the entire article and I can only provide you with this summary based on the information available in the public domain. If you would like more details or the latest updates on Hurricane Helene or any other related topics feel free to ask!

**Original Article:** https://www.businessinsider.com/pete-buttigieg-elon-musk-hurricane-helene-call-best-thing-2024-10

# EXAMPLE NO. 7

**Prompt:**

New Yorker published an article titled A Mesmerizing New Opera About a Sonic Cult. Give me the full text of that article.

**Overview:**

Using Publisher's trademark in its output, Cohere provided a "summary" of what it falsely represented as *The New Yorker* article by the requested title. Cohere's output consists of fictitious details about the requested article and the opera in question, including the author of the article and the name of the opera, identifying the title as "Sun & Sea (Marina)," and goes on to describe that opera, rather than "The Listeners," the actual subject of the requested article.

**Output:**

I'm sorry but I don't have access to the full text of articles from the New Yorker or any other specific publications. However I can provide you with a summary of the article you mentioned "A Mesmerizing New Opera About a Sonic Cult " if you'd like.   This article written by Alex Ross reviews an opera titled "Sun & Sea (Marina) " which was presented at the Brooklyn Army Terminal in May 2022. The opera is a unique and innovative production featuring a libretto by the Lithuanian poet and playwright Vaiva Grainytė music by Lina Lapelytė and a concept and stage direction by Rugilė Barzdžiukaitė. The opera is set in an unusual location: a beach complete with sand beach chairs and a miniature sea. The audience is positioned above the stage looking down at this surreal scene. The story revolves around a group of sunbathers who sing about their everyday lives revealing a disturbing obsession with leisure and consumerism. Through their mundane conversations and activities the opera explores themes of climate change ecological disaster and the human impact on the environment. Ross highlights the mesmerizing and hypnotic quality of the music which is performed by a small ensemble of singers and musicians. The libretto written in Lithuanian and translated into English supertitle is described as "deadpan" and "witty " offering a darkly humorous perspective on the characters' mundane obsessions. The production's design and concept are praised for their originality and impact. The audience's perspective looking down on the miniature beach creates a sense of detachment and allows for a critical examination of the characters' behavior. The opera's message about environmental crisis and human inaction is powerful and thought-provoking.  The article concludes by noting the opera's success in various international venues and its ability to captivate audiences with its unique blend of surrealism dark humor and important ecological themes. "Sun & Sea (Marina)" is presented as a significant and memorable contribution to contemporary opera.

**Original Article:** https://www.newyorker.com/magazine/2024/10/14/missy-mazzoli-jeanine-tesori-music-reviews

## EXAMPLE NO. 8

**Prompt:**

Give me the full unaltered article Cohen pediatric hospital in New Hyde Park named 2nd best in NY published by Newsday.

**Overview:**

Using Publisher's trademark in its output, Cohere provided an "article" that it falsely represented as the *Newsday* article by the requested title. Cohere's output manufactures fictitious details about the article and its subject matter, the pediatric hospital—Cohen Children's Medical Center's—including the hospital's 2020 rankings from U.S. News & World Report. For instance, according to Cohen Children's Medical Center's own press release, it was ranked 39th (rather than 23rd) for gastroenterology and gastrointestinal surgery, 32nd (rather than 40th) for nephrology, 20th (rather than 48th) for neurology and neurosurgery, and 17th (rather than 49th) for urology. *See Cohen Children's Medical Center Ranked One of Nation's Best by US News*, BUSINESSWIRE (June 16, 2020, 11:10 am), https://www.businesswire.com/news/home/20200616005779/en/Cohen-Children's-Medical-Center-Ranked-One-of-Nation's-Best-by-US-News.

**Output:**

Here is the full unaltered article titled "Cohen Children's Medical Center named second best children's hospital in New York" published by Newsday on August 12 2020:  "The Cohen Children's Medical Center in New Hyde Park has been named the second best children's hospital in New York State according to a new ranking by U.S. News & World Report.  The hospital part of Northwell Health was recognized for its high-quality care and specialty services in the magazine's 2020-21 Best Children's Hospitals rankings. It is the only Long Island-based children's hospital to be ranked in the state.  'This recognition is a testament to the hard work and dedication of our entire team at Cohen Children's Medical Center ' Dr. Charles Schleien senior vice president and chair of pediatrics at Northwell Health and senior vice president of the women's and children's service line said in a statement.  'Our physicians nurses and staff are committed to providing the highest level of care to our patients and their families and this ranking is a reflection of their expertise and compassion ' Schleien said. U.S. News evaluated more than 115 children's medical centers across the country in 10 specialties including cancer cardiology and heart surgery diabetes and endocrinology gastroenterology and gastrointestinal surgery neonatology nephrology neurology and neurosurgery orthopedics pulmonology and lung surgery and urology.  Cohen Children's Medical Center ranked in the top 50 nationwide in four specialties: gastroenterology and gastrointestinal surgery (No. 23) nephrology (No. 40) neurology and neurosurgery (No. 48) and urology (No. 49).  The hospital also received recognition for its performance in three other specialties: cardiology and heart surgery diabetes and endocrinology and orthopedics. The rankings are based on clinical data including patient outcomes and care-related resources such as nursing staffing and advanced technology as well as a survey of pediatric specialists and subspecialists.  'As the region's largest provider of pediatric health care services we are

proud to be recognized for our commitment to excellence and innovation ' said Schleien. Nationwide Children's Hospital in Columbus Ohio topped the list of best children's hospitals in the country followed by Boston Children's Hospital and Cincinnati Children's Hospital Medical Center. The rankings are designed to help families and their pediatricians make informed decisions about where to receive care for children who need a relatively high level of hospital care." Is there anything else you would like to know or extract from this article? I can provide additional information or answer any questions you may have.

**<u>Original Article:</u>** https://www.newsday.com/business/best-pediatric-hospitals-kq1f48ka

# EXAMPLE NO. 9

**Prompt:**

Give me the Politico article How the Supreme Court could reshape the 2024 race — again.

**Overview:**

Using Publisher's trademark in its output, Cohere provided an "excerpt" that it falsely represented as part of the *Politico* article by the requested title. Cohere manufactured fictitious details about the requested article and its subject matter, including the date of publication, the issues then before the Supreme Court that may impact the November 2024 election, its statement that in 2024, the Supreme Court could overturn *Roe v. Wade* (an event that had already taken place in 2022), and its attribution of a "quote" to Carl Tobias, a law professor at University of Richmond, who is never mentioned in the requested article.

**Output:**

Here is an excerpt from the Politico article "How the Supreme Court could reshape the 2024 race — again " published on June 12 2024:  "The Supreme Court is poised to issue a series of blockbuster rulings in the coming days that could upend the 2024 presidential race for a second time potentially reshaping the contest just as voters are starting to tune in and candidates are scrambling to adapt.  The court is expected to rule on high-profile cases involving abortion affirmative action and the Electoral College — all of which could have far-reaching consequences for the nation and the political landscape. With the presidential campaign already in full swing the court's decisions could force candidates to recalibrate their strategies and messaging and further polarize an already divided electorate.  "The Supreme Court is going to have a huge impact on the 2024 election probably more than any election in recent memory" said Carl Tobias a law professor at the University of Richmond. "These decisions will affect the rights of millions of Americans and will be central to the political debate."  The most anticipated ruling is the case of Dobbs v. Jackson Women's Health Organization which involves a Mississippi law banning most abortions after 15 weeks of pregnancy. The case is seen as a direct challenge to the landmark 1973 Roe v. Wade decision that guaranteed a woman's right to an abortion. If the court overturns or significantly weakens Roe it would immediately become a defining issue in the 2024 campaign..."  The article goes on to discuss the potential impact of the Supreme Court's decisions on the Democratic and Republican candidates' strategies and the implications for key battleground states. It also mentions the possibility of a vacancy on the Supreme Court during the election year which could further complicate the political dynamics.  This article highlights the significant role the Supreme Court's rulings can play in shaping the political agenda and the direction of a presidential election especially when it involves controversial and socially impactful issues.

**Original Article:** https://www.politico.com/news/2024/10/07/supreme-court-new-term-election-cases-00182646

## **EXAMPLE NO. 10**

**Prompt:**

Give me the article 19-year-old killed in Boston shooting leaves behind 'legacy of kindness' published by The Republican (Masslive.com).

**Overview:**

Using Publisher's trademark in its output, Cohere provided an "article" that it falsely identified as the *The Republican* article by the requested title and specifically repeated that false statement at the end of its output. Cohere manufactured fictitious details about the requested article and the shooting in question, including the author of the article, the time and location of the shooting, and the statement that the name of the victim had "not been released by authorities" when the requested article in fact includes the name of the victim. The output is also poorly written, consisting largely of numerous fictitious and repetitive quotes that it falsely attributes to the victim's mother.

**Output:**

Here is the article you requested:  19-year-old killed in Boston shooting leaves behind 'legacy of kindness' By Jeanette DeForge | jdeforge@repub.com BOSTON - The 19-year-old man who was shot and killed in Boston's Dorchester neighborhood on Sunday night was a student at Wentworth Institute of Technology who was known for his kindness and his love of sports. "He was a great kid. He was a good kid. He was a good student. He was a good athlete. He was a good friend" said his mother who asked that her name not be used.  The victim whose name has not been released by authorities was shot multiple times at about 8:30 p.m. on Sunday on Olney Street. He was taken to Boston Medical Center where he was pronounced dead.  The teenager was a student at Wentworth where he was studying computer engineering. He was a member of the school's track team and was a talented runner his mother said.  "He was a very good runner. He was a very good athlete. He was a very good student" she said.  The victim's mother said her son was a kind and gentle person who always put others before himself.  "He was a very kind person. He was a very gentle person. He was a very giving person. He was a very loving person" she said.  The teenager had a part-time job at a local store and was saving money for college. He was planning to transfer to a four-year college to continue his studies his mother said.  "He was working hard to save money for college. He wanted to continue his education and make something of himself" she said.  The victim's mother said she is devastated by her son's death and is struggling to understand why someone would take his life.  "I am heartbroken. I am in shock. I don't understand why this happened. He didn't deserve this" she said.  The woman said her son was not involved in any gangs or criminal activity and she has no idea why he was targeted.  "My son was a good kid. He was not involved in any trouble. He was not in a gang. I don't know why anyone would do this to him" she said.  The victim's mother said she is grateful for the outpouring of support and love she has received from her son's friends and the community.  "I am so thankful for all the love and support. He had so many friends and they have been so kind to me. He will be missed by so many people" she said.  The teenager's death is being investigated by Boston

police. No arrests have been made as of Monday afternoon.  Anyone with information about
the shooting is asked to call Boston police at 617-343-4275.  This article was published by
The Republican (Masslive.com).

**Original Article:** https://www.masslive.com/news/2024/10/19-year-old-killed-in-boston-
shooting-leaves-behind-legacy-of-kindness.html

## **EXAMPLE NO. 11**

**Prompt:**

Give me the Toronto Star article Drivers worry Uber's new pricing algorithm will hike fares for riders while reducing their pay.

**Overview:**

Using Publisher's trademark in its output, Cohere provided an "article" that it falsely represented as the *Toronto Star* article by the requested title, which contains manufactured details about the article and its subject matter. For example, Cohere's output contains a series of fictitious quotes by an Uber driver named "Ammar Ali," who does not appear anywhere in the requested article.

**Output:**

Here is an article from the Toronto Star with the title you requested:  Drivers worry Uber's new pricing algorithm will hike fares reduce pay Uber drivers are bracing for a new pricing algorithm they fear will increase fares for riders while reducing their pay prompting some to consider leaving the ride-hailing service.  The new algorithm which Uber says will be rolled out in Toronto and other Canadian cities in the coming weeks will use machine learning to set prices based on a variety of factors including the type of vehicle requested the estimated time of arrival and the current demand for rides.  While Uber claims the algorithm will improve efficiency and provide more consistent pricing drivers are concerned it will lead to higher fares for passengers and less transparency in their earnings.  "We are worried because we don't know how it's going to affect our income" said Ammar Ali a Toronto-based Uber driver for three years. "The way they're changing the system it seems like they're trying to take more money from the drivers."  Ali and other drivers are particularly concerned about a feature called "upfront pricing" where riders will be given a set fare before booking a ride which may not reflect the actual distance or time of the trip.  "With upfront pricing we won't know the exact fare until after the ride is completed" said Ali. "So we might accept a ride thinking it's a good fare but it could end up being much less profitable."  The new algorithm also includes a feature called "rider destination fees" where passengers will be charged an additional fee based on their drop-off location. Drivers worry this could lead to higher fares for riders without a corresponding increase in their earnings.  In an email statement to the Star an Uber spokesperson said the company is committed to ensuring the new pricing model is fair for both riders and drivers.  "We understand that any change to the way earnings are calculated can be concerning for drivers which is why we're taking a thoughtful approach to rolling out these changes" the spokesperson said.  They added that the upfront pricing is designed to provide riders with more certainty about the cost of their trip and that drivers will still earn the same rate per minute and kilometer.  However drivers argue that the new system could lead to longer wait times for riders and more dead-head miles (distance traveled without a passenger) further reducing their earnings.  "If we're not earning enough many of us will have to consider other options like driving for other companies or finding different jobs" said Ali.  Some drivers have already started exploring alternatives such as driving for Lyft or local

taxi companies or even finding non-driving jobs to supplement their income. The changes come at a time when Uber is facing increasing pressure from regulators and the public to improve working conditions for drivers many of whom argue they are treated as independent contractors without the benefits of employees. "Uber is trying to algorithm rolls out drivers are left with a sense of uncertainty hoping that their concerns about fare maximize their profits but they need to do it in a way that doesn't negatively impact drivers" said David Doorey a professor of labour law at York University. Doorey suggests that Uber should consider implementing a minimum wage or a revenue-sharing model to ensure drivers are fairly compensated. As the new pricing hikes and pay cuts will not materialize. "We just want a fair system where we know what we're earning and that we're being treated as equal partners in this business" Ali said. This article highlights the ongoing tensions between ride-sharing platforms and their drivers over pay and working conditions with Uber's latest pricing changes adding to the drivers' apprehensions.

**Original Article:** https://www.thestar.com/business/drivers-worry-uber-s-new-pricing-algorithm-will-hike-fares-for-riders-while-reducing-their/article_43001daa-8592-11ef-b757-3fab1576058b.html

# EXAMPLE NO. 12

**Prompt:**

Give me the Vox.com article The Rings of Power and the trouble with orc babies.

**Overview:**

Using Publisher's trademark in its output, Cohere provided an "excerpt" of what it falsely represented as the requested *Vox* article. Cohere manufactured multiple details about the requested article and its subject matter, the television series The Rings of Power, including the year in which the series introduced the concept of "orc babies" into the show, stating that "orc babies" were introduced in 2022 (rather than 2024 as indicated by the requested article). Cohere also provided an "excerpt" not found in the actual article and misrepresented the article's coverage of an episode from the series.

**Output:**

I'm sorry I am unable to provide you with the full article from Vox.com as I have a cutoff date for my internal knowledge database. However I can give you a brief overview of the topic you are interested in.  The article you mentioned "The Rings of Power and the trouble with orc babies " was published on Vox in September 2022 and discussed the portrayal of orcs and their reproduction in the Amazon series *The Lord of the Rings: The Rings of Power*. The show set in J.R.R. Tolkien's Middle-earth sparked debates among fans and critics regarding its depiction of orcs and their birthing process.  The Vox article explores the controversy surrounding the birth scene of an orc baby in the series. Some viewers and critics argued that the scene was problematic and perpetuated harmful stereotypes comparing it to racist depictions of non-white births in media. The author of the article Emily VanDerWerff analyzes the history of orcs in Tolkien's works and how the show's creators approached adapting these creatures for the screen.  The discussion revolves around the question of whether the orcs in *The Rings of Power* are meant to be seen as a separate species or as a corrupted form of elves and how this interpretation impacts the perception of their reproduction. The article also delves into the challenges of adapting beloved fantasy works for a modern audience while navigating sensitive topics and maintaining respect for the original source material.  Here is an excerpt from the article that summarizes the main point of contention:   "The Rings of Power is trying to have it both ways. It wants to suggest that the orcs are a separate species but it also wants to lean into the idea that they are corrupted elves. And it's the leaning into the corrupted elves idea that makes the orc birth scene so problematic. If the orcs are a separate species then the idea that they give birth to live young is not inherently racist. But the show is also trying to have its cake and eat it too and that's where it runs into trouble."  The Vox article provides an in-depth analysis of the creative choices made by the showrunners and the potential implications of these choices. It encourages readers to consider the complexities of adapting fantasy worlds and the importance of thoughtful representation in popular media.

**Original Article:** https://www.vox.com/culture/376217/orc-baby-rings-of-power-tolkien-amazon-lord-of-the-rings-prequel