AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Southern District of New York___ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>25-cv-1305 | DATE FILED<br>2/13/2025 | U.S. DISTRICT COURT<br>Southern District of New York |
|---|---|---|
| PLAINTIFF<br>ADVANCE LOCAL MEDIA LLC, ADVANCE MAGAZINE PUBLISHERS INC. D/B/A CONDE NAST, THE ATLANTIC MONTHLY GROUP LLC, FORBES MEDIA LLC, GUARDIAN NEWS & MEDIA LIMITED, INSIDER, INC., LOS ANGELES TIMES COMMUNICATIONS LLC, THE MCCLATCHY COMPANY, LLC, NEWSDAY, LLC, PLAIN DEALER PUBLISHING CO., POLITICO LLC, THE REPUBLICAN COMPANY, TORONTO STAR NEWSPAPERS LIMITED, and VOX MEDIA, LLC | | DEFENDANT<br>Cohere Inc. |

|   | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,593,661 | 12/10/2024 | Advance Local Media, LLC |
| 2 | 2,823,955 | 3/16/2004 | Advance Magazine Publishers Inc. |
| 3 | 916,331 | 7/13/1971 | Advance Magazine Publishers Inc. |
| 4 | 844,606 | 2/20/1968 | Advance Magazine Publishers Inc. |
| 5 | See attached rider. | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

|   | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>Tammi M Hellwig | (BY) DEPUTY CLERK<br>/s/ P. Canales | DATE<br>2/19/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

**RIDER TO AO 120**

| TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|
| 2,746,797 | 08/05/2003 | Advance Magazine Publishers Inc. |
| 2,773,319 | 10/14/2003 | Advance Magazine Publishers Inc. |
| 6,349,894 | 05/11/2021 | Advance Magazine Publishers Inc. |
| 125,542 | 05/20/1919 | Advance Magazine Publishers Inc. |
| 504,006 | 11/16/1948 | Advance Magazine Publishers Inc. |
| 1,336,659 | 05/21/1985 | Advance Magazine Publishers Inc. |
| 3,069,976 | 03/21/2006 | Advance Magazine Publishers Inc. |
| 4,138,408 | 05/08/2012 | Advance Magazine Publishers Inc. |
| 4,964,883 | 05/24/2016 | Advance Magazine Publishers Inc. |
| 4,964,884 | 05/24/2016 | Advance Magazine Publishers Inc. |
| 6,324,126 | 04/13/2021 | Advance Magazine Publishers Inc. |
| 1,853,612 | 09/13/1994 | Advance Magazine Publishers Inc. |
| 2,781,551 | 11/11/2003 | Advance Magazine Publishers Inc. |
| 3,078,104 | 04/11/2006 | Advance Magazine Publishers Inc. |
| 3,330,206 | 11/06/2007 | Advance Magazine Publishers Inc. |
| 3,946,175 | 04/12/2011 | Advance Magazine Publishers Inc. |
| 1,223,433 | 01/11/1983 | The Atlantic Monthly Company |
| 1,919,483 | 09/19/1995 | Forbes LLC |
| 4,229,624 | 10/23/2012 | Forbes LLC |
| 4,382,540 | 08/13/2013 | Forbes LLC |
| 5,986,486 | 02/11/2020 | Forbes LLC |
| 6,943,706 | 01/03/2023 | Forbes LLC |
| 4,115,099 | 03/20/2012 | Guardian News & Media Limited |
| 4,411,611 | 10/01/2013 | Insider, Inc. |
| 5,044,245 | 09/20/2016 | Insider, Inc. |
| 987,427 | 07/02/1974 | Los Angeles Times Communications LLC |
| 989,634 | 07/30/1974 | Los Angeles Times Communications LLC |
| 2,210,150 | 12/15/1998 | Los Angeles Times Communications LLC |
| 3,408,408 | 04/08/2008 | The McClatchy Company LLC |
| 5,883,479 | 10/15/2019 | The McClatchy Company LLC |
| 2,752,631 | 08/19/2003 | The McClatchy Company LLC |
| 1,609,779 | 08/14/1990 | The McClatchy Company LLC |
| 1,609,777 | 08/14/1990 | The McClatchy Company LLC |
| 2,047,787 | 03/25/1997 | Newsday LLC |
| 1,394,044 | 05/20/1986 | Plain Dealer Publishing Co. |
| 3,350,909 | 12/11/2007 | Politico LLC |
| 3,665,992 | 08/11/2009 | Politico LLC |
| 5,329,948 | 11/07/2017 | Vox Media, Inc. |
| 1,136,766 | 06/10/1980 | Vox Media, Inc. |
| 3,705,293 | 11/03/2009 | Vox Media, Inc. |
| 6,639,515 | 02/08/2022 | Vox Media, Inc. |