## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADVANCE LOCAL MEDIA LLC, ADVANCE MAGAZINE PUBLISHERS INC. D/B/A CONDE NAST, THE ATLANTIC MONTHLY GROUP LLC, FORBES MEDIA LLC, GUARDIAN NEWS & MEDIA LIMITED, INSIDER, INC., LOS ANGELES TIMES COMMUNICATIONS LLC, THE MCCLATCHY COMPANY, LLC, NEWSDAY, LLC, PLAIN DEALER PUBLISHING CO., POLITICO LLC, THE REPUBLICAN COMPANY, TORONTO STAR NEWSPAPERS LIMITED, AND VOX MEDIA, LLC, <br><br>     Plaintiffs, <br><br> v. <br><br> COHERE INC., <br><br>     Defendant. | Civil Action No. 1:25-cv-01305-CM <br><br> **NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS** <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the

Declaration of R. David Hosp, dated May 22, 2025, the undersigned hereby moves this Court on

behalf of Defendant Cohere Inc., before the Honorable Colleen McMahon in Courtroom 24A of

the United States District Court for the Southern District of New York, Daniel Patrick Moynihan

Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Federal

Rule of Civil Procedure 12(b)(6) dismissing Counts II, III, and IV, and Count I, to the extent it is

based on "substitutive summaries," for failure to state a claim upon which relief can be granted.

Dated: May 22, 2025

Respectfully Submitted,

*/s/ R. David Hosp*

Christopher J. Cariello
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
ccariello@orrick.com

Annette L. Hurst (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
ahurst@orrick.com

Amanda Lack (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
353 N. Clark Street, Suite 3600
Chicago, IL 60654
(312) 924-9800
alack@orrick.com

R. David Hosp
Mark S. Puzella (*pro hac vice*)
Sheryl Koval Garko (*pro hac vice*)
Laura Najemy (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
(617) 880-1802
dhosp@orrick.com
mpuzella@orrick.com
sgarko@orrick.com
lnajemy@orrick.com

Geoffrey Moss (*pro hac vice*)
Avery Cartwright (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071
(213) 629-2020
gmoss@orrick.com
acartwright@orrick.com

*Counsel for Defendant Cohere Inc.*