## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE LOCAL MEDIA LLC, ADVANCE MAGAZINE PUBLISHERS INC. D/B/A CONDE NAST, THE ATLANTIC MONTHLY GROUP LLC, FORBES MEDIA LLC, GUARDIAN NEWS & MEDIA LIMITED, INSIDER, INC., LOS ANGELES TIMES COMMUNICATIONS LLC, THE MCCLATCHY COMPANY, LLC, NEWSDAY, LLC, PLAIN DEALER PUBLISHING CO., POLITICO LLC, THE REPUBLICAN COMPANY, TORONTO STAR NEWSPAPERS LIMITED, AND VOX MEDIA, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>COHERE INC.,<br><br>        Defendant. | Civil Action No. 1:25-cv-01305-CM |

**DECLARATION OF R. DAVID HOSP IN SUPPORT OF DEFENDANT
COHERE INC.'S NOTICE OF PARTIAL MOTION TO DISMISS THE COMPLAINT**

I, R. David Hosp, declare as follows:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP, counsel for Defendant Cohere Inc. I submit this declaration in support of Cohere Inc.'s Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the Order Granting Motion to Dismiss with Leave to Amend, ECF No. 322, in *Concord Music Group, Inc. v. Anthropic PBC*, No. 5:24-cv-3811 (N.D. Cal. Mar. 26, 2025).

3. Attached hereto as Exhibit B is a true and correct copy of Julia Silverman, *Portland Public Schools Quietly Adopts Rule Barring Teachers From 'Political or Personal' Classroom Displays*, The Oregonian/OregonLive (Sept. 16, 2024), an article that is cited in the Complaint.

4. Attached hereto as Exhibit C is a true and correct copy of *Ticketmaster Pauses Transfer of Taylor Swift's Eras Tickets Amid Reports of Hacks and Theft*, The Toronto Star (Oct. 6, 2024), an article that is cited in the Complaint.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2025                    Respectfully Submitted,

                                            */s/ R. David Hosp*
                                            R. David Hosp
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
                                            222 Berkeley Street, Suite 2000
                                            Boston, MA 02116
                                            (617) 880-1802
                                            dhosp@orrick.com

                                            *Counsel for Defendant Cohere Inc.*

1