

May 22, 2025

**Orrick, Herrington & Sutcliffe LLP**
222 Berkeley Street
Suite 2000
Boston, MA 02116-3740

+1 617 880 1800

**orrick.com**

**R. David Hosp**

E  dhosp@orrick.com
D  +1 617 880 1886
F  +1 617 880 1801

**VIA ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

Re: *Advance Local Media LLC et al. v. Cohere Inc.* (No. 1:25-cv-01305-CM) – Oral Argument Request

Dear Judge McMahon:

On behalf of Defendant Cohere Inc., I write pursuant to Rule 5.G. of Your Honor's Individual Practices. Cohere respectfully requests oral argument on its partial motion to dismiss.

Thank you for your consideration.

Respectfully submitted,

*/s/ R. David Hosp*
R. David Hosp

cc: All Counsel of Record (via ECF)