UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Advance Local Media LLC, et al.,

                      Plaintiff(s),

       -against-

Cohere Inc.,

                      Defendant(s),

No. 25 Civ. 1305 (CM)(SN)

ORDER OF REFERENCE TO
MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Sarah Netburn, United States Magistrate Judge for the following purpose(s):

☐ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☑ Specific non-dispositive motion/dispute:*
_Discovery Disputes_

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement

☐ Inquest after default/damages hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary instruction)

Purpose: _____

Habeas corpus

☐ Social security

☐ Dispositive motion (*i.e.*, motion requiring a Report and Recommendation)

Particular motion: _____

All such motions: _____

*Do not check if already assigned for general pretrial.

Dated: 2/10/2026
New York, NY

SO ORDERED:

/s/ Colleen McMahon

Hon. Colleen McMahon
United States District Judge