UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ADVANCE LOCAL MEDIA LLC, et al.,

                                        Plaintiffs,              25-CV-01305 (CM)(SN)

               -against-                                         **ORDER**

COHERE, INC.
                                        Defendant.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

A brief conference is scheduled for Thursday, February 26, 2026, at 1:00 p.m. to discuss

case management issues—the parties need not be prepared to discuss the outstanding discovery

dispute.

At that time, the parties should call the Court's dedicated teleconferencing line at (855)

244-8681 and enter Access Code 23142707008. If this date is unavailable for any party, they

must contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      February 24, 2026
            New York, New York