UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADVANCE LOCAL MEDIA LLC, et al.,

                        Plaintiffs,          25-CV-01305 (CM)(SN)

-against-                                    **ORDER**

COHERE, INC.

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The conference scheduled for Thursday, February 26, 2026, at 1:00 p.m. is RESCHEDULED for Thursday, February 26, 2026, at 12:30 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008.

SO ORDERED.

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      February 25, 2026
                  New York, New York