UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 3/2/2026 __

ADVANCE LOCAL MEDIA LLC, et al.,

                                    Plaintiffs,                          25-CV-01305 (CM)(SN)

         -against-                                                              **ORDER**

COHERE, INC.,

                                    Defendant.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

         A conference is scheduled for Thursday, March 05, 2026, at 3:00 p.m. to discuss the

pending discovery dispute. At that time, the parties should call the Court's dedicated

teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. If this date is

unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at

Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:        March 2, 2026
              New York, New York