**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
ADVANCE LOCAL MEDIA LLC et al.,                             :
                                                            :
                              Plaintiffs,                   :       23-cv-1305 (CM) (OTW)
                                                            :
              -against-                                     :       SCHEDULING ORDER
                                                            :
COHERE INC.,                                                :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

As this matter has just been reassigned to me, the conference previously scheduled with Judge Netburn on March 5, 2025, is **ADJOURNED**. (ECF 79).

Instead, the Court will hold an in-person status conference in this matter on **Wednesday, March 11, 2026 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to submit a joint agenda for the conference by **Monday, March 9, 2026.** The parties' joint agenda should include the pending discovery motions at ECF Nos. 70 – 73 and what progress they have made in resolving their dispute.

   **SO ORDERED.**

Dated: March 3, 2026
   New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge