**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
ADVANCE LOCAL MEDIA LLC et al.,                              :
                                                             :
                 Plaintiffs,          :                25-cv-1305 (CM) (OTW)
                                                             :
             -against-                   :                **POST-CONFERENCE ORDER**
                                                             :
COHERE INC.,                                                 :
                                                             :
               Defendant.          :
                                                             :
-------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court held an in-person discovery status conference on March 11, 2026. For the reasons discussed at the conference, the parties are directed to submit a joint discovery status letter on **March 27, 2026**, and the last business Friday of every month thereafter, which includes what discovery has been done that month, what discovery the parties intend to accomplish in the  coming month and how, an overview of what discovery still remains, and any current or possible discovery disputes.

      As the parties' request for a conference (ECF 70) was previously granted by the prior Order of Reference to Judge Netburn (ECF 72), the Clerk of Court is respectfully directed to close ECF 70.

      **SO ORDERED.**


                                          */s/  Ona T. Wang*
Dated: March 12, 2026                                  **Ona T. Wang**
      New York, New York                            United States Magistrate Judge