# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE LOCAL MEDIA LLC, ADVANCE MAGAZINE PUBLISHERS INC. D/B/A CONDE NAST, THE ATLANTIC MONTHLY GROUP LLC, FORBES MEDIA LLC, GUARDIAN NEWS & MEDIA LIMITED, INSIDER, INC., LOS ANGELES TIMES COMMUNICATIONS LLC, THE MCCLATCHY COMPANY, LLC, NEWSDAY, LLC, PLAIN DEALER PUBLISHING CO., POLITICO LLC, THE REPUBLICAN COMPANY, TORONTO STAR NEWSPAPERS LIMITED, and VOX MEDIA, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>COHERE INC.,<br><br>        Defendant. | Civil Action No. 1:25-cv-01305-CM |

## STIPULATION AND [PROPOSED] ORDER RE: TERRITORIALITY

Plaintiffs Advance Local Media LLC; Advance Magazine Publishers Inc. d/b/a Condé Nast; The Atlantic Monthly Group LLC; Forbes Media LLC; Guardian News & Media Limited; Insider, Inc.; Los Angeles Times Communications LLC; The McClatchy Company, LLC; Newsday, LLC; Plain Dealer Publishing Co.; Politico LLC; The Republican Company; Toronto Star Newspapers Limited; and Vox Media, LLC (collectively "Publishers") and Defendant Cohere Inc. ("Cohere"), by and through their attorneys, hereby stipulate as set forth below.

1. Solely for purposes of this lawsuit, without any precedential or binding effect on Cohere outside this lawsuit, Cohere stipulates and will not contest that Cohere's operations

pertinent to this lawsuit (including any data acquisition and downloading, model training, and model hosting) occurred on and using computer servers located in the United States.

2. The parties acknowledge that, as used herein, the term "model hosting" includes Cohere's act of receiving model prompts and providing model outputs.

SO STIPULATED AND AGREED.

Dated: June 8, 2026

/s/___R. David Hosp_____

R. David Hosp (SBN 2713550)
dhosp@orrick.com
Laura Najemy (admitted pro hac vice)
lnajemy@orrick.com
Sheryl Garko (admitted pro hac vice)
sgarko@orrick.com
Mark Puzella (admitted pro hac vice)
mpuzella@orrick.com
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116-3740
+1 617 880 1800
+1 617 880 1801

Annette L. Hurst (admitted pro hac vice)
ahurst@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
+1 415 773 5700
+1 415 773 5759

/s/___Scott Zebrak_____

Scott Zebrak (5620125)
Jennifer Pariser (2332815)
OPPENHEIM +ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
scott@oandzlaw.com
jpariser@oandzlaw.com

Meredith Stewart (5639547)
Kathleen Wills (admitted pro hac vice)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, Fifth Floor
Washington, DC 20016
Tel: 202-480-2999
mstewart@oandzlaw.com
kwills@oandzlaw.com

*Attorneys for Plaintiffs*

Christopher J. Cariello (SBN 5176821)
ccariello@orrick.com
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
+1 212 506 5000
+1 212 506 5151

Geoffrey Moss (admitted pro hac vice)
gmoss@orrick.com
Avery Cartwright (admitted pro hac vice)
acartwright@orrick.com
Orrick, Herrington & Sutcliffe LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071-1596
+1 213 629 2020
+1 213 612 2499

Jesse Beringer (admitted pro hac vice)
jberinger@orrick.com
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037-3202
+1 202 339 8400
+1 202 339 8500

Amanda Lack (admitted pro hac vice)
alack@orrick.com
Orrick, Herrington & Sutcliffe LLP
353 N. Clark St., Suite 3600
Chicago, IL 60654
+1 312 924 9800
+1 312 924 9899

*Attorneys for Defendant,*
COHERE INC.

3

SO ORDERED.

Dated:
New York, New York

_____
COLLEEN MCMAHON
United States District Judge