**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
ADVANCE LOCAL MEDIA LLC et al.,                             :
                                                            :
                    Plaintiffs,                             :          25-cv-1305 (CM) (OTW)
                                                            :
              -against-                                     :          **SCHEDULING ORDER**
                                                            :
COHERE INC.,                                                :
                                                            :
                    Defendant.                              :
                                                            :
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of the parties' three discovery dispute motions filed since last week. (ECF Nos. 96, 100, 102). The Court will hold a status conference in this matter on **Wednesday, June 17, 2026 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

      The parties are further directed to file a joint dispute chart by **June 15, 2026**, which should identify: (1) the relevant dispute, (2) each party's position in no more than two short paragraphs, (3) the relevant ECF numbers for such dispute (including oppositions and replies), and (4) hyperlinks to relevant ECF filings cited.

      **SO ORDERED.**

 

_/s/ Ona T. Wang_

Dated: June 10, 2026                              **Ona T. Wang**
      New York, New York                     United States Magistrate Judge