**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ADVANCE LOCAL MEDIA LLC et al., : 
          :
                   Plaintiffs, :      25-cv-1305 (CM) (OTW)
          :
                   -against- :      **POST-CONFERENCE ORDER**
          :
COHERE INC., : 
          :
                   Defendant. :
          :
------------------------------------------------------------x

         **ONA T. WANG, United States Magistrate Judge:**

         The Court held an in-person discovery status conference on Wednesday, June 17, 2026.

For the reasons discussed at the conference:

         Defendant's motion to compel Plaintiffs to produce documentation related to AI license

agreements, (ECF 96), is **GRANTED IN PART, DENIED IN PART.** The parties are directed to meet

and confer on a limited additional production.

         Defendant's motion to compel Plaintiffs to produce policy statements on their

use of generative AI products, (ECF 100), is **GRANTED IN PART, DENIED IN PART**. To the

extent they exist, and have not yet been produced, Plaintiffs are directed to produce

their policy statements on generative AI use.

         Plaintiffs' motion to compel Defendant to search its entire body of user logs for

"Non-Plaintiff Content," (*see* ECF 107), is **DENIED**. Instead, the parties are directed to

meet and confer on a sampling protocol that would result in Defendant producing a

sample of logs from which Plaintiffs' expert(s) could run their own searches. The parties

are directed to file a joint status letter on **June 22, 2026**, that updates the Court on their

progress in resolving that dispute, and whether particular aspects of the protocol remain in dispute. If they do, then the parties are directed to brief the dispute on the following schedule:

- Defendant will discuss the reasons for their proposed protocol in a letter brief to be filed on **June 23, 2026**;
- Plaintiffs' response will be filed **June 24, 2026**; and
- Defendant's reply will be filed on **June 25, 2026**.

The Clerk of Court is respectfully directed to close ECF Nos. 96 and 100.

**SO ORDERED.**

*/s/ Ona T. Wang*

Dated: June 17, 2026
New York, New York

**Ona T. Wang**
United States Magistrate Judge

2