**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ADVANCE LOCAL MEDIA LLC et al.,

                      Plaintiffs,

                -against-

COHERE INC.,

                    Defendant.

-------------------------------------------------------------x

:
:
:
:
:
:
:
:
:
:
:
:

25-cv-1305 (CM) (OTW)

**<u>SEALING ORDER</u>**

       **ONA T. WANG, United States Magistrate Judge:**

       Defendant seeks to seal ECF 106, its response to Plaintiffs' motion to compel at ECF 102, and ECF 106-2, a declaration in support Defendant's response. Plaintiffs do not take a position on sealing.

       Defendant does not appear to dispute that ECF Nos. 106 and 106-2 are judicial documents to which a common law presumptive right of public access attaches. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). Defendant argues that this presumption is overcome here by its "interest in protecting confidential business information." *Standard Inv. Chartered, Inc. v. Fin. Indus. Regulatory Auth., Ind.*, 347 Fed. App'x. 615, 617 (2d Cir. 2009). Specifically, Defendant argues that ECF Nos. 106 and 106-2 contain confidential technical data about the capabilities and processes of Defendant's generative AI models. If disclosed, that data could not only place Defendant at a competitive disadvantage but could also be used to discover cybersecurity vulnerabilities. (ECF 105).

       I have reviewed the proposed redactions and find that they are  narrowly tailored to these concerns. Accordingly, the motion to seal is **GRANTED.** ECF Nos. 106 and 106-2 shall be

maintained under seal with a redacted version publicly available at ECF Nos. 107 and 107-2, respectively.

The Clerk of Court is respectfully directed to close ECF 105.

**SO ORDERED.**


*/s/ Ona T. Wang*

Dated: June 17, 2026    **Ona T. Wang**
    New York, New York    United States Magistrate Judge