**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ADVANCE LOCAL MEDIA LLC et al.,

               Plaintiffs,

           -against-

COHERE INC.,

               Defendant.

-------------------------------------------------------------x

25-CV-1305 (CM) (OTW)

**SEALING ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the unredacted versions of ECF Nos. 117 and 120, which are filed at ECF Nos. 116 and 119, respectively. The information which Defendant seeks redact in both letters is substantially the same information regarding the number and types of APIs used by Cohere that Defendant sought to redact previously. (*See* ECF 105). I found that information to be a privacy interest which justifies sealing. (ECF 112). I find Defendant's proposed redactions here narrowly tailored to protect that privacy interest. Accordingly, Defendant's application to maintain ECF Nos. 116 and 119 under seal is **GRANTED**.

The Clerk of Court is respectfully directed to close ECF Nos. 115 and 118 and to maintain ECF Nos. 116 and 119 under seal visible to the parties' attorneys and the Court only.

**SO ORDERED.**

*/s/ Ona T. Wang*

**Ona T. Wang**

United States Magistrate Judge

Dated: July 1, 2026
      New York, New York