**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADVANCE LOCAL MEDIA LLC, ET AL., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-cv-01305-CM |
| COHERE, INC., | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER RE: COPYRIGHT REGISTRATIONS**

The Parties, by and through their attorneys, hereby stipulate to the following:

1.      The U.S. Copyright Office, which is part of the Library of Congress, maintains a Public Records collection of copyright registration records held by the Copyright Office, available in a searchable online database.  A registration record downloaded or printed from such database shall be referred to as "Registration Record."  Examples of a Registration Record are attached as Exhibits A, B, C, and D hereto.

2.      A Registration Record shall have the same legal and evidentiary value as the registration certificate for that copyright registration.

3.      The foregoing stipulation does not preclude Defendant from contending that Plaintiffs do not own copyrights in the works underlying their claim and/or such works are not protected by valid, timely, and subsisting copyright registrations.

SO STIPULATED AND AGREED.

Dated: July 2, 2026

/s/  *R. David Hosp*
_____

R. David Hosp (SBN 2713550)
dhosp@orrick.com
Laura Najemy (admitted pro hac vice)
lnajemy@orrick.com
Sheryl Garko (admitted pro hac vice)
sgarko@orrick.com
Mark Puzella (admitted pro hac vice)
mpuzella@orrick.com
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116-3740
+1 617 880 1800
+1 617 880 1801

Annette L. Hurst (admitted pro hac vice)
ahurst@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
+1 415 773 5700
+1 415 773 5759

Christopher J. Cariello (SBN 5176821)
ccariello@orrick.com
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
+1 212 506 5000
+1 212 506 5151

Geoffrey Moss (admitted pro hac vice)
gmoss@orrick.com
Avery Cartwright (admitted pro hac vice)
acartwright@orrick.com
Orrick, Herrington & Sutcliffe LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071-1596
+1 213 629 2020
+1 213 612 2499

/s/  *Scott Zebrak*
_____

Scott Zebrak (5620125)
Jennifer Pariser (2332815)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
scott@oandzlaw.com
jpariser@oandzlaw.com

Meredith Stewart (5639547)
Kathleen Wills (admitted pro hac vice)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, Fifth Floor
Washington, DC 20016
Tel: 202-480-2999
mstewart@oandzlaw.com
kwills@oandzlaw.com

*Attorneys for Plaintiffs*

2

Jesse Beringer (admitted pro hac vice)
jberinger@orrick.com
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037-3202
+1 202 339 8400
+1 202 339 8500

Amanda Lack (admitted pro hac vice)
alack@orrick.com
Orrick, Herrington & Sutcliffe LLP
353 N. Clark St., Suite 3600
Chicago, IL 60654
+1 312 924 9800
+1 312 924 9899

*Attorneys for Defendant,*
COHERE INC.

SO ORDERED.

Dated:
New York, New York

_____
COLLEEN MCMAHON
United States District Judge