IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ADVANCE LOCAL MEDIA LLC, ADVANCE
MAGAZINE PUBLISHERS INC. D/B/A
CONDE NAST, THE ATLANTIC MONTHLY
GROUP LLC, FORBES MEDIA LLC,
GUARDIAN NEWS & MEDIA LIMITED,
INSIDER, INC., LOS ANGELES TIMES
COMMUNICATIONS LLC, THE
MCCLATCHY COMPANY, LLC, NEWSDAY,
LLC, PLAIN DEALER PUBLISHING CO.,
POLITICO LLC, THE REPUBLICAN
COMPANY, TORONTO STAR NEWSPAPERS
LIMITED, and VOX MEDIA, LLC,

        Plaintiffs,

          v.

COHERE INC.,

        Defendant.

Civil Action No. 1:25-cv-01305-CM

---

**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' CLAIM OF
CONTRIBUTORY COPYRIGHT INFRINGEMENT**

Plaintiffs Advance Local Media LLC; Advance Magazine Publishers Inc. d/b/a Condé

Nast; The Atlantic Monthly Group LLC; Forbes Media LLC; Guardian News & Media Limited;

Insider, Inc.; Los Angeles Times Communications LLC; The McClatchy Company, LLC;

Newsday, LLC; Plain Dealer Publishing Co.; Politico LLC; The Republican Company; Toronto

Star Newspapers Limited; and Vox Media, LLC (collectively "Publishers") and Defendant

Cohere Inc. ("Cohere"), by and through their attorneys, hereby stipulate as set forth below.

1. In light of *Cox Communications, Inc. v. Sony Music Entertainment*, 607 U.S. __ (2026),

    Plaintiffs are no longer pursuing a theory of contributory infringement based on

    knowledge and material contribution, and thus agree to withdraw this theory of

contributory liability with prejudice, but Plaintiffs' claim of contributory infringement based on inducement remains in this case.

2. For the avoidance of doubt, nothing in this stipulation has any impact on any factual allegations or on the other claims Plaintiffs have asserted.

SO STIPULATED AND AGREED.

Dated: July 2, 2026

/s/   R. David Hosp

R. David Hosp (SBN 2713550)
dhosp@orrick.com
Laura Najemy (admitted pro hac vice)
lnajemy@orrick.com
Sheryl Garko (admitted pro hac vice)
sgarko@orrick.com
Mark Puzella (admitted pro hac vice)
mpuzella@orrick.com
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116-3740
+1 617 880 1800
+1 617 880 1801

Annette L. Hurst (admitted pro hac vice)
ahurst@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
+1 415 773 5700
+1 415 773 5759

/s/ Scott Zebrak

Scott Zebrak (5620125)
Jennifer Pariser (2332815)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
scott@oandzlaw.com
jpariser@oandzlaw.com

Meredith Stewart (5639547)
Kathleen Wills (admitted pro hac vice)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, Fifth Floor
Washington, DC 20016
Tel: 202-480-2999
mstewart@oandzlaw.com
kwills@oandzlaw.com

*Attorneys for Plaintiffs*

Christopher J. Cariello (SBN 5176821)
ccariello@orrick.com
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
+1 212 506 5000
+1 212 506 5151

Geoffrey Moss (admitted pro hac vice)
gmoss@orrick.com
Avery Cartwright (admitted pro hac vice)
acartwright@orrick.com
Orrick, Herrington & Sutcliffe LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071-1596
+1 213 629 2020
+1 213 612 2499

Jesse Beringer (admitted pro hac vice)
jberinger@orrick.com
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037-3202
+1 202 339 8400
+1 202 339 8500

Amanda Lack (admitted pro hac vice)
alack@orrick.com
Orrick, Herrington & Sutcliffe LLP
353 N. Clark St., Suite 3600
Chicago, IL 60654
+1 312 924 9800
+1 312 924 9899

*Attorneys for Defendant,*
COHERE INC.

3

SO ORDERED.

Dated:
New York, New York

_____
COLLEEN McMAHON
United States District Judge