UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
ADVANCE LOCAL MEDIA LLC et al.,                              :
:
              Plaintiffs,              :          25-CV-1305 (CM) (OTW)
:
           -against-              :          **ORDER**
:
COHERE INC.,                                                 :
:
             Defendant.               :
:
-------------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       The Court has reviewed the parties' submissions regarding Cohere's proposed sampling protocol. (ECF 114, 116, 119,124). Plaintiffs seek a sample consisting "of 2% of the total log records for Chat alone for which Cohere preserved input and output data," (ECF 116 at 3), but do not explain why Cohere's proposal -- which proposes to provide, *inter alia*, "45,000 records from the Chat endpoint alone" – is insufficient. (See ECF 119 at 2). Moreover, comparing the number of logs sought by Plaintiffs here with those ordered in the *OpenAI* MDL sheds no light on whether Cohere's proposal of 45,000 logs is sufficient, in *this* case, for Plaintiffs to draw statistically sound conclusions for the purposes of *this* lawsuit. (*See, e.g.* ECF 119 at 2-3). Cohere's proposal also addresses Plaintiff's concern about the temporal scope of the production. (*See* ECF 116 at 3; ECF 119 at 2).

       Finally, Plaintiffs identify "variables" that "compel a larger sample" than that proposed by Cohere. See ECF 116 at 2-3. But again, Plaintiffs do not explain how Cohere's proposed sample size of 45,000 Chat logs (as well as logs from other sources) will not be sufficient, nor do they explain how consideration of these "variables" led to their requested sample size. Finally,

if these considerations relate to other discovery disputes, the Court will consider them in the context of the parties' discovery status update, ECF 123, and/or other filings as directed by the Court.

**SO ORDERED.**

Dated: July 2, 2026
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

2