### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCE LOCAL MEDIA LLC, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COHERE, INC., <br><br> Defendant. | Civil Action No. 1:25-cv-01305-CM |

### STIPULATION AND [PROPOSED] ORDER RE: COPYRIGHT REGISTRATIONS

The Parties, by and through their attorneys, hereby stipulate to the following:

1.     The U.S. Copyright Office, which is part of the Library of Congress, maintains a Public Records collection of copyright registration records held by the Copyright Office, available in a searchable online database.  A registration record downloaded or printed from such database shall be referred to as "Registration Record."  Examples of a Registration Record are attached as Exhibits A, B, C, and D hereto.

2.     A Registration Record shall have the same legal and evidentiary value as the registration certificate for that copyright registration.

3.     The foregoing stipulation does not preclude Defendant from contending that Plaintiffs do not own copyrights in the works underlying their claim and/or such works are not protected by valid, timely, and subsisting copyright registrations.

SO STIPULATED AND AGREED.

Dated: July 2, 2026

/s/   *R. David Hosp*                                              /s/   *Scott Zebrak*

R. David Hosp (SBN 2713550)                    Scott Zebrak (5620125)
dhosp@orrick.com                                       Jennifer Pariser (2332815)
Laura Najemy (admitted pro hac vice)        OPPENHEIM + ZEBRAK, LLP
lnajemy@orrick.com                                    461 5th Avenue, 19th Floor
Sheryl Garko (admitted pro hac vice)          New York, NY 10017
sgarko@orrick.com                                      Telephone: (212) 951-1156
Mark Puzella (admitted pro hac vice)          scott@oandzlaw.com
mpuzella@orrick.com                                  jpariser@oandzlaw.com
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000                 Meredith Stewart (5639547)
Boston, MA 02116-3740                            Kathleen Wills (admitted pro hac vice)
+1 617 880 1800                                        OPPENHEIM + ZEBRAK, LLP
+1 617 880 1801                                        4530 Wisconsin Avenue, NW, Fifth Floor
                                                              Washington, DC 20016
Annette L. Hurst (admitted pro hac vice)     Tel: 202-480-2999
ahurst@orrick.com                                       mstewart@oandzlaw.com
Orrick, Herrington & Sutcliffe LLP            kwills@oandzlaw.com
The Orrick Building
405 Howard Street                                     *Attorneys for Plaintiffs*
San Francisco, CA 94105
+1 415 773 5700
+1 415 773 5759

Christopher J. Cariello (SBN 5176821)
ccariello@orrick.com
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
+1 212 506 5000
+1 212 506 5151

Geoffrey Moss (admitted pro hac vice)
gmoss@orrick.com
Avery Cartwright (admitted pro hac vice)
acartwright@orrick.com
Orrick, Herrington & Sutcliffe LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071-1596
+1 213 629 2020
+1 213 612 2499

2

Jesse Beringer (admitted pro hac vice)
jberinger@orrick.com
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037-3202
+1 202 339 8400
+1 202 339 8500

Amanda Lack (admitted pro hac vice)
alack@orrick.com
Orrick, Herrington & Sutcliffe LLP
353 N. Clark St., Suite 3600
Chicago, IL 60654
+1 312 924 9800
+1 312 924 9899

*Attorneys for Defendant,*
COHERE INC.

SO ORDERED.

Dated:  July 15, 2026
New York, New York

~~COLLEEN McMAHON~~
~~United States District Judge~~

Ona T. Wang
U.S.M.J.

4