**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ADVANCE LOCAL MEDIA LLC et al.,

Plaintiffs,

-against-

COHERE INC.,

Defendant.

---------------------------------------------------------------x

25-CV-1305 (CM) (OTW)

**SEALING ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On August 10, 2026, Defendant moved to seal the transcript of the June 17, 2026, status conference and filed the proposed redacted transcript at ECF 138. (See ECF 137). Plaintiffs have not objected. (See Docket). The Court has reviewed the unredacted transcript at ECF 131 and the proposed redactions at ECF 138. The information which Defendant seeks to redact in the transcript is substantially the same information regarding the number and types of APIs used by Cohere that Defendant sought to redact previously in its letters. (*See* ECF Nos. 117 and 120). I found that information to be a privacy interest which justifies sealing. (ECF 125). I find Defendant's proposed redactions here narrowly tailored to protect that privacy interest. Accordingly, Defendant's application to redact portions of the transcript at ECF 131 is **GRANTED**.

The Clerk of Court is respectfully directed to close ECF 137 and maintain sealing of ECF Nos. 131 and 138. Defendant is directed to publicly file a redacted transcript of the June 17, 2026, status conference with the redactions approved by the Court by **August 28, 2026.**

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 21, 2026
New York, New York