Case 1:25-cv-01305-CM-OTW Document 155 Filed 10/05/26 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

October 2, 2026

10/5/2026
OK
Colleen McMahon

**Via ECF**

The Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Advance Local Media LLC, et al. v. Cohere Inc.*, No. 25-cv-1305 (S.D.N.Y.)

MEMO ENDORSED

Dear Judge McMahon:

The parties in the above-captioned matter jointly write to request the Court enter the attached proposed Revised Scheduling Order which would extend the current deadlines by two weeks. Good cause exists for this joint request.

The parties promptly served written discovery in this case. On July 9, 2025, Plaintiffs served their first requests for production and interrogatories on Defendant. On August 1, 2025, Defendant served its first requests for production. The parties subsequently served additional written discovery on each other and produced documents throughout 2025 and 2026, substantially completing their productions by May 29, 2026. As part of the discovery process, the parties have also been updating Magistrate Judge Wang via monthly letters regarding the status of discovery and any potential disputes.

The parties began taking depositions in mid-August 2026 and have since completed 24 depositions, including 20 30(b)(6) depositions with multiple depositions taking place outside of the country in London and Toronto. The parties have 5 depositions scheduled for the week of October 5. The parties are also working to confirm dates for at least 6 depositions between October 12 and October 23, for witnesses who were unable to sit for their depositions before the current close of discovery on October 9—some of whom reside outside of the country. In order to ensure the efficient completion of these remaining depositions and to allow the parties to finalize any additional outstanding discovery, the parties have met and conferred to agree on a proposed modified Scheduling Order, which seeks to adjust the deadlines by two weeks.

This is the parties' third request to modify the overall case schedule. The parties expect that no further changes to the schedule will be necessary beyond the modest extension sought herein. The chart below overviews the current deadlines versus the proposed deadlines in the Revised Scheduling Order:

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Fact Discovery | 2026.10.09 | 2026.10.23 |
| Deadline for Opening Expert Reports | 2026.10.30 | 2026.11.13 |
| Deadline for Rebuttal Expert Reports | 2026.12.04 | 2026.12.18 |

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Completion of All Discovery | 2027.01.22 | 2027.02.05 |
| Pre-trial Order, along with opening Summary Judgment and *Daubert* Motions | 2027.02.12 | 2027.02.26 |
| Deadline for Oppositions re Summary Judgment and *Daubert* Motions | 2027.03.19 | 2027.04.02 |
| Deadline for Replies re Summary Judgment and *Daubert* motions | 2027.04.16 | 2025.04.30 |

The parties appreciate the Court's consideration of this request for further case management.

Respectfully submitted,

**Oppenheim + Zebrak, LLP**
*/s/ Scott A. Zebrak*
Scott A. Zebrak
*Counsel for Plaintiffs*

**Orrick, Herrington & Sutcliffe LLP**
*/s/ R. David Hosp*
R. David Hosp
*Counsel for Defendant*