**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ADVANCE LOCAL MEDIA LLC et al.,

Plaintiffs,

-against-

COHERE INC.,

Defendant.

---------------------------------------------------------------x

25-cv-1305 (CM) (OTW)

**ORDER RE SLACK THREAD CLAWBACK**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 157 and 164.

In order for the Court to determine where a party has waived a privilege, the Court must first determine whether the document was privileged and if so, the extent of that privilege, before assessing whether a privilege was waived.

Accordingly, Defendant is directed to provide supplemental briefing by **November 13, 2026,** that explains whether some or all of the Slack thread is privileged. Defendant is directed to provide a clearer chronology concerning the production and review of the Slack thread including whether and when Defendant asserted the reason for the initial redactions. Defendant should include as exhibits filed under seal: 1) the full unredacted Slack thread with redactions highlighted, and 2) the full transcript of Dr. Phil Blunsom's deposition, with the discussion of the Slack thread highlighted.

Plaintiffs' supplemental briefing, due by **November 20, 2026,** must distinguish the facts in this action from those in *In re OpenAI, Inc., Copyright Infringement Litig.*, No. 25-MD-3143

(SHS) (OTW), 2026 WL 1361677 (S.D.N.Y. May 14, 2026). Plaintiffs are invited to review the transcript of the oral argument.

SO ORDERED.

*<u>/s/ Ona T. Wang</u>*

Dated: November 2, 2026
New York, New York

**Ona T. Wang**
United States Magistrate Judge