**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ADVANCE LOCAL MEDIA LLC et al.,

Plaintiffs,

-against-

COHERE INC.,

Defendant.

---------------------------------------------------------------x

25-cv-1305 (CM) (OTW)

**ORDER RE BCGUARDIAN**

The Court has reviewed ECF Nos. 161, 162, and 165. Defendant's motion to compel production of documents from BCGuardian ("BCG") concerning unasserted[1] works is **DENIED.**

First, it appears that Cohere had already agreed they would not seek this production, but failed to attach the relevant emails between counsel that reflected that agreement. *See* ECF 165 at 1 ("As a threshold matter, Cohere neglects to mention that it expressly agreed not to seek prompts and outputs related to unasserted works."); compare, e.g. emails at ECF 165-1 at 1- 2 with ECF 162-2.

Second, while Plaintiffs point to my denial of OpenAI's similar motion to compel that was filed in 23-CV-11195, *New York Times Co. v. Microsoft Corp*. at ECF 124, the order denying it at ECF 243 does not provide any reasoning. The reasoning is found in the hearing transcript found at 23-CV-8292 *Authors Guild, et al. v. OpenAI Inc., et al.* ECF 203 at 60-64. I see nothing in the parties' submissions here to suggest that I should depart from the reasoning there.

[1] Plaintiff represents that they produced the documents from BCG that relate to asserted works by the close of document discovery on May 29, 2026. (ECF 165 at 1).

Accordingly, Cohere's letter motion to compel is **DENIED** because Cohere had already agreed not to seek this discovery, and even if it did, it should not be produced for the reasons stated in *New York Times Co. v. Microsoft Corp.* at ECF 203.

The Clerk is respectfully directed to close ECF Nos. 161 and 162.

SO ORDERED.

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 2, 2026
New York, New York